United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Case No. 26-cv-12800-PCP

**ORDER OF RECUSAL**

I am disqualified from this case and therefore recuse myself. The case shall be reassigned pursuant to the Assignment Plan. All pending motion, pretrial conference, and trial dates are vacated and will be reset by the next assigned judge.

**IT IS SO ORDERED.**

Dated: October 30, 2026

P. CASEY PITTS
United States District Judge