Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westfall*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 5:26-cv-12800-TLT<br><br>**DECLARATION OF DANIELLE LEONARD IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE; AND IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF** |

## DECLARATION OF DANIELLE LEOANRD

I, Danielle Leonard, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am an attorney at Altshuler Berzon LLP and represent the Plaintiffs in this case. This declaration is based on my personal knowledge, belief, and information.

2. At approximately 6:30 a.m. today, I e-mailed a copy of the file-stamped complaint in this case to United States Attorney for the Northern District of California Craig Missakian and to the Civil Chief and Assistant United States Attorneys in that office.

3. In that e-mail, I gave notice that Plaintiffs intend to file today an emergency ex parte motion for a temporary restraining order ("TRO") halting the actions threatening state and local election workers with criminal prosecution being taken by the United States Department of Justice, United States Department of Homeland Security, and their agents.

4. At approximately 9:45 a.m., I received a response from Assistant United States Attorney Kenneth Brakebill, acknowledging receipt and asking that our TRO papers be e-mailed to those individuals copied on his e-mail after they are filed. I acknowledged receipt of his message and am forwarding the file-stamped TRO papers immediately upon filing.

5. I am also aware that Kenneth John Kao and Kelsey John Helland have entered appearances on behalf of Defendants and so will receive e-service of the TRO papers.

6. At approximately 1:00 p.m., I emailed Mr. Brakebill and his colleagues and asked if the Defendants would consent to Plaintiffs' request for leave to file a 45-page memorandum in support of the TRO. Mr. Kao responded that Defendants do not consent to that request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 30, 2026, in Alameda, California.

*<u>/s/ Danielle Leonard</u>*
Danielle Leonard