Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westfall*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Case No. 5:26-cv-12800-TLT

**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

Civil Local Rule 7-11

Plaintiffs respectfully submit this Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, to exceed the page limitation applicable to Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, which is being filed today. Plaintiffs seek an additional fifteen (15) pages for their memorandum, in light of the factual and legal complexity of the issues raised.

In support of their request, Plaintiffs provide the following showing of good cause:

1. Plaintiffs' Motion for Temporary Restraining Order involves Voting Rights Act, Administrative Procedure Act, and ultra vires claims alleging criminal subpoenas and threats of unlawful prosecution against election workers by agency Defendants that exceed authority, are contrary to law, and are arbitrary and capricious. Plaintiffs challenge the recent actions of Defendant U.S. Department of Justice ("USDOJ), Department of Homeland Security ("DHS"), and their agency heads of threatening election workers who refuse to accede to Defendants' unlawful and unsupported demands to stop processing tens of thousands of ballots that Defendants suspect to be cast by noncitizens. Plaintiffs contend these actions by Defendants violate a host of statutes and constitutional authorities, including but not limited to: Voting Rights Act, 52 U.S.C. §10307(b); Administrative Procedures Act, 5 U.S.C. §706(2)(A)-(C); and the Due Process Clause, Elections Clause, and Tenth Amendment to the U.S. Constitution.

2. Plaintiffs have been diligent in drafting their motion and supporting papers, in conformity with the format and content mandated by the Court and have attempted to shorten the length of the brief as much as possible. Plaintiffs have assembled an extensive factual record to demonstrate the extent of the ongoing and imminent harm from Defendants' conduct and have diligently worked to summarize that evidence for the Court. Plaintiffs have also been working as swiftly as possible to present these issues to the Court, in the face of changing factual circumstances. Plaintiffs, however, require an additional fifteen (15) pages in order to fully address the complex factual and legal background for the Court, particularly given the rapidly developing factual circumstances in this case.

3. Defendants oppose the requested relief. *See* Leonard Decl. in Support of Plaintiffs' Motion for TRO ¶6.

On the basis of the foregoing showing of good cause, Plaintiffs respectfully request this Court to permit them to file the accompanying Memorandum in support of Motion for Temporary Restraining Order and Order to Show Cause of 40 pages.

DATED: October 30, 2026

Respectfully submitted,

Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

By: *\/s/ Danielle Leonard*

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiffs*

Jared Fletcher Davidson*
NY Bar No. 5202429
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
jared.davidson@protectdemocracy.org

Naomi Gilens (Cal. Bar. 315813)
Anna Dorman*
Ori Lev *
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
(202) 579-4582
naomi.gilens@protectdemocracy.org
anna.dorman@protectdemocracy.org
ori.lev@protectdemocracy.org

Benjamin L. Berwick*
15 Main Street, Suite 312
Watertown, MA 02472
Tel.: (202) 579-4582
ben.berwick@protectdemocracy.org

By: */s/ Jared Fletcher Davidson*

*Attorneys for Plaintiffs*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorney for Plaintiff Service Employees International Union AFL-CIO (SEIU)*

Teague Paterson (SBN 226659)
Matthew Blumin*
Georgina Yeomans*
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.

Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Stuart Naifeh (SBN 233295)
John S. Cusick*
Brittany Carter*
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006

I. Sara Rohani (SBN 337842)
Hayley Hahn*
Victor Olofin*
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street N.W., Ste. 600
Washington, DC 20005
snaifeh@naacpldf.org
jcusick@naacpldf.org

By: */s/ Stuart Naifeh*

*Attorneys for Plaintiff NAACP*