Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 5:26-cv-12800<br><br>**DECLARATION OF ELENA MEDINA NEUMAN** |

# DECLARATION OF ELENA MEDINA NEUMAN

I, Elena Medina Neuman, hereby declare pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am an Associate General Counsel and the Litigation Director for the Service Employees International Union ("SEIU" or "the union"), which is headquartered at 1800 Massachusetts Avenue, Washington, D.C. 20036. I have been employed by SEIU for 14 years. I am authorized to provide this declaration on behalf of SEIU.

3. My job responsibilities include overseeing SEIU's litigation strategy and legal advocacy, supervising litigation-related work, communicating with our local union affiliates about litigation matters, and talking with SEIU members about the ways federal and state laws, regulations, policies, and decisions affect them, their families, and their communities. In light of my role and duties at SEIU, the materials I have reviewed, and the information made available to me, I am therefore familiar with SEIU's mission and work, as well as the work performed by SEIU members.

**SEIU's Mission, Vision, and Membership**

4. SEIU was founded in 1921 in Chicago, Illinois by immigrant janitors from Eastern Europe, Africa, Turkey, Spain, and Ireland. Today, the union represents approximately two million members in healthcare, the public sectors, and property services. SEIU members include physicians, long-term care workers, janitors, security officers, airport workers, librarians, child care workers, educators, fast food workers, and employees across all levels of government.

5. SEIU has more than 150 local union affiliates across the United States, Canada, and Puerto Rico. In California, SEIU and its 17 local union affiliates represent more than 800,000 workers in 58 counties across the state. In the Northern District of California, SEIU and its local union affiliates represent over 200,000 members. All members of SEIU local unions are also members of SEIU. SEIU members pay voluntary membership dues to their local unions, a portion of which are remitted to SEIU.

6. SEIU members are united by the belief in the dignity and worth of workers and the services they provide, and are dedicated to improving the lives of workers and their families and creating a more just and humane society. The union's work is guided by our vision for a just society where all workers are valued and all people respected—no matter where we are from or the color of our skin; where all families and communities can thrive; and where we leave a better and more equitable world for future generations.

7. To achieve this vision, SEIU's work is centered on forging a multi-racial, multi-generational, multi-lingual labor movement that builds worker power through unions, raises standards in workplaces and in communities, and—crucially—seeks to end poverty wages forever.

8. SEIU members include U.S.-born and naturalized citizens who are registered voters. SEIU members recognize that their vote is their power to create the future they want for themselves and their families; therefore, the union is committed to protecting the fundamental right to vote, and ensuring that all eligible voters—no matter what language they speak or the color of their skin—have the freedom to vote without obstacles.

9. To that end, the union engages in extensive election-related advocacy and organizing to expand working people's political participation, build worker power, and win change through electoral victories. SEIU encourages eligible members to register to vote; to vote in local, state, and federal elections; and to expand civic engagement through door-to-door canvassing, phone banking, text messaging, and get-out-the-vote operations. Much of this work is led by rank-and-file members, including through the union's Member Political Organizer ("MPO") program. MPOs are trained to engage in political advocacy, voter outreach, and voter mobilization.

10. SEIU is also involved in a wide range of voting rights and election protection work. Through organizing, litigation, and legislative advocacy, the union works to expand voter participation in elections, stop discriminatory voter purges, block voter suppression efforts, ensure legally cast ballots are counted, and protect free and fair elections.

**SEIU Members with Election-Related Duties are Harmed by Defendants' Threats of Criminal Prosecution and Allegations of Wrongdoing**

11. SEIU, through its local union affiliates, represents thousands of election workers across the country, from California to Colorado, Illinois, Massachusetts, Maine, Nevada, New York, Pennsylvania, and Virginia. These workers perform services for municipal, county, and state election departments, boards of elections, and related bodies.

12. In California, specifically, SEIU, through its local union affiliates, represents more than 3,000 workers who perform election-related duties across approximately 19 counties. These numbers are likely an undercount because state and municipal employees may be temporarily assigned or volunteer to support election operations, including at polling places, vote centers, and ballot processing centers. Moreover, in Los Angeles County, the number of SEIU-represented workers swells during election season when the County hires hundreds of temporary workers to assist with election administration.

