Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; LEAGUE OF UNITED LATIN AMERICAN CITIZENS;NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF MICHELLE SFORZA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF MICHELLE SFORZA**

I, Michelle Sforza, hereby declare as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Associate Director of the Organizing and Field Services Department ("OFS") of the American Federation of State, County, and Municipal Employees, AFL-CIO ("AFSCME International"). I have worked for AFSCME International for over 25 years. In my role as Associate Director of OFS, I help oversee the organizing and field services staff that support the needs of AFSCME International's subordinate bodies ("AFSCME Affiliates"). I am responsible for overseeing AFSCME International's response to the developing needs of AFSCME Affiliates on any given day. Through my work as the Associate Director of Organizing and Field Services at AFSCME International, I am familiar with the many AFSCME Affiliates throughout the country.

3. Under the AFSCME International Constitution, AFSCME Affiliates include councils, locals, and in some cases unions that existed before joining AFSCME through a direct affiliation. Under the AFSCME International Constitution, all members of AFSCME Affiliates are members of both the AFSCME Affiliate and AFSCME International, and pay voluntary membership dues, a portion of which are remitted to the AFSCME Affiliate and a portion to AFSCME International.

4. AFSCME International, through AFSCME Affiliates, represents 1.4 million members in the United States. Most AFSCME members are state and local government employees. Some of AFSCME's other members are federal employees and private-sector employees, including members who work for state and local government contractors and members who work for nonprofit public-interest organizations.

5. AFSCME's members provide vital services to keep the nation's cities and towns, counties and states, schools, and correctional, health, and public facilities functioning. They maintain roads, care for the sick and elderly, make schools good places to learn, keep communities safe, and more. AFSCME's members are employed across hundreds of different occupations—they are nurses, behavioral-health professionals, attorneys, epidemiologists, law enforcement officers, childcare providers, sanitation workers, librarians, public health workers, social workers, and more.

6. Among the many important public services AFSCME members perform, in their capacity as state and local government employees, is helping to administer elections for public office. AFSCME represents workers who perform a variety of functions related to the administration of elections, including elections services specialists, election clerks, election technicians, technical analysts, elections processors, and employees who are assigned to work as temporary employees during the election season. In these roles, AFSCME members perform a range of tasks related to the administration of elections, including: distributing, receiving, and processing voter registrations; sending and processing mail ballots; verifying the accuracy of election equipment and election materials; and providing information to the public on registration, electoral processes, and electoral results.

7. AFSCME represents county and local-level elections workers in states across the country. AFSCME also represents state-level workers who help administer elections in multiple states. For instance:

a. In Washington State, AFSCME, through AFSCME Affiliates, represents county employee election workers as their collective bargaining representative in at least twenty counties throughout the state, as well as state employees who work on election administration.

b. In California, AFSCME, through AFSCME Affiliates, represents election workers as their collective bargaining representative in at least four counties.

c. In Texas, AFSCME, through an AFSCME Affiliate, has election worker members in one county.

d. In Michigan, AFSCME, through AFSCME Affiliates, represents election workers as their collective bargaining representative in at least five cities, three counties, and two townships.

e. In Arizona, AFSCME, through an AFSCME Affiliate, represents election workers in one county through a Memorandum of Understanding.

f. In Pennsylvania, AFSCME, through AFSCME Affiliates, represents election workers as their collective bargaining representative in at least eight counties.

g. In New York, AFSCME, through AFSCME Affiliates, represents county election workers as their collective bargaining representative.

h. The above is an illustrative, not exhaustive, list of AFSCME's election-worker presence throughout the country.

8. AFSCME's mission is to advocate for fairness in the workplace, to pursue excellence in public service, to uphold and defend the professional and non-partisan civil service, and to secure prosperity and opportunity for all working families. Elections are a vital public service, integral to a functioning democracy. It is thus core AFSCME work to ensure that election workers represented by AFSCME can perform their duties to ensure fair, free, and safe elections each cycle, free from unwarranted interference, intimidation, or harassment.

9. To advance this mission, AFSCME has provided resources specifically to its election-worker members to help ensure they are able to do their nonpartisan jobs safely. These resources include a hotline that election workers can call for support and guidance from AFSCME attorneys. Unfortunately, the unfair targeting of election workers in recent years has compelled AFSCME to take these and other additional steps to support its election-worker members.

10. The job of administering elections has become increasingly fraught and stressful, due to until-recently unprecedented threats and targeting of civil servants who administer elections. Those threats and targeting have come from both public officials and private actors. The conduct challenged in this case is a continuation and escalation of that targeting, coming from the most powerful government actors in this country.

11. It is my understanding that federal government officials have mailed letters to multiple states, counties, and state and local election officials threatening criminal prosecutions should elections officials fail to ensure that ballots from individuals alleged by the federal government to be ineligible to vote are not counted. The federal government has made these threats to officials in several states and counties in which AFSCME represents election workers, including in California,

Texas, and Washington. In addition to these letters, I understand that federal government officials have published statements on social media platforms, including Truth Social, stating that the United States Department of Justice will commence prosecutions against any election workers who tabulate the votes of alleged non-citizens.

12. It is also my understanding that the United States Department of Justice has now issued grand jury subpoenas to local election officials in California.

13. Election workers represented by AFSCME are among the targets of the federal government's threats of criminal prosecution. Because they intend to comply with applicable state and federal law, election workers represented by AFSCME anticipate that they may be the targets of retaliatory federal prosecutions, all because they refuse to follow unlawful directives from federal officials.

14. AFSCME members would suffer immediate and significant harm if the federal government proceeds with prosecutions of election workers who refuse to comply with its demands. With preparations for elections already underway, election workers represented by AFSCME are hard at work administering voting, including by processing mail and early ballots. The federal government has threatened that these lawful actions could subject election workers to prosecution. Given the federal government's decision to proceed with issuing grand jury subpoenas against California election officials, election workers represented by AFSCME perceive the federal government's threats as real.

15. Moreover, the fact that federal actors are threatening these workers provides encouragement to the public. Just this month, to take but one example of private actor threats to AFSCME members who work on elections, on October 15, "law enforcement intercepted a letter containing white powder addressed to the Washington Secretary of State's elections division," where AFSCME members work.[1]

[1] https://x.com/secstatewa/status/2110868264888774775

16. I know from my interactions with our members that election workers are deeply committed to the task of carrying out free and fair elections, which is a vital aspect of our democracy. They do their jobs faithfully and with great dedication to accuracy, transparency, and nonpartisanship. Their professionalism merits our country's gratitude, not threats from federal officials.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Washington, D.C. on October 30, 2026.

/ ARB 10/30/26

Michelle Sforza