Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Case No. 5:26-cv-12800

**DECLARATION OF JUAN PROAÑO**

# DECLARATION OF JUAN PROAÑO

I, Juan Proaño, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, belief, and information.

2. I am the Chief Executive Officer of League of United Latin American Citizens ("LULAC"), a position I have held since November 2023. In my role as Chief Executive Officer, I oversee the day-to-day operations at LULAC and work to amplify the organization's advocacy initiatives and action-oriented programs.

3. LULAC is the largest and oldest Latino civil rights organization in the United States. Since its founding in 1929, LULAC's mission has been to improve the lives of Latino families throughout the United States. Among many things, that mission means we work hard to protect the civil rights, including the voting rights, of the Latino community.

4. LULAC also does this work through our local affiliated chapters, which are called "councils," across the United States. LULAC is a nationwide, non-profit, non-partisan, membership-based organization with more than 400 councils and over 800,000 members. Through community-based programs led by our local councils, LULAC works to advance the voting rights, economic conditions, educational attainment, and health outcomes of the Hispanic community. LULAC programs include voter registration drives, as well as education and health promotion events.

5. LULAC is regularly a party in voting rights litigation in defense of the Latino community. *See, e.g.*, *League of United Latin American Citizens v. Perry*, 548 U.S. 399 (2006); *LULAC Kan. v. Cox*, No. 2:18-cv-2572 (D. Kan. 2018); *LULAC Ariz. v. Reagan*, 2:17-cv-04102-DGC (D. Ariz. 2018).

6. LULAC has 34 local councils in California. Altogether, LULAC has more than 58,000 members in California, making it one of the states with the most LULAC members in the nation. These members are in cities and towns across the State, in the counties of: Kern, Los Angeles, Monterey, Orange, Riverside, Sacramento, San Benito, San Bernardino, San Diego, San Joaquin,

Santa Barbara, Santa Clara, Tulare, and Ventura.

7. LULAC has over 4,000 members in northern California, including Salinas, Sacramento, and Silicon Valley Professionals councils. Many of these councils focus on expanding educational opportunities for the Latino community.

8. LULAC's California membership is deeply civically and politically engaged. At least 80% of our California members are registered to vote. And at least 80% of LULAC's members who are registered to vote voted in 2020 and at least 75% voted in 2022.

9. At California LULAC's annual state conference, which took place in Monterey this year, LULAC promoted voting and engaging in voter registration campaigns. LULAC testifies on state legislation and holds educational events on many issues, including voting-related issues. All this work is aimed at empowering the Latino community at the local, state, and national levels and making sure the voices of Latino voters are heard by their elected representatives.

10. LULAC holds get-out-the-vote programs before elections to encourage its members to vote. For example, LULAC's councils register prospective voters and hold voter registration drives at schools, churches, and other community events. Through these programs, LULAC councils educate their members and other community members about voter registration, in-person voting options, vote-by-mail applications, and vote-by-mail deadlines.

11. California LULAC and local LULAC councils distribute information both to their members and the public on how to register to vote, check voter registration status, vote by mail-in ballot, and locate polling locations. LULAC holds get-out-the-vote programs before elections to encourage its members to vote. LULAC also helps voters check their registration status by talking to community members, hosting events, and sharing videos and social media posts that link to California's voter status tool.

12. LULAC's councils across the State have helped voters register to vote and are now in the midst of encouraging members to vote by mail or at a polling location, ahead of the November 3, 2026 election.

13. LULAC has many members in California who are naturalized U.S. citizens. These

members have files with U.S. Citizenship and Immigration Services (USCIS) due to their naturalization process.

14. Many LULAC members also vote by mail, particularly because California is a primarily vote-by-mail state and automatically sends mail ballots to all active registered voters. I am aware that some LULAC members in Monterey County have already returned their voted mail ballots for the November election.

15. I understand that federal government officials mailed letters to multiple states, including California, threatening criminal prosecutions if states do not ensure that non-citizens are prohibited from voting in elections. In addition to these letters, it is my understanding that federal government officials have sent similar letters to county elections officials, initiated criminal investigations and issued grand jury subpoenas, and made various statements on social media platforms threatening that the Department of Justice will seek to prosecute election workers who allow non-citizens to vote.

