Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 5:26-cv-12800-TLT<br><br>**DECLARATION OF TYLER STERLING** |

**DECLARATION OF TYLER STERLING**

I, Tyler Sterling, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am a U.S. citizen, over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, belief, and information.

2. I am National Director of Campaigns for the National Association for the Advancement of Colored People ("NAACP"), and I have served in that position since September 2021.

3. The NAACP is headquartered in Baltimore, Maryland and operates across the entire country, including in California.

4. The NAACP has approximately 200,000 formal members nationwide, including many thousands of registered voters. The NAACP is a non-partisan organization that maintains many units, including state-regional conferences that cover every state plus the District of Columbia. One such state-regional conference is the NAACP California Hawaii State Conference. There are approximately 12,000 active NAACP members in California, many of whom are registered voters in California.

5. The NAACP also has over two thousand local branches, college chapters, prison chapters, and youth councils. One such local branch is the NAACP Los Angeles Branch, which has more than 1,000 Members. The NAACP also has branches throughout northern California, including a substantial unit in San Francisco.

6. The NAACP was founded in 1909 by pioneers of racial justice in the United States and is the nation's oldest civil rights organization. Today, the NAACP's mission is to achieve equity, political rights, and social inclusion by advancing policies and practices that expand human rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color.

7. The NAACP has a long history of members and constituents facing legal retaliation for their advocacy around civil rights and voting rights. Accordingly, the NAACP has a proud tradition of fighting for and protecting its members, constituents, and the Black community at large from illegal retaliation. In a seminal case on the First Amendment, the NAACP successfully defended against the disclosure of its membership lists to the State of Alabama on the basis of the right to free association because of fear that officials would retaliate against them for their advocacy. *See NAACP v. Alabama*, 357 U.S. 449 (1958). The NAACP maintains this longstanding tradition of protecting members and supporters from the unlawful disclosure of their personal information in response to government overreach, intimidation, and unlawful invasions of privacy.

8. NAACP members rely on mail ballots to vote, including older members, members who have disabilities, and members who have other work and caregiving responsibilities that may make voting in person not feasible.

9. Many NAACP members are naturalized U.S. citizens. Naturalized citizens are among those most likely to be wrongly flagged as non-citizens when federal databases are used to check voter eligibility because those databases often fail to reflect that a person has been naturalized.

10. Among its many initiatives, the NAACP works to mobilize voters through robust non-partisan civil engagement and get-out-the-vote programming. For example, the NAACP, in conjunction with partners across the country, has launched programs focused on turning out voters through direct voter contact, mass communication, targeted digital mobilization, and SMS texting. In the lead up to the 2024 elections the

NAACP recruited over 100,000 volunteers across the country to execute these programs. The NAACP has also engaged in voter protection efforts, advocating on behalf of voters across the country to ensure that the law is followed and that the right to vote is respected and protected. These efforts include litigation, a voter protection hub and voter guides, and voter protection call centers staffed by dozens of lawyers and law students. Naturally, because nearly all states require voters to be registered before they can cast a ballot, voter registration is crucial to all of these civic engagement efforts. The NAACP is currently taking steps to educate and register voters for elections taking place in November 2026. The NAACP is currently a party in lawsuits to protect voting rights and is seeking judgments that will ensure voting in the 2026 elections is free and fair. As it does in every election cycle, the NAACP has ramped up its election and voter protection efforts as the 2026 elections draw near.

11. The NAACP plays a crucial role for its members and constituents as the Black community's most trusted messenger and the country's oldest civil rights organization, especially in a public square rife with political noise and distractions.

12. I am aware that the federal government has attempted to insert itself into state election administration processes, including by mailing letters to multiple state and local officials in California and other states threatening criminal prosecutions if states do not ensure that non-citizens are prohibited from voting in elections.

13. In addition to these letters, it is my understanding that federal government officials have made various statements on social media platforms threatening that the Department of Justice will seek to prosecute election workers who allow non-citizens to vote. These threats are not idle. I am aware that the Department of Justice has now opened a criminal investigation and issued grand jury subpoenas

to California county election officials.

14. NAACP members have no way to know whether their names are on Defendants' lists. Every NAACP member who is a registered voter in California, for example, faces the risk that county election workers, under the threat of federal prosecution, could set aside or decline to count that member's ballot, thereby disenfranchising them, based merely on Defendants' say-so that their personal details match a person who is--or was at one time--a non-citizen.

15. The risk is not hypothetical for NAACP's members either. Claims by federal government officials of non-citizen voting this year have repeatedly been disproven. It is my understanding that in Neveda, federal government officials first claimed that as many 15,903 non-citizens were registered voters, which was later reduced to a number of fewer than 200. Then, Neveda officials confirmed every one of those remaining individuals was a U.S. citizen.

16. Since Defendants' threats became public, NAACP has been providing outreach to members and disseminating information to answer questions and address concerns about potentials for their ballots to be counted.

17. Even NAACP members who are confident they are not on any list are being harmed. When election workers are threatened with prosecution for counting lawfully cast ballots, the counting of every ballot slows down and the risk grows that lawful ballots will be set aside, mishandled, or delayed past certification deadlines.

18. NAACP members have expressed fear and anger about the federal government's attempts to intimidate election officials and workers. Black Americans have a long history of facing government intimidation, including threats of prosecution, for voting and helping others vote. Federal prosecution has also been used against people who helped Black voters cast ballots. With this history, NAACP members understand federal threat to prosecute those who handle their ballots for what it is. The message Defendants' activities send to NAACP members and the communities they serve is that voting, and helping others vote, may bring federal law enforcement to your door or to your ballot.

19. In addition to the harms to members, the federal government's actions and threats are forcing NAACP to divert scarce staff time, volunteer hours, and other resources away from its planned voter mobilization work in the final days before Election Day, when that work maters most. For example, lawyers that are traditionally assigned to support specific states on Election Day are now engaged in litigation against the federal government regarding intimidation and interference. Organization leaders are focused on disseminating information to members regarding their rights when it comes to encounter federal law enforcement officials at polling locations.

20. The federal government's actions and threats also undermine the NAACP's message to its members and its community. For months, NAACP has urged members to vote by mail and trust that their ballot will be counted. When the federal government threatens to prosecute the workers who count those ballots, it damages the trust NAACP has built with voters, and it makes it harder to persuade infrequent voters, a key focus of the NAACP's 2026 voter registretion efforts, that voting is worth the effort.

21. The harms described above are happening now and cannot be undone after the election. Election Day is November 3. California counties are processing mail ballots today, will continue counting ballots that arrive up to seven days after Election Day, and must finish their canvass within 30 days. If election workers set aside or fail to count NAACP members' lawful ballots during that window because they fear prosecution, those voters will be lost and no later court can restore them. These same concerns apply to all states and localities for which the federal government is seeking to unlawfully interfere with the administration of state election processes.

22. Moreover, the hours the NAACP is diverting away from turning out voters in the last days of this election cannot be recovered, and members who decide not to vote because of Defendants' threats cannot vote after the polls close.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of October, 2026.

Tyler Sterling
National Director of Campaigns, NAACP