13. SEIU members are employed by California counties that reported receiving letters from the United States Department of Justice ("USDOJ") demanding that election officials identify suspected noncitizen voters and segregate their ballots, including Los Angeles County, Santa Cruz County, Santa Clara County, San Mateo County, San Francisco City and County, and Solano County. SEIU members are also employed by California counties that have received subpoenas from USDOJ, including Los Angeles County, Santa Clara County, and San Diego County.

14. SEIU members perform critical responsibilities that help to ensure fair and free elections. Among other responsibilities, they are responsible for receiving, opening, and processing voted ballots; verifying signatures on mail ballots; reviewing and tallying write-in votes in accordance with election laws and regulations; inspecting and preparing ballots for computer processing; operating ballot-scanning equipment; delivering voting machines, lists, and ballots; and organizing, securely storing, and tracking processed ballots. Some of these workers are responsible for the hands-on processing, verification, and tabulation of ballots, while others supervise those activities, ensure compliance with election procedures, and oversee the integrity of the process. This work is performed under well-established election security and integrity procedures and in accordance with state and federal law.

15. I am aware of Defendants' efforts to compel the California Secretary of State and California election officials and employees to sequester ballots from voters included on a list of 20,000 voters that Defendants claim include people who may not be citizens.

16. I am also familiar with reporting that federal government officials have opened a criminal investigation and are threatening to criminally prosecute election workers who do not comply with the federal government's demands, even if election workers are complying with state law. For instance, Trent McCotter, the Acting Deputy Attorney General for the USDOJ, threatened that "[i]f persons knowingly tabulate ballots cast by individuals identified by federal agencies as noncitizens, they risk becoming aiders and abetters to a federal crime."

17. And, on October 29, 2026, I read a Bloomberg Law article reporting that USDOJ has directed federal prosecutors to pursue criminal subpoenas of state and local election officials in connection with the administration of their duties. Ben Penn, *DOJ Orders Criminal Probes of California Officials Over Ballots*, Bloomberg Law (Oct. 29, 2026), https://news.bloomberglaw.com/us-law-week/doj-orders-criminal-probes-of-california-officials-over-ballots. According to the New York Times, at least two employees from the Los Angeles County Registrar-Recorder's Office have already received grand jury subpoenas for a proceeding scheduled the morning after the election. One of those officials was served at their home. Devlin Barrett and Shawn Hubler, *Justice Dept. Pressures California With Expanded Election Investigation*, N.Y. Times (Oct. 29, 2026), https://www.nytimes.com/2026/10/29/us/trump-doj-california-voter-rolls-midterms.html. According to the San Francisco Chronicle, subpoenas have also been sent to Santa Clara and San Diego Counties. Sara Libby and Raheem Hosseini, *DOJ Subpoenas California Election Officials As Part Of Ballooning Voter Fraud Probes*, S.F. Chron. (Oct. 29, 2029), https://www.sfchronicle.com/politics/article/california-doj-election-subpoenas-22501615.php.

18. Defendants' actions have a profound chilling and intimidating effect on the administration of elections, especially in California. Election workers are placed in an untenable position, caught between potentially conflicting directives from state and federal authorities, with the federal government wielding the threat of criminal prosecution against them for simply doing their jobs under state law.

19. Defendants' actions make election officials and workers more vulnerable to harassment, intimidation, and death threats from people who accept Defendants' specious allegations of election fraud. *See, e.g.,* Madeline Halpert, *Abused and stalked, US election workers are bracing for 2024*, BBC (Aug. 17, 2023), https://www.bbc.com/news/world-us-canada-66540466 (detailing unfounded allegations against election officials and the resulting threats and harassment they endured). This is of particular concern given that, even before Defendants' actions, nearly one-third of local election officials reported experiencing threats, harassment, or abuse because of their job. Over half reported that they are concerned about their colleagues' safety, and 23% reported concerns about being assaulted at home or at work. Brennan Ctr. for Just., Local Election Officials Survey 2026 (Apr. 13, 2026), https://www.brennancenter.org/our-work/research-reports/local-election-officials-survey-2026.

20. I am aware of SEIU members who are harmed by Defendants' threats. Several members' stories are shared below. Their names have been omitted due to concerns about retaliation, which have only deepened in light of recent reporting that Defendants are actively taking steps to criminally investigate election officials and initiate grand jury proceedings in California.