16. LULAC takes the federal government's threats of criminal prosecution seriously, and so do our members, because of what the federal government has said and done. On October 13, 2026, the Department of Justice sent letters to the California Secretary of State and the Los Angeles County Registrar demanding that returned ballots of 20,000 voters on its list ("October 13 list") be segregated and not tabulated, and stating that it would seek emergency relief if officials did not comply. The Department then filed suit on October 15.

17. During conversations that I have had with LULAC members in California and across the country in the past few months, members have expressed fear and anger about the federal government's pattern of intimidation election officials and workers. Our members have also expressed to California leaders the worry that their names may wrongfully appear on the lists of noncitizens the federal government sent to each county in the state. Due to the federal government's escalating threats against officials, should a member's name wrongfully appear or should they share the same name of someone on that list, they worry they could face disenfranchisement.

18. Due to the federal government's threats, LULAC leaders in California are scheduling

time at meetings to strategize and agree on communications efforts. These leaders are all volunteers. Some of these councils have, as their main programming, providing community services on health or education. They feel less equipped to handle novel threats to the way they have voted for decades.

19. It is likely that, if election workers acquiesce to the federal government's demands, or leave their positions because of the impact of the federal government's threats, the electoral process will grind to a halt, and ballots cast by LULAC members—due to the representation of naturalized citizens in its membership—and other constituents LULAC has helped to register to vote or educate about participating in the electoral process will not be counted. The federal government's intimidation campaign threatens LULAC members with disenfranchisement.

20. Across California, many LULAC members have already returned their mail ballots. If election officials are forced to comply with the federal government's demands under the threat of prosecution, members will face uncertainty and delay about whether their votes will count and risk complete disenfranchisement due to interruption of the electoral process.

21. The fear I describe is not abstract. Our members in Salinas, which is in Monterey County, are expressing escalating levels of alarm at the increase in ICE presence and ICE violence against U.S. citizens in their communities. This fear operates in tandem with the federal government's threats against election workers, and they worry for their relatives' physical safety should federal agents attempt to intervene at voting places on Election Day.

22. LULAC is concerned that, should the federal government proceed with intimidating and, soon, prosecuting election workers, the ballots of lawful citizen voters, including some of its members or constituents, will be erroneously not counted, through no fault of their own.

23. In our work in California, LULAC directs members to and encourages them to trust the "My Voter Status" and "Where's my ballot?" tools run by the California Secretary of State. Should the federal government succeed in delaying or frustrating the electoral process by threatening criminal prosecutions, members would be unable to determine with certainty where their ballots are located and if they had been counted. Alternatively, the tracking tools may provide false assurance, leading voters to believe their ballot has been counted when in fact it has been seized by federal

officials and subject to challenge or additional verification requirements.

24. LULAC plays an important role for its members and constituents in the Latino community and is regarded as a trusted messenger. The federal government's interruption of the electoral process through repeated threats and intimidation to election workers would undermine LULAC's reputation because members or constituents who registered to vote with LULAC or who plan to vote by mail would now question LULAC's message to them, which was that their vote is secure and will count.

25. LULAC's civic engagement efforts have already been impacted because the federal government's actions in this suit have planted the seed of distrust in the voting process among LULAC's members in California. And the federal government's actions undermine LULAC's core mission, which has been to educate and encourage its members and constituents to register to vote and vote in the upcoming election.

26. I am concerned that the federal government's barrage of threats against election workers will burden the right to vote of LULAC's members who are eligible and registered to vote. This process would also deter qualified voters in our communities from voting in future elections, extending the suit's chilling impact far beyond this upcoming election.

27. A major goal of our civic engagement work is to encourage all eligible California voters to be informed and to exercise their rights as American citizens by participating in the electoral process. That work could become significantly more difficult if our members and constituents believe their ballots will not be counted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Juan Proaño
Executed this 30th day of October, 2026.