21. **SEIU Member A** is an election worker who works for a County in Northern California. Across seven years of work as an election worker, SEIU Member A has performed ballot counting and adjudication. In addition, they oversee more than 100 election volunteers, who are responsible for taking voting materials to vote centers.

22. SEIU Member A began working as an election worker because of their love of democracy. Now a naturalized U.S. citizen, SEIU Member A previously fled their home country during a period of extreme violence and unrest. In their work with the County, SEIU Member A serves many underrepresented members of their community who have historically had limited access to the right to vote. SEIU Member A also engages in local advocacy to ensure that speakers of languages from traditionally marginalized communities continue to have access to officially translated ballots in elections. Many of these voters are naturalized citizens.

23. SEIU Member A is very fearful of Defendants' threats targeting election workers. As a long-time election worker, SEIU Member A feels that California's election protocols are thorough,

and that election workers take the verification process very seriously. Election workers including SEIU Member A diligently follow these protocols in doing their job. But SEIU Member A fears false accusations made by Defendants. Also, SEIU Member A is worried that if their fellow election workers are subjected to or threatened with prosecution, citizens will also be afraid to go to vote centers to cast their ballots out of concern that they, too, will be the target of Defendants' threats and prosecutions. Further still, SEIU Member A believes that the public may grow to believe Defendants' misrepresentations about the electoral process: that election workers do not follow the law, which is completely contrary to SEIU Member A's experience.

24. More personally, SEIU Member A is concerned that Defendants will seek to deport them back to their country of origin, even though they are a naturalized U.S. citizen, because of Defendants' repeated targeting of immigrants and recent targeting of election workers. SEIU Member A also fears losing their job and livelihood, and losing the financial means to protect themself, especially in the face the threat of criminal prosecution.

25. SEIU Member A also reports that recent threats have made election workers fearful of federal agents appearing at vote centers. Indeed, election workers in their County have been instructed to immediately report any contact for United States federal government agencies, including in-person contact, written correspondence, and phone calls. These changed communications have increased SEIU Member A's concerns about the election.

26. **SEIU Member B** is a Los Angeles County employee who is participating in the County Employee Election Worker Program, which allows County employees, with supervisory approval, to be temporarily reassigned to help administer elections at vote centers while receiving their regular pay, overtime compensation, and a stipend. SEIU Member B volunteered for the program because they feel that it is important to help ensure that every eligible voter can exercise their constitutional right to vote.

27. As a Vote Center Lead, SEIU Member B will oversee all vote center activities at their location for several days during the Early Voting period and on Election Day. SEIU Member B's responsibilities include opening and closing their vote center location, addressing questions or issues,

assigning clerk duties, setting break schedules, reporting issues, and safeguarding and delivering ballots.

28. SEIU Member B was impressed by the training provided by the County, which spanned several hours and included both an online and an in-person component. Volunteers learned the policies and procedures and participated in run-throughs of mock scenarios. SEIU Member B considered the training to be very thorough, explaining that the County relies on extensive policies and procedures to administer elections. SEIU Member B was instructed that Vote Center Leads cannot deviate from these established policies and procedures. If any issues arise, Voter Center Leads must contact the Registrar's office for guidance.

29. SEIU Member B expressed fear and concern about Defendants' threats targeting election workers. Defendants' actions reminded SEIU Member B of when an SEIU local union president, David Huerta, was arrested, jailed, and charged with a crime for exercising his First Amendment right to protest ICE activity. Federal prosecutors subsequently dismissed the case, but after many months during which these charges were pending. If SEIU Member A faced criminal charges for fulfilling their election responsibilities, it would wreak havoc on their life, causing substantial emotional stress and financial hardship. SEIU Member B lives with a parent and a spouse, and manages the household. SEIU Member B has "no idea how I" would "figure out a Plan B"; "that would be a mess."

30. **SEIU Member C** is a Los Angeles County employee who is participating in the County Employee Election Worker Program for the midterm elections. Serving as an election worker enables SEIU Member C to help ensure that citizens have a voice in their community and their democracy. SEIU Member C also feels strongly that voting should be a positive, accessible, and empowering experience for every eligible voter. Therefore, SEIU Member C works hard to treat voters and poll workers alike with kindness and respect.

31. SEIU Member C served as a County Employee Election Worker during the 2022 midterm election and the 2024 presidential election. During this 2026 election cycle, SEIU Member C is signed up to serve as a Vote Center Assistant Lead. In that capacity, SEIU Member C will set up

and close down the vote center, answer questions, provide support to clerks, deliver ballots, and assist the Vote Center Lead.

32. Like SEIU Member B, SEIU Member C described the County's extensive training program, which includes both online and in-person components. Between SEIU Member C's past experience as an election worker and the recent training, SEIU Member C feels well-equipped to serve as an election worker. SEIU Member C feels that the election operations are well-organized and their vote center, which is an 11-day voting site, is running smoothly.

33. SEIU Member C will serve as a Vote Center Assistant Lead for a total of five days—Friday through Tuesday. From Friday, October 30th to Monday, November 2nd, SEIU Member C will work from 9am to 9pm, and on Tuesday, November 3rd, SEIU Member C will work from 6am to 10pm.

34. SEIU Member C is aware of Defendants' threats to criminally prosecute election officials and election workers. SEIU Member C is very concerned about these threats. They believe that Los Angeles County and, by extension, the County's election officials and workers are following the law and working as hard as they can to ensure that eligible voters can cast their ballots and have a voice in their communities. SEIU Member C firmly believes that election workers, particularly those on the frontlines who volunteer to serve their communities, should not be threatened in any way for doing their jobs, let alone face the threat of criminal prosecution. Election workers put in long hours, undergo significant training, and abide by the comprehensive policies and procedures set forth under the law. According to SEIU Member C, election workers should feel safe at their job, not threatened with criminal prosecution for stepping up to do the job.

35. SEIU Member C is heartened that this litigation is seeking to thwart Defendants' actions because election workers should not have to live in fear for stepping up, volunteering, and serving their communities.

36. **SEIU Member D** works for the Los Angeles County Registrar-Recorder and is working as a County Employee Election Worker on Election Day. SEIU Member D has been assigned to work at the Los Angeles County Ballot Processing Center in the City of Industry, California. SEIU Member D's assignment begins at 10pm on Election Day and ends at 4am the

following morning. SEIU Member D volunteered for this assignment because they believe that elections are consequential and it feels meaningful to be able to contribute to the democratic process.

37. The 2026 midterm election will be SEIU Member D's second time volunteering to assist with election operations. In 2024, they performed a range of election-related duties, including unbagging ballots and feeding the ballots through machines at a ballot processing center. SEIU Member D was impressed by the level of structure and security of election operations, noting that election observers are able to view the entire process. During that election, SEIU Member D felt safe and secure at the election site. SEIU Member D found that working as an election worker was a very good experience overall, which contributed to their decision to volunteer as a County Employee Election Worker for the 2026 midterm election.

38. SEIU Member D is aware of Defendants' efforts to compel Los Angeles County to segregate the ballots of certain voters. SEIU Member D has confidence that the State of California and Los Angeles County have well-established systems to prevent noncitizen voting. SEIU Member D thinks Defendants' actions are very concerning and causing confusion as to whether Los Angeles County election workers are abiding by lawful state ballot processing procedures.

39. SEIU Member D is concerned that their peers will be harmed by Defendants' threats, particularly election workers with public-facing responsibilities, such as the workers responsible for safely transporting and securing ballots. SEIU Member D is especially concerned about the possibility of federal agents intimidating election workers at polling places or vote centers, or that Defendants' threats will induce members of the public to harass election workers on the belief that election workers are counting unlawful votes. SEIU Member D is reassured by the knowledge that SEIU, in partnership with others, is seeking affirmative relief to protect election workers from all unfair threats of criminal prosecution.

40. Defendants' threats are presently causing election workers psychological stress that they and/or their colleagues may be targeted by the federal government for criminal prosecution or investigation. In addition, the threats encourage members of the public to falsely believe that election workers are counting unlawful votes, and so encouraging harassment and targeting.

41. If Defendants persist in making threats of criminal prosecution and initiating criminal probes of election officials, such conduct will irreparably harm election workers, subject them to increased risk of harassment, and interfere with the orderly administration of elections.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 30, 2026, in Culver City, CA.

Elena Medina Neuman