Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants | Case No. 5:26-cv-12800-TLT<br><br>**DECLARATION OF ELIZABETH EVERS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND EXHIBITS 1-20** |

# DECLARATION OF ELIZABETH EVERS

I, Elizabeth Evers, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief. I am a litigation assistant at the law firm of Altshuler Berzon LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. I have been asked by Plaintiffs' counsel to compile various publicly available materials cited in Plaintiffs' Complaint and/or motion for a Temporary Restraining Order.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the article, *Exodus of election officials raises concerns of partisanship*, published by the Associated Press on June 13, 2021, downloaded from the link https://apnews.com/article/election-officials-retire-trump-2020-threats-misinformation-3b810d8b3b3adee2ca409689788b863f.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the article, *Justice Dept. Explores Using Criminal Charges Against Election Officials*, published by the New York Times on July 2, 2025, downloaded from the link https://www.nytimes.com/2025/07/02/us/politics/justice-department-election-data.html.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document downloaded from the link https://perma.cc/5ZC9-AD6P, which is cited in the memorandum opinion in *Citizens for Resp. & Ethics in Washington v. U.S. Dep't of Just.*, 826 F. Supp. 3d 73, 80 (D.D.C. 2026) and appears to be an email sent on July 10, 2025, by Scott Laragy, Principal Deputy Director of the Executive Office for U.S. Attorneys, and Paul Hayden, Senior Counsel at the Department of Justice Criminal Division, to Stephanie Thomas, Secretary of State of Connecticut.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the article, *Trump DOJ threatens election officials with criminal prosecution over noncitizen voting*, published by Democracy Docket on July 7, 2026, downloaded from the link

https://www.democracydocket.com/news-alerts/trump-doj-threatens-election-officials-with-criminal-prosecution/, in which Assistant Attorney General Harmeet Dhillon is quoted as saying:

> Any election officer, including the chief election officer of the state, who knowingly retains noncitizens on the state's SVRL or facilitates noncitizens in receiving and casting ballots **could be subject to criminal liability**.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a letter dated July 7, 2026, from Assistant Attorney General Harmeet Dhillon to The Honorable Jocelyn Benson, Michigan Secretary of State.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a July 8, 2026, X.com post by Assistant Attorney General Harmeet Dhillon, downloaded from https://x.com/AAGDhillon/status/2074992379447099681?a=FGkTS2Rh5sy584wdntw&s=46, in which Assistant Attorney General (AAG) Harmeet Dhillon posted:

> Every state and local election official is on notice—knowingly encouraging noncitizens to vote or conspiring to fraudulently register noncitizens is a federal crime. The @CivilRights Division is ready to help with compliance as American citizens deserve free and fair elections!

9. Attached hereto as **Exhibit 7** is a true and correct copy a July 10, 2026, Truth Social post by AAG Harmeet Dhillon, downloaded from https://truthsocial.com/@harmeet/116896357827801363, in which AAG Dhillon posted:

> This week the Civil Rights Division sent letters to all 50 states and DC warning them that knowingly allowing non-citizens to vote is illegal. This @theJusticeDept will prosecute violators to the fullest extent of the law to ensure ONLY Americans vote in our elections.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a letter dated July 16, 2026, by Secretary of Homeland Security Markwayne Mullin to California Secretary of State Shirley Weber.

11. Attached hereto as **Exhibit 9** is a July 17, 2026, X.com post by Secretary of Homeland Security Markwayne Mullin, downloaded from https://x.com/SecMullinDHS/status/2078172229934760403, in which he states: "A preliminary @DHSgov review found over 250,000 non-citizens registered to vote in four states: California, New Jersey, Pennsylvania, and Nevada."

12. Attached hereto as **Exhibit 10** is a true and correct copy of the article, *DHS threatens states with fines, charges over election measures*, published by Reuters on July 17, 2026, downloaded from the link https://www.reuters.com/legal/government/us-dhs-chief-asks-four-states-check-voter-rolls-non-citizens-2026-07-17/.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a letter dated July 23, 2026, by California Secretary of State Shirley Weber to Secretary of Homeland Security Markwayne Mullin.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the article, *US justice department dismisses charges against California union leader*, published by the Guardian on July 27, 2026, downloaded from the link https://www.theguardian.com/us-news/2026/jul/27/doj-charges-california-union-leader-david-huerta.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the article, *Trump's claims of 250,000 non-U.S. citizens on voter rolls leave some states baffled*, which was published by NPR on July 31, 202, and downloaded from the link https://www.npr.org/2026/07/31/nx-s1-5906708/trump-claim-noncitizens-midterms-election-interference-voter-rolls.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a September 1, 2026, X.com post by Assistant Attorney General Harmeet Dhillon, downloaded from https://x.com/AAGDhillon/status/2094957788833194087?s=46.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a letter dated September 4, 2026, by Eric Neff, Acting Chief, Voting Rights Section of the Department of Justice, to The Honorable Deidre Henderson, Utah Lieutenant Governor.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the article, *D.O.J. Escalates Threats to States in Battle for Election Records*, published by the New York Times on September 10, 2026, downloaded from the link https://www.nytimes.com/2026/09/10/us/politics/department-of-justice-election-fraud-states.html.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a September 11, 2026, X.com post by Homeland Security Investigations NorCal (@HSISanFrancisco), downloaded from https://perma.cc/AXZ6-J7EG.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a letter dated September 13, 2026, by Senators Alex Padilla and Charles Schumer to Secretary of Homeland Security Markwayne Mullin and The Honorable Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services, is. The letter was included in a press release dated September 14, 2026, accessible at the link https://www.padilla.senate.gov/newsroom/press-releases/padilla-schumer-announce-dhs-whistleblower-report-revealing-trump-administration-directed-officers-to-break-state-laws-in-voter-fraud-hunt/.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the article *From 16,000 to 185 to Zero: Trump's Claims of Illegal Voting in Nevada Fizzle*, published by the New York Times on September 24, 2026, and downloaded from the link https://www.nytimes.com/2026/09/24/us/politics/nevada-voters-homeland-security-trump.html.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a letter dated October 13, 2026, by Acting Deputy Attorney General Trent McCotter to Dean C. Logan, Los Angeles County Registrar-Recorder and County Clerk.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a letter dated October 13, 2026, by Acting Deputy Attorney General Trent McCotter to California Secretary of State Shirley Weber.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a letter sent October 15, 2026, by California Secretary of State Shirley Weber to Acting Deputy Attorney General Trent McCotter.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a letter sent October 16, 2026, by Acting Deputy Attorney General Trent McCotter to Los Angeles Assistant County Counsel Peter M. Bollinger.

26. Attached hereto as **Exhibit 24** is a true and correct copy of an October 16, 2026, X.com post by United States Attorney Bill Essayli, downloaded from https://x.com/USAttyEssayli/status/2111235463428419898?s=46, in which he states:

> California on Notice: Federal agencies identified over 20,000 suspected noncitizens registered to vote in California who have already been mailed ballots. Under 18 U.S.C. §§ 611 and 2,

> officials who knowingly tabulate unlawful ballots risk aiding and abetting a federal offense. @TheJusticeDept urges the County and the Secretary of State to temporarily segregate the flagged ballots pending citizenship verification or face legal consequences.

27. Attached hereto as **Exhibit 25** is a true and correct copy of an October 16, 2026, X.com post by Acting Deputy Attorney General Trent McCotter, posted to X.com in response to United States Attorney Bill Essayli's October 16 post, downloaded from https://x.com/PADAGMcCotter/status/2111246336053923891?s=46, in which Acting Deputy AG McCotter states:

> California can't keep burying its head in the sand when it comes to noncitizens voting. Willful blindness is no excuse. Proud to partner with @USAttyEssayli on this important case.

28. Attached hereto as **Exhibit 26** is a true and correct copy of an October 16, 2026, Truth Social Post by President Donald Trump, downloaded from https://truthsocial.com/@realDonaldTrump/117453415283228242, in which he states, in reference to Los Angeles County election officials, that they "will all go to jail for a long period of time!!!"

29. Attached hereto as **Exhibit 27** is a true and correct copy of the article *California Says D.O.J. System for Identifying Noncitizens Is Sloppy*, published by the New York Times on October 16, 2026, and downloaded from the link https://www.nytimes.com/2026/10/16/us/elections/california-election-voters-trump-administration.html.

30. Attached hereto as **Exhibit 28** is a true and correct copy of the article, *Trump threatens California officials with imprisonment over stance on mail ballots*, published by Reuters on October 17, 2026, downloaded from the link https://www.reuters.com/world/us/trump-threatens-california-officials-with-imprisonment-over-stance-mail-ballots-2026-10-17/, in which Reuters reported that:

> The US Justice Department on Friday warned Los Angeles County and California election officials they could be liable as abettors of a federal crime if they count mail ballots returned by more than 20,000 people the Trump administration says are probably noncitizens.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the article, *Justice Dept. Demands that California Counties Help Identify Noncitizen Voters*, published by the New York

Times on October 23, 2026, downloaded from the link https://www.nytimes.com/2026/10/23/us/justice-dept-california-noncitizen-voters.html.

32. Attached hereto as **Exhibit 30** is a true and correct copy of an October 23, 2026, X.com post by United States Attorney Bill Essayli, downloaded from https://x.com/USAttyEssayli/status/2113794933236871180?s=20, which states:

> It's simple. California does not verify citizenship status. We did the work for them. We obtained the registered voter list and told them who we believe are noncitizens on their rolls. Knowingly possessing noncitizen ballots is a federal crime under 18 U.S.C. §§ 611 and 2. We will hold election officials accountable. No one is above the law.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a letter sent October 26, 2026, by Acting United States Attorney Charles Neil Floyd and First Assistant United States Attorney Pete Serrano to The Honorable Steve Hobbs, Washington Secretary of State.

34. Attached hereto as **Exhibit 32** is a true and correct copy of the "Statement from Keaton Denlay, Butte County Clerk-Recorder/Registrar of Voters," dated October 26, 2026, and downloaded from the link https://www.buttevotes.ca.gov/DocumentCenter/View/4551/Butte-County-Clerk-Recorder-Statement.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the article, *The New Worst-Case Scenario for Election Officials: Federal Interference*, published by the New York Times on October 27, 2026, downloaded from the link https://www.nytimes.com/2026/10/27/us/election-interference-trump-midterms.html.

36. Attached hereto as **Exhibit 34** is a true and correct copy of *Trump administration asks Washington to set aside ballots from 400 voters it says may be noncitizens*, published by the Associated Press on October 26, 2026, and downloaded from the link https://www.ap.org/news-highlights/elections/2026/trump-administration-asks-washington-to-set-aside-ballots-from-400-voters-it-says-may-be-noncitizens/.

37. Attached hereto as **Exhibit 35** is a true and correct copy of the article, *Here Are the U.S. Attorneys Who Are Carrying Out Trump's Grievance Agenda*, published by the New York Times on October 28, 2026, downloaded from the link https://www.nytimes.com/2026/10/29/us/trump-doj-

california-voter-rolls-midterms.html?unlocked_article_code=1.MVE.QVlR.OCk8vA2Dtun5&smid=url-share.

38. Attached hereto as **Exhibit 36** is a true and correct copy of an October 28, 2026, X.com post by United States Attorney Bill Essayli posted to X.com, downloaded from https://x.com/usattyessayli/status/2115597868245619035?a=mQS5GITqcYhNBaL0uRE&s=46, stating that "a federal grand jury began returning indictments against noncitizens registered to vote in California," and that:

> Every illegal vote by a noncitizen cancels out an American citizen's lawful vote. Election integrity is nonnegotiable. We will hold accountable anyone who unlawfully participates in our elections and those who aid them.

39. Attached hereto as **Exhibit 37** is a true and correct copy of the article, *DOJ Orders Criminal Probes of California Officials on Voting (2)*, published by Bloomberg Law on October 29, 2026, downloaded from the link https://news.bloomberglaw.com/us-law-week/doj-orders-criminal-probes-of-california-officials-over-ballots.

40. Attached hereto as **Exhibit 38** is a true and correct copy of the article, *Justice Dept. Pressures California With Expanded Election Investigation*, published by the New York Times on October 29, 2026, downloaded from the link https://www.nytimes.com/2026/10/29/us/trump-doj-california-voter-rolls-midterms.html?unlocked_article_code=1.MVE.QVlR.OCk8vA2Dtun5&smid=url-share.

41. On October 29, 2026, I accessed the *Early Voting National Statistics* data provided by the University of Florida Election Lab, at https://election.lab.ufl.edu/early-vote/2026-early-voting/#us. A true and correct copy of a printout from that website is attached hereto as **Exhibit 39**.

42. On October 29, 2026, I accessed the *Tracker of Justice Department Requests for Voter Information* proved by the Brennan Center, at https://www.brennancenter.org/our-work/research-reports/tracker-justice-department-requests-voter-information. A true and correct copy of a printout from that website is attached hereto as **Exhibit 40**.

43. Attached hereto as **Exhibit 41** is a true and correct copy of the article, *DOJ subpoenas California election officials as part of ballooning voter fraud probes*, published by the San Francisco Chronicle on October 29, 2026, downloaded from the link https://www.sfchronicle.com/politics/article/california-doj-election-subpoenas-22501615.php.

44. Attached hereto as **Exhibit 42** is a true and correct copy of the article, *DOJ again warns election officials of potential criminal prosecution, days before midterm elections*, published by Votebeat on October 30, 2026, downloaded from the link https://www.votebeat.org/national/2026/10/30/doj-election-officials-criminal-prosecution-letters-2026-midterms/?utm_source=vbnewsletters.votebeat.org&utm_medium=newsletter&utm_campaign=new-doj-again-warns-election-officials-of-potential-criminal-prosecution-days-before-midterm-elections&_bhlid=e57891fd907612c09adcd7dd30d81d39d619b764.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a Department of Homeland Security Press Release, *DHS Secretary Markwayne Mullin Sends Letters to Secretaries of State Warning About Non-Citizens on Voter Rolls*, published on July 17, 2026, and downloaded from the link https://www.dhs.gov/news/2026/07/17/dhs-secretary-markwayne-mullin-sends-letters-secretaries-state-warning-about-non.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 30, 2026, in Pasadena, California.

Elizabeth Evers

Elizabeth Evers

# Exhibit 1







# Exodus of election officials raises concerns of partisanship




1 of 3 | FILE - In this Wednesday, Nov. 4, 2020, file photo, election challengers yell as they look through the windows of the central counting board as police were helping to keep additional challengers from entering due to overcrowding, in Detroit. There is no shortage of job openings for election offi Read More

BY ANTHONY IZAGUIRRE
Published 7:52 AM PDT, June 13, 2021

Add AP News on Google Share

There is no shortage of job openings for local election officials in Michigan. It's the same in Pennsylvania. Wisconsin, too.

After facing threats and intimidation during the 2020 presidential election and its aftermath, and now the potential of new punishments in certain states, county officials who run elections are quitting or retiring early. The once quiet job of election administration has become a political minefield thanks to the baseless claims of widespread fraud that continue to be pushed by many in the Republican Party.

The exits raise a pressing question: Who will take these jobs? Barb Byrum, clerk of Ingham County, Michigan, has an idea.

"These conspiracy theorists are in it for the long haul. They're in it to completely crumble our republic, and they're looking at these election administrator positions," said Byrum, a Democrat. "They're playing the long game."

ADVERTISEMENT



CHARLES SCHWAB
When Do You Need a Wealth Advisor?
Read More

GOLDMAN SACHS ASSET MANAGEMENT
Goldman Sachs Active ETFs: Not just active.
Relev





THE MOTLEY FOOL
AI data centers need power. Who supplies it?
Read More



## MOST READ

1 Patrick Stewart, legendary actor of 'Star Trek' and 'X-Men' fame, dies at 86
6 MIN READ 178

2 Netanyahu's party claims election 'stolen' as results show him losing majority
6 MIN READ 241

3 Trump calls for prosecution of Democratic Alaska Senate candidate over spoiler candidate controversy

ADVERTISEMENT




It's difficult to quantify exactly how many election officials across the country have left their posts and why, since the departures are not generally tallied. Retirements also are common after presidential elections.

But in places that do track such information, along with anecdotal accounts from county officials, it is clear that many have recently left because of the newfound partisan rancor around the jobs and the threats many local election workers faced leading up to the November election and afterward as former President Donald Trump and his allies challenged the results.

About a third of Pennsylvania's county election officials have left in the last year and a half, according to a spokesman for the state's county commissioners association, who cited heavy workloads and rampant misinformation related to voting among the reasons.

"It was particularly challenging last year with all the misinformation and angst out there," said Lisa Schaefer, executive director of the County Commissioners Association of Pennsylvania. "And none of it was caused by county election officials."

The executive director of a clerks association in Wisconsin said more than two-dozen clerks have retired since the presidential election and another 30 clerks or their deputies quit by the end of 2020. Thirteen have left since the beginning of this year. In Michigan, Byrum said she didn't know a precise number of newly vacant positions but was able to rattle off several seasoned election officials who have recently left.

The local election jobs are being vacated as Trump's false claims of fraud persist within the GOP and provide a platform for his loyalists to launch campaigns to become top election officials in several swing states.

In Georgia, U.S. Rep. Jody Hice, a Trump recruit who voted to overturn the presidential results in the House of Representatives, is challenging Secretary of State Brad Raffensperger, a Republican who has been attacked by his own party for upholding President Joe Biden's victory.

Arizona state Rep. Mark Finchem, who was at the Jan. 6 rally outside the Capitol and is a chief supporter of a partisan review of ballots in Maricopa County, is running for secretary of state. Former Nevada lawmaker Jim Marchant, who has clung to the conspiracy theory that the election was stolen from Trump, is campaigning to replace Republican Secretary of State Barbara Cegavske, who has repeatedly denied claims of election fraud. Cegavske can't run again because of term limits.

ADVERTISEMENT

4 MIN READ 783

4 Justice Department issues new subpoenas over Alaska spoiler candidate controversy, AP source says
6 MIN READ 1100

5 Hegseth fires the Pentagon's top military planner even as Trump considers new Iran strikes
2 MIN READ 441

## SUGGESTED FOR YOU



What to Know About Trump Accounts
Advertisement: Charles Schwab




Motley Fool Issues Rare "Home Run" Buy Alert
Advertisement: The Motley Fool



How Savvy Investors Pay for Healthcare in Retirement [Free Guide]
Advertisement: Fisher Investments



Business loans made easy. Explore funding options for your business.
Advertisement: LendingTree

Sylvia Albert, voting and elections director for Common Cause, which advocates for expanded voter access, said that while the statewide positions come with more power, local officials generally have much discretion over how to solve common Election Day issues such as long lines, voter roll problems or trouble with voting machines.

"If you have an elections official who doesn't want to expand access to the ballot, who finds democracy disturbing to them, they're not going to fix problems and then they're going to multiply," she said.

ADVERTISEMENT

Races for county offices receive far less attention than those for statewide positions, and many of those roles aren't up for election for another year or more. Still, partisanship has already seeped into the process.

Republicans in Michigan chose not to re-nominate a GOP member of the state election board after he voted to certify Biden's win in the state. In Scott County, Iowa, a GOP board chose not to hold a special election after the abrupt resignation of the longtime top elections official, a Democrat, and instead appointed a Republican.

The exodus comes as Republicans in a number of states pursue legislation that imposes new fines or criminal penalties on local election officials or makes it easier to remove them, as part of the GOP campaign to rewrite rules for voting and administering elections.

ADVERTISEMENT

A new law in Iowa imposes a $10,000 fine on election administrators for a technical infraction of election rules. A similar law in Florida could lead to $25,000 fines for election supervisors if a ballot drop box is accessible outside early voting hours or is left unsupervised.

Republicans in Texas have pushed a measure to make it a crime for local election officials to send voters unsolicited absentee ballot materials. Georgia's new election law allows the GOP-dominated legislature to appoint a board that can replace a local election official.

ADVERTISEMENT

Wendy Helgeson, president of the Wisconsin Municipal Clerks Association and clerk of the village of Greenville, said the new penalties, coupled with the charged atmosphere around election work, could make the job unpalatable to some.

"It's hard to convince someone it's a good way to give back to the community when you're afraid of going to clerk jail," she said. "It's harder and harder to get people to work in government as a whole."

---

Izaguirre reported from Lindenhurst, New York.

---

Associated Press coverage of voting rights receives support in part from Carnegie Corporation of New York. The AP is solely responsible for this content.

ADVERTISEMENT

# Exhibit 2

The New York Times
GIVE THE TIMES
Account

Trump Administration | Hegseth Fires General | Trump Faces the Midterms | Grievance Agenda | Ilhan Omar Investigation | Approval Rating

ADVERTISEMENT


McKenna Audi

# *Justice Dept. Explores Using Criminal Charges Against Election Officials*

Such a path could drastically raise the stakes for federal investigations of state or county officials, bringing the department and the threat of criminalization into the election system.

Listen · 8:29 min

Share full article



Voting booths in Milwaukee last November. States including Wisconsin, North Carolina and Colorado, have received requests from the Justice Department for more information regarding their voting practices. Jim Vondruska for The New York Times



By Devlin Barrett and Nick Corasaniti
Devlin Barrett reported from Washington, and Nick Corasaniti from New York.

July 2, 2025

Senior Justice Department officials are exploring whether they can bring criminal charges against state or local election officials if the Trump administration determines they have not sufficiently safeguarded their computer systems, according to people familiar with the discussions.

The department's effort, which is still in its early stages, is not based on new evidence, data or legal authority, according to the people, speaking on the condition of anonymity to describe internal discussions. Instead, it is driven by the unsubstantiated argument made by many in the Trump administration that American elections are easy prey to voter fraud and foreign manipulation, these people said.

Such a path could significantly raise the stakes for federal investigations of state or county officials, thrusting the Justice Department and the threat of criminalization into the election system in a way that has never been done before.

Federal voting laws place some mandates on how elections are conducted and ballots counted. But that work has historically been managed by state and local officials, with limited involvement or oversight from Washington.

ADVERTISEMENT

In recent days, senior officials have directed Justice Department lawyers to examine the ways in which a hypothetical failure by state or local officials to follow security standards for electronic voting could be charged as a crime, appearing to assume a kind of criminally negligent mismanagement of election systems. Already, the department has started to contact election officials across the country, asking for information on voting in the state.



Ballots from the 2024 general election locked in a secure warehouse area of the Ada County Elections Office in Boise, Idaho, last November. Natalie Behring for The New York Times

A spokesman for the Justice Department, Gates McGavick, said the agency “will leave no option off the table when it comes to promoting free, fair and secure elections.”

Voting experts say the push by the Trump administration is alarming, particularly given that it has repeatedly argued, without reliable evidence, that the 2020 election that President Trump lost was affected by mass voter fraud.

“The tactics we’re seeing out of D.O.J. right now are building on what we’ve seen from anti-democracy groups for years,” said Dax Goldstein, the program director of election protection at the States United Democracy Center, a nonprofit organization. “They’re rooted in the same lies about elections, and they’re all meant to create noise and fear and concerns about issues with our elections that just don’t exist. Our elections are safe and secure, and election officials are working to keep them that way.”

ADVERTISEMENT

The instructions at the Justice Department come as the department’s elections and voting rights section is in significant turmoil trying to absorb new directives from the Trump administration.

Since Mr. Trump took office, the department has dropped or halted all of the open voting rights lawsuits that preceded Mr. Trump’s inauguration. The section itself has dwindled from about 30 lawyers at the end of the Biden administration to just a handful, part of a broader exodus of hundreds of attorneys from the civil rights division. Still, multiple former department officials say the department is trying to replenish its ranks.



Since President Trump's inauguration, the Justice Department's civil rights division has shrunk to just a handful of lawyers. Eric Lee/The New York Times

The effort to explore criminal charges in state election supervision came as a surprise to some prosecutors in the Justice Department, according to the people familiar with the matter. Those people described the effort as a novel and aggressive way to try to find
Inside the Justice Department, a number of lawyers have
struggled to find a criminal statute to match the Trump administration's demands, according to the people familiar with the matter.

ADVERTISEMENT

In March, Mr. Trump signed an executive order that called for "preserving and protecting the integrity of American elections," seeking to turn his own views and groundless accusations about electoral integrity into federal policy. A number of states have successfully sued to block parts, but not all, of Mr. Trump's order.

**Sign up for the On Politics newsletter.** It's a pivotal moment for American politics. Join us for 2026 and beyond. Get it sent to your inbox.

One section directs the attorney general and the secretary of the Department of Homeland Security to "prevent all noncitizens from being involved in the administration of any federal election, including by accessing election equipment, ballots or any other relevant materials used in the conduct of any federal election."

It also orders the secretary of homeland security to "review and report on the security of all electronic systems used in the voter registration and voting process." That assessment shall include "the security of all such systems to the extent they are connected to, or integrated into, the internet and report on the risk of such systems being compromised through malicious software and unauthorized intrusions into the system."


of Football

That "review and report" language seems to be a far cry from the kind of criminal investigation envisioned by senior Justice Department officials, particularly on the question of whether there may be a form of criminal negligence attached to the management of election data systems, which are frequent targets of hackers.



A voting machine and ballot counting machine at the Allegheny County Election Warehouse last fall. Kristian Thacker for The New York Times

But some in the department are already beginning to reach out to election officials across the country. Late last month, prosecutors from the criminal division contacted at least two states with broad requests about information sharing, according to a person familiar with the request.

ADVERTISEMENT



McKenna Audi

Last week, at least two other states received a letter from different parts of the Justice Department with 15 broad questions about voting policies and compliance with federal laws, according to a copy of the letter reviewed by The New York Times. One question specifically asked about voting machines: "Describe all technological security measures taken by the state to prevent unauthorized access to the statewide voter registration list."

Other states, including Wisconsin, North Carolina and Colorado, have received requests from the department for more information regarding their voting practices.

Ann Jacobs, the Democratic chair of the Wisconsin Elections Commission, said that she had not heard from the Justice Department regarding election machines, but was confident in the security of the state's systems.

"Any analysis of our system would reassure the investigators of the security of our system," she said. But, she added, "we're certainly happy to answer any questions that D.O.J. has on this. It's my hope that they, while finding reassurance in our systems, recognize that coming into an investigation with a threat of prosecution tends to be the worst way to handle these matters."

ADVERTISEMENT



McKenna Audi

Conspiracy theories about the security of election machines have long percolated on the political fringes. But they were thrust into the mainstream after the 2020 election, when allies of Mr. Trump espoused spurious theories, claiming, with no evidence, that machines were hacked by foreign adversaries, some with ties to long-deceased dictators.

Even after that election, conservative activists continued to hunt for evidence of fraud caused by machines. In 2023, multiple people, including a former state representative, were indicted in Michigan as part of a brazen scheme to illegally obtain and inspect election machines. Tina Peters, a former county clerk in Colorado, is serving nine years in prison for tampering with voting machines in an effort to prove that the machines had been used to rig the 2020 election against Mr. Trump.

But the president has called Ms. Peters a "political prisoner" and called for her release. Mr. Trump also stated a desire to criminally prosecute state and local election officials while he was running for office in 2024. And Project 2025, the conservative blueprint for a second Trump administration, also pushed for using the Justice Department to prosecute election officials.

Election experts have also expressed concern that the Justice Department's taking a role in election security could introduce problems or weaknesses to the national electoral infrastructure.

"D.O.J. has the full power of the federal government behind it," Mx. Goldstein said. "And under the guise of election integrity, they could end up using their unique tools to introduce new vulnerabilities to the system."

**Devlin Barrett** covers the Justice Department and the F.B.I. for The Times.

**Nick Corasaniti** is a Times reporter covering national politics, with a focus on voting and elections.

A version of this article appears in print on July 3, 2025, Section A, Page 15 of the New York edition with the headline: States May Face Charges Over Ballot Box Security. Order Reprints | Today's Paper | Subscribe

See more on: U.S. Justice Department, U.S. Politics, Homeland Security Department, Donald Trump

Share full article

## The Latest on the Trump Administration

- **California Ballots:** A federal judge rejected the latest Trump administration attempt to intervene in the midterm elections, denying an effort to force California to immediately set aside 20,000 ballots from people the administration suspects are "likely noncitizens."
- **Chinese Spy Plot:** A Chinese businesswoman who had a close relationship with Jensen Huang, the chief executive of Nvidia, was found to be passing intelligence to Beijing. President Trump was briefed and took no action.
- **$43,000 for New Furniture:** Linda McMahon, the education secretary, plans to spend thousands of dollars as part of a work space makeover that comes as she lobbies Congress to shut down her department.
- **Backing Down on Kratom:** Health officials will now allow some levels of a potent opioid to remain in products marketed as natural. The change could help a G.O.P. donor facing wrongful death lawsuits.
- **Director of National Intelligence:** Jay Clayton has begun a bid to push his office back toward its traditional functions after months of upheaval, according to current and former officials.

**How We Report on the Trump Administration**

Hundreds of readers asked about our coverage of the president. Times editors and reporters responded to some of the most common questions.

**More in Politics**



Trump Wants to Kick 'Rogue Activist Judges' Off Cases. Can He?




A Mayor Walked Away After Covid Chaos. Will Voters Make Her a Governor?




PAID POST: LAGAVULIN

American Menswear Meets Scotch Whisky

**Trending in The Times**

- The New DNA Technology That Linked Ted Bundy to a 52-Year-Old Cold Case
- Hear What It's Like to Run the Best, and Worst, Mile of the Marathon
- Opinion: What's Next for Israel? Four Writers Decode the Election Results.
- Jimmy Kimmel Turns Trump Heckler's Taunt Into a T-Shirt
- An 'Endless Cruise' Goes Broke, Stranding Passengers

# Exhibit 3

**From:** Hayden, Paul (CRM)
**To:** Scheduler, SOTS
**Cc:** Laragy, Scott (USAEO)
**Subject:** Executive Order Implementation
**Date:** Thursday, July 10, 2025 8:52:34 AM

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Secretary Thomas,

By way of virtual introduction, we are Paul Hayden and Scott Laragy from the U.S. Department of Justice. It is our understanding that some of our colleagues from the Civil Rights Division may have reached out to your office recently about collecting voting information as part of the Department's efforts to implement President Trump's Executive Order (EO) 14248, *Preserving and Protecting the Integrity of American Elections*.

Separate from their request, we would like to request a call with you, or the relevant election official in your office, to discuss a potential information-sharing agreement that would provide the U.S. Department of Justice with information on, among other things, individuals who have registered to vote or have voted in your state despite being ineligible to vote, who may have committed other forms of election fraud, who may have provided false information to state authorities on voter registration or other election forms, or who may otherwise have engaged in unlawful conduct relevant to the election process. With your cooperation, we plan to use this information to enforce Federal election laws and protect the integrity of Federal elections.

Please let us know a date and time convenient to your schedule.

Sincerely,

Scott Laragy
Principal Deputy Director
Executive Office for United States Attorneys
(202) 774-7723

Paul Hayden
Senior Counsel,
Criminal Division
U.S. Department of Justice
(202) 353-9370

# Exhibit 4

NEWS | DOJ VOTER DATA ACCESS | LITIGATION | MICHIGAN | NEVADA | UTAH

# Trump DOJ threatens election officials with criminal prosecution over noncitizen voting

By Yunior Rivas | July 7, 2026

PREFER US ON GOOGLE to see more of our voting rights news coverage when you search.




FILE - A sign reading Department of Justice is displayed at the FBI field office, in Portland, Ore., Jan. 16, 2025. (AP Photo/Jenny Kane, File)

President Donald Trump's Department of Justice sent letters to top election officials in all 50 states and D.C. Tuesday warning they could face criminal prosecution over possible noncitizen voting, escalating the administration's pressure campaign against state election officials after courts repeatedly rejected its effort to seize unredacted voter rolls.

A DOJ spokesperson confirmed the scope of the letters, saying, "The Department sent these letters to all 50 states and the District of Columbia, asking for voluntary compliance in a timely manner with their obligations under federal law to ensure only citizens vote in federal elections."

The letters, sent by Assistant Attorney General Harmeet Dhillon, who leads DOJ's Civil Rights Division, demand that states explain within five days how they plan to comply with federal voter eligibility laws.

Copies reviewed by Democracy Docket were sent to Michigan Secretary of State Jocelyn Benson (D) and Nevada Secretary of State Francisco Aguilar (D).

Arizona Secretary of State Adrian Fontes (D) said his office also received a letter and forcefully rejected DOJ's suggestion that Arizona election officials are failing to properly maintain the state's voter rolls.

"It is insulting to insinuate that the good people at our county recorders' offices across the state are not doing their jobs correctly," Fontes said. "Arizona election officials have always worked to ensure that only eligible citizens are registered to vote, and we will continue following Arizona law — not directions that come from political rhetoric or intimidation."

Utah Lt. Gov. Deidre Henderson (R), her state's top election official, wrote on social media that she, too, received such a letter, and called it "truly bizarre behavior" by the federal agency "that is supposed to be protecting civil rights."

1 of 7 Automatic Zoom

**U.S. Department of Justice**
Civil Rights Division

*Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC 20530*

July 7, 2026

***Via U.S. Mail and Electronic Mail***

The Honorable Jocelyn Benson
Michigan Secretary of State
430 West Allegan Street, 4th Floor
Lansing, MI 48918
secretary@michigan.gov

**Re: The State of Michigan's Compliance with Federal Law Governing Voter Eligibility.**

Dear Secretary Benson:

This letter is sent to you as the chief election officer of the state of Michigan. This letter serves as a notice of the federal laws applicable to state and local election officials to ensure free, fair, and transparent elections. Also attached to this letter is a memorandum titled, "Federal Law Requirements for State and Local Election Officials," which outlines various responsibilities for state and local election officials under federal law and the potential criminal penalties for those who fail to carry out their duties.

Federal law mandates that state and local election officials properly maintain election records and undertake certain actions to ensure that only eligible U.S. citizens cast votes in elections for federal office. This includes: (i) Title III of the Civil Rights Act of 1960 (CRA), 52 U.S.C. § 20701 *et seq.*; (ii) the Voting Rights Act of 1965 (VRA), 52 U.S.C. § 10301 *et seq.*; (iii) the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. § 20501 *et seq.*; and (iv) the Help America Vote Act of 2002 (HAVA), 52 U.S.C. § 20901 *et seq.*

In addition to the Civil Rights Division's authority to seek injunctive relief for violations of these laws, we are also authorized to prosecute criminal violations. Section 12(2)(B) of the NVRA makes it a crime for "an election official" in a federal election to "knowingly and willfully

**RELATED LINKS**

DOJ demands ruling by Friday on emergency bid to stop California from counting ballots from alleged noncitizens

Did the data for DOJ's California voter lawsuit come via election denier Heather Honey?

Judge orders DOJ to identify the states it sent election demands

DOJ presses on with California ballot challenge despite the legal losses piling up

Trump, GOP escalate campaign to subvert Alaska's Senate election if Democrat wins

SIGN UP TODAY

Get updates straight to your inbox — for free

Join 350,000 readers who rely on our daily and weekly newsletters for the latest in voting, elections and democracy.

Email*

SUBSCRIBE

The letters frame routine voter list maintenance as a potential criminal matter, warning that election officials could be prosecuted if they knowingly retain noncitizens on the rolls or allow them to receive and cast ballots.

“Any election officer, including the chief election officer of the state, who knowingly retains noncitizens on the state’s SVRL or facilitates noncitizens in receiving and casting ballots could be subject to criminal liability,” Dhillon wrote.

SVRL means statewide voter registration list.

The department also demanded a quick response.

“Please respond to this letter within five days,” Dhillon added, asking states to explain how they intend to ensure compliance with federal law “both at the state and local level.”

The letters come as Trump and his allies continue to push restrictions aimed at alleged widespread noncitizen voting — a problem for which they have not produced evidence.

And the move is especially alarming because DOJ’s attached memo also takes direct aim at one of federal law’s key anti-purge protections: the National Voter Registration Act’s 90-day quiet period, which generally bars systematic voter purges close to a federal election. DOJ’s memo claims that the 90-day cutoff “does not apply to the removal of non-citizens who were never eligible to register in the first place,” while acknowledging contrary authority from the Eleventh Circuit Court of Appeals.

That position could open the door to late-stage citizenship-based purge efforts, exactly when eligible voters have the least time to discover and fix wrongful removals.

The letters also land while DOJ's voter roll crusade is collapsing in court. The department has lost 11 district court cases and its first appeal in its effort to force states to turn over unredacted voter data. No court has ordered a state to hand over unredacted statewide voter rolls.

Taken together, the letters mark a sharp new phase in Trump's election agenda. After losing in court on voter data demands, DOJ is now warning election officials that ordinary list maintenance decisions could carry criminal consequences.

*This story has been updated.*

**NEXT UP**

## FEMA threatens to withhold terrorism prevention funds unless states adopt Trump's anti-voting agenda

The Trump administration is threatening to hold back terrorism-prevention funding from states unless they comply with a sweeping set of election demands — escalating President Donald Trump's ongoing attempt to seize power over elections that the Constitution gives to states and Congress.

## Sign up for our free newsletters.

EMAIL*

SIGN UP FOR FREE

## Help keep our content free.

We depend on your support to keep bringing you the latest information and insight on the fight for democracy — always free and available for all. After all, we can't fight for the future of our democracy unless we know what's happening.

SUPPORT TODAY

Democracy Docket

# Exhibit 5

U.S. Department of Justice

Civil Rights Division

*Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC 20530*

July 7, 2026

***Via U.S. Mail and Electronic Mail***

The Honorable Jocelyn Benson
Michigan Secretary of State
430 West Allegan Street, 4th Floor
Lansing, MI 48918
secretary@michigan.gov

**Re: The State of Michigan's Compliance with Federal Law Governing Voter Eligibility.**

Dear Secretary Benson:

This letter is sent to you as the chief election officer of the state of Michigan. This letter serves as a notice of the federal laws applicable to state and local election officials to ensure free, fair, and transparent elections. Also attached to this letter is a memorandum titled, "Federal Law Requirements for State and Local Election Officials," which outlines various responsibilities for state and local election officials under federal law and the potential criminal penalties for those who fail to carry out their duties.

Federal law mandates that state and local election officials properly maintain election records and undertake certain actions to ensure that only eligible U.S. citizens cast votes in elections for federal office. This includes: (i) Title III of the Civil Rights Act of 1960 (CRA), 52 U.S.C. § 20701 *et seq*.; (ii) the Voting Rights Act of 1965 (VRA), 52 U.S.C. § 10301 *et seq*.; (iii) the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. § 20501 *et seq*.; and (iv) the Help America Vote Act of 2002 (HAVA), 52 U.S.C. § 20901 *et seq*.

In addition to the Civil Rights Division's authority to seek injunctive relief for violations of these laws, we are also authorized to prosecute criminal violations. Section 12(2)(B) of the NVRA makes it a crime for "an election official" in a federal election to "knowingly and willfully deprive[], defraud[], or attempt[] to deprive or defraud the residents of a State of a fair and impartially conducted election process, by— . . . (B) the *procurement, casting, or tabulation* of ballots that are known by the [election official] to be materially false, fictitious, or fraudulent under the laws of the State in which the election is held." 52 U.S.C. § 20511. For example, knowingly retaining noncitizens on Michigan's "State Voter Registration List" (SVRL) and sending such individuals ballots, and then counting such ballots, would constitute the "procurement, casting, or tabulation" of ballots that are known to be false in violation of section 12(2)(B) of the NVRA.

In addition, *any* individual who knowingly and willfully gives false information in registering to vote or in actually casting a vote in violation of 52 U.S.C. § 10307(c) of the VRA, or *anyone* who conspires with another to violate such section, can be criminally prosecuted, subject

to potential fines and imprisonment, in accordance with such section. 52 U.S.C. § 21144 (HAVA). Furthermore, any individual who knowingly commits fraud or knowingly makes a false statement with respect to the naturalization, citizenry, or alien registry of any individual in violation of 18 U.S.C. § 1015 may be criminally prosecuted and if the prosecution is successful, such persons "shall" be fined or imprisoned, or both, in accordance with 52 U.S.C. § 21144.

Moreover, while federal law obviously makes it unlawful for noncitizens to vote in federal elections, 52 U.S.C. § 21144, state election officers, including the chief election officer of the state, could be criminally prosecuted for aiding and abetting the violation of any of these provisions:

- Under 18 U.S.C. § 1015(f), it is a felony for an alien to "claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election (including an initiative, recall, or referendum);"

- Under 18 U.S.C. § 911, it is a felony for an alien to "falsely and willfully represent himself to be a citizen;" and

- Under 18 U.S.C. § 611, it is unlawful for an alien to vote in a federal election.

In conclusion, any election officer, including the chief election officer of the state, who knowingly retains noncitizens on the state's SVRL or facilitates noncitizens in receiving and casting ballots could be subject to criminal liability. An intentional act that is aimed at diluting the votes of citizens could also constitute a violation of 18 U.S.C. § 241, which makes it unlawful for two or more persons to conspire to injure any person in the exercise of that person's constitutional rights. We encourage you to contact us to discuss what steps your state should take to maintain clean voter lists as required by law.

The Department of Justice, Civil Rights Division, would like to assist your state in complying with these federal laws. Please respond to this letter within five days informing us how the state of Michigan intends to ensure it is complying with these federal laws both at the state and local level and how the Department can assist in those efforts. Please send your written response within five (5) days to William F. Mohrman, Senior Counsel, at william.mohrman@usdoj.gov.

Regards,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

CC:

The Honorable Dana Nessel, Michigan Attorney General
525 W. Ottawa St
Lansing, MI 48906
miag@michigan.gov

# Federal Law Requirements for State and Local Election Officials

Multiple federal statutes place requirements on state and local election officials in conducting safe, fair, accurate, and verifiable federal elections and maintaining state voter registration lists. These include but are not limited to:

**Title III of the Civil Rights Act of 1960 (CRA),** 52 U.S.C. § 20701 et seq., requires that election officers, among other things:

- "[R]etain and preserve" for 22 months after a federal election "all records and papers which come into his possession relating to any . . . registration . . . or other act requisite to voting in such election." 52 U.S.C. § 20701. Failure to "retain and preserve" is a crime punishable by fine or imprisonment, or both. 52 U.S.C. § 20702.

- Make these records available for inspection, reproduction, and copying upon demand by the Attorney General or his representative. 52 U.S.C. § 20703.

**The National Voter Registration Act of 1993 (NVRA)**, 52 U.S.C. § 20501 *et seq.*,[1] was based on the finding that the "right of *citizens* of the United States to vote is a fundamental right" and requires election officials, among other things, to:

- Ensure that any *eligible* applicant is registered to vote in an election. 52 U.S.C. § 20507(a)(1) (emphasis added).

- Ensure that when citizens register to vote through a driver's license or mail-in application process, that application includes a statement that—
  - states each eligibility requirement (including citizenship);
  - contains an attestation that the applicant meets each such requirement; and
  - requires the signature of the applicant, under penalty of perjury. 52 U.S.C. §§ 20504(c)(2)(C) & 20508(b)(2).

- Conduct a general program that makes a reasonable effort to remove from the official lists of eligible voters the names of ineligible voters by reason of death or change in residence. 52 U.S.C. § 20507(a)(4).

---

[1] Pursuant to the NVRA, the following six states are exempted from compliance with the NVRA: Idaho, Minnesota, New Hampshire, North Dakota, Wisconsin, and Wyoming. 52 U.S.C.A. § 20503 (b).

- "[P]rovide that the name of a registrant may not be removed from the official list of eligible voters except" in four situations: (1) the request of the registrant, (2) the registrant's criminal conviction or mental incapacity, (3) the death of the registrant, and (4) the registrant's confirmed change of address. 52 U.S.C. §§ 20507(a)(3), 20507(a)(4).

- Complete, not later than 90 days prior to the date of a primary or general election for federal office, programs to systematically remove the names of ineligible voters from the official lists of eligible voters, 52 U.S.C. § 20507(c)(2), provided that the 90-day cut-off does not apply to the removal of non-citizens who were never eligible to register in the first place. *See, e.g., Bell v. Marinko*, 367 F.3d 588, 591-592 (6th Cir. 2002) ("In creating a list of justifications for removal, Congress did not intend to bar the removal of names from the official list of persons who were ineligible and improperly registered to vote in the first place."); *contra, e.g., Arcia v. Florida Sec'y of State,* 772 F.3d 1335, 1346 (11th Cir. 2014).

- Maintain for at least 2 years and make available for public inspection all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters. 52 U.S.C. § 20507(i)(1).

- Avoid depriving or defrauding the residents of a state of a fair and impartially conducted election process, by the *procurement, casting, or tabulation* of ballots that are known to be materially false, fictitious, or fraudulent under the laws of the state, 52 U.S.C. § 20511, which may include retention of noncitizens on a state's SVRL. Violation of this provision is a crime.

**The Help America Vote Act of 2002 (HAVA)**, 52 U.S.C. § 20901 *et seq*., provides minimum standards to ensure that voter registration records are accurate and updated regularly, and requires states, among other things, to:

- Implement, in a uniform and nondiscriminatory manner, a single, official, centralized, interactive computerized statewide voter registration list at the state level that contains the name and registration information of every *legally* registered voter in the state and assigns a unique identifier to each legally registered voter in the state. 52 U.S.C. § 21083(a)(1)(A).

- Perform voter list maintenance on a regular basis, including removing registrants in accordance with the NVRA, 52 U.S.C. § 21083(a)(2)(A), and removing registrants who are ineligible to vote. 52 U.S.C. § 21083(a)(4)(A).

- Reject for processing an application for voter registration for an election for federal office unless the application includes the applicant's unique identifier for purposes of the state's SVRL:
  - driver's license number;
  - if the applicant has no driver's license, then the last 4 digits of the applicant's social security number; or
  - if the applicant has neither a driver's license nor social security number, then a state-assigned number which will serve to identify the applicant for voter registration purposes. 52 U.S.C. § 21083(a)(5)(A).
- Include the following in the mail-in voter registration form developed under HAVA:
  - The question "Are you a citizen of the United States of America?" and boxes for the applicant to check to indicate whether the applicant is a citizen of the United States. 52 U.S.C. § 21083(b)(4)(a)(i).
  - The question "Will you be 18 years of age on or before election day?" and boxes for the applicant to check to indicate whether or not the applicant will be 18 years of age or older on election day. 52 U.S.C. § 21083(b)(4)(a)(ii).
  - The statement "If you checked 'no' in response to either of these questions, do not complete this form." 52 U.S.C. § 21083(b)(4)(a)(iii).
- Provide voters with an opportunity to privately and independently verify, change, or correct their ballot before it is cast and counted. 52 U.S.C. § 21081(a)(1)(A)(ii).
- Produce through the state's voting systems a permanent paper record for purposes of manual recounts and audits. 52 U.S.C. § 21081(a)(2)(B).

HAVA also provides it is illegal for anyone to provide false information or commit fraud in conjunction with a noncitizen registering to vote or casting a ballot, or conspiring with those who engage in such acts, which may include election officials who knowingly conspire with noncitizens who illegally register to vote or cast a ballot. 52 U.S.C. § 21144 (a) & (b). Violations carry criminal penalties under 52 U.S.C. § 10307(c) and 18 U.S.C. § 1015 of up to a $10,000 fine or imprisonment of up to five years. This includes election officials who knowingly conspire with noncitizens to secure false information on registrations. 52 U.S.C. § 21144 (a).

**Criminal Liability:** In addition, several provisions of federal law make it unlawful for noncitizens to vote in federal elections, and an election officer could be criminally liable for aiding and abetting under 18 U.S.C. §2 for the violation of any of these provisions or knowingly including noncitizens on the state's SVRL:

- Under 18 U.S.C. § 1015(f), it is a felony for an alien to claim that he is a citizen of the United States in order to register to vote or to vote in any federal, state, or local election (including an initiative, recall, or referendum).

- Under 18 U.S.C. § 911, it is a felony for an alien to falsely and willfully represent himself to be a citizen.

- Under 18 U.S.C. § 611, it is unlawful for an alien to vote in a federal election.

- An election officer who knowingly takes an action aimed at retaining noncitizens on the state's SVRL could be subject to criminal liability under 18 U.S.C. § 241.

**Cybersecurity**: The Department of Homeland Security designated election systems as a critical infrastructure subsector in January 2017, and state and local election officials are on the front lines to ensure that election and voting systems are secure and free from interference by foreign or domestic actors.

- The **Cybersecurity and Infrastructure Security Agency** has created the Election Security Risk Profile Tool to assess your local election system risk and ensure that technical cybersecurity assessments and services meet critical needs.

- Election officials should visit the CISA website (https://www.cisa.gov/cybersecurity-toolkit-and-resources-protect-elections) and follow all applicable guidelines to perform their duties in keeping American elections secure from cyberthreats.

# Exhibit 6

**AAGHarmeetDhillon**
@AAGDhillon

Every state and local election official is on notice – knowingly encouraging noncitizens to vote or conspiring to fraudulently register noncitizens is a federal crime. The @CivilRights Division is ready to help with compliance as American citizens deserve free and fair elections!




4:01 PM · Jul 8, 2026 · **1M** Views

2.4K 8.8K 29K 758

# Exhibit 7

**Harmeet K. Dhillon**
@harmeet

This week the Civil Rights Division sent letters to all 50 states and DC warning them that knowingly allowing non-citizens to vote is illegal. This @theJusticeDept will prosecute violators to the fullest extent of the law to ensure ONLY Americans vote in our elections.




**477** ReTruths **1.21k** Likes Jul 10, 2026, 8:21 AM

# Exhibit 8

*Secretary*

**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland Security

July 16, 2026

Shirley N. Weber, Ph.D.
California Secretary of State
1500 11th Street
Sacramento, CA 95814

Dear Secretary Weber:

The Department of Homeland Security is responsible for immigration enforcement and protecting election infrastructure. Both of these responsibilities are critical in my mission to protect the Homeland. I am writing to make you aware of the concerning results of a recent analysis of California's publicly available voter registration database information. Preliminary review of the records revealed **that there may be as many as 190,832 non-citizens** registered to vote in California. As an example, we found 81,336 California registrants for whom the name, date of birth, address and Social Security number match a non-citizen in our files. The most efficient way to ensure the accuracy of our findings is to work collaboratively on identity verification.

I hope that you share in the commitment to ensure that only U.S. citizens participate in our federal elections. Allowing just one non-citizen to vote cancels the vote of one U.S. citizen. States are responsible for voter registration, and the federal government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect U.S. elections.

My team is ready to support you and has resources available to enable you to positively identify the individual non-citizens registered in your state. We will assist you with the process and provide immigration records, pursuant to 8 U.S.C. § 1373, that will allow you to take steps to protect California voters and ensure that ineligible voters will not impact upcoming federal elections.

Please contact elections@hq.dhs.gov at DHS by July 30, 2026. We look forward to this collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

# Exhibit 9

**Secretary Markwayne Mullin**
@SecMullinDHS

A preliminary @DHSgov review found over 250,000 non-citizens registered to vote in four states: California, New Jersey, Pennsylvania, and Nevada.

This shouldn't be a red or blue state issue: ONLY Americans should elect American leaders.

We've put these governors on notice. States must work with us to ensure free, fair, and honest elections.

Secretary

U.S. Department of Homeland Security
Washington, DC 20528

Homeland Security

July 16, 2026

Shirley N. Weber, Ph.D.
California Secretary of State
1500 11th Street
Sacramento, CA 95814

Dear Secretary Weber:

The Department of Homeland Security is responsible for immigration enforcement and protecting election infrastructure. Both of these responsibilities are critical in my mission to protect the Homeland. I am writing to make you aware of the concerning results of a recent analysis of California's publicly available voter registration database information. Preliminary review of the records revealed **that there may be as many as 190,832 non-citizens** registered to vote in California. As an example, we found 81,336 California registrants for whom the name, date of birth, address and Social Security number match a non-citizen in our files. The most efficient way to ensure the accuracy of our findings is to work collaboratively on identity verification.

I hope that you share in the commitment to ensure that only U.S. citizens participate in our federal elections. Allowing just one non-citizen to vote cancels the vote of one U.S. citizen. States are responsible for voter registration, and the federal government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect U.S. elections.

My team is ready to support you and has resources available to enable you to positively identify the individual non-citizens registered in your state. We will assist you with the process and provide immigration records, pursuant to 8 U.S.C. § 1373, that will allow you to take steps to protect California voters and ensure that ineligible voters will not impact upcoming federal elections.

Please contact elections@hq.dhs.gov at DHS by July 30, 2026. We look forward to this collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

Secretary

U.S. Dep
Washing

Ho
Sec

July 16, 2026

Francisco Aguilar
Nevada Secretary of State
101 North Carson Street, Suite 3
Carson City, NV 89701

Dear Secretary Aguilar:

The Department of Homeland Security is responsible for immigration
protecting election infrastructure. Both of these responsibilities are critical in
protect the Homeland. I am writing to make you aware of the concerning res
analysis of Nevada's publicly available voter registration database informatio
review of the records revealed **that there may be as many as 15,903 non-cit**
vote in Nevada. As an example, we found 8,576 Nevada registrants for whom
birth, address and Social Security number match a non-citizen in our files. Th
way to ensure the accuracy of our findings is to work collaboratively on ident

I hope that you share in the commitment to ensure that only U.S. citiz
our federal elections. Allowing just one non-citizen to vote cancels the vote o
States are responsible for voter registration, and the federal government is res
maintaining immigration records to enable verification of citizenship. Workin
more effectively protect U.S. elections.

My team is ready to support you and has resources available to enable
identify the individual non-citizens registered in your state. We will assist you
and provide immigration records, pursuant to 8 U.S.C. § 1373, that will allow
to protect Nevada voters and ensure that ineligible voters will not impact upo
elections.

Please contact elections@hq.dhs.gov at DHS by July 30, 2026. We lo
collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

Homeland Security

10:37 AM · Jul 17, 2026 · **212.7K** Views

1K 1.9K 6.4K 189

# Exhibit 10

Learn more about LSEG



# DHS threatens states with fines, charges over election measures

By **Doina Chiacu** and **A.J. Vicens**

July 17, 2026 7:26 AM PDT · Updated July 17, 2026

Aa



Summary

- Homeland Security secretary warns state officials to comply with election measures
- DHS says potential non-citizens are registered to vote across the four states
- Mullin seeks responses within two weeks from California, New Jersey, Nevada and Pennsylvania
- Nevada's secretary of state rejects DHS numbers as speculative and unsupported
- Pennsylvania says voter fraud rare, will evaluate DHS claims

WASHINGTON, July 17 (Reuters) - U.S. Homeland Security Secretary Markwayne Mullin threatened state officials with fines and criminal charges on Friday if they do not comply with election security measures, as President Donald Trump renewed false claims of past election fraud.

At a news conference on Friday following the Republican president's prime-time address on election security, Mullin outlined steps the Department of Homeland Security wanted states to take to ensure people who are not U.S. citizens cannot vote.

> Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

The steps include securing voting machines and reviewing voter registration lists to verify citizenship status. If states do not follow the instructions, Mullin said, the federal government will look at who voted in those states and hold election officials accountable.

"If the election officials, once we gave them the information they need to secure their elections, and they chose not to, then those individuals can also be held accountable by fines, by penalties, and even depending on how far it goes, prison time," Mullin said.

On Thursday evening, Trump escalated his effort to make election security a central issue in November's midterm elections, asserting that China interfered in the 2020 presidential campaign despite a U.S. intelligence assessment that found no evidence to support that claim.

Republicans are facing the prospect of losing one or both chambers of Congress in November with Trump's approval rating weighed down by the unpopular Iran war and high energy prices.

**CLASH OVER NUMBERS**

Mullin said DHS had identified more than 250,000 potential non-citizens illegally registered to vote in just four states. He said he sent a letter asking secretaries of state in California, New Jersey, Nevada and Pennsylvania to review their voter rolls and respond within two weeks.

DHS listed a number of what it said were potential violations in each state, but offered no evidence to corroborate its tallies. Mullin did not detail the criteria DHS used to compile the figures.

Nevada's top election official disputed Mullin's data.

"We can affirm that on its face, we refute these claims," Secretary of State Francisco Aguilar said in an email. "These numbers are wildly speculative at best and the Department of Homeland Security hasn’t shared anything that backs it up."

He said Nevada has repeatedly provided DHS with detailed information on how it maintains its list of eligible voters and the safeguards that are in place to prevent fraud.

**[1/2]** Election workers extract mail-in ballots at the registrar of voters' office during the California primary election in San Diego, California, U.S., June 2, 2026. REUTERS/Mike Blake Purchase Licensing Rights

Pennsylvania's secretary of state, Al Schmidt, said the state would review information provided by DHS "to evaluate the validity of these claims" but would not share citizens' private information.

Every person in Pennsylvania must verify their identity before voting, he said, adding: "All evidence has shown that noncitizen voting is extremely rare across the country, including in Pennsylvania."

California did not respond to a request for comment on the DHS letter. New Jersey referred to a joint statement from 24 Democratic governors criticizing Trump's false claims about elections as attempts to intimidate and silence voters.

Courts have blocked Trump administration efforts to obtain state voter rolls, dealing a blow to its effort to boost the federal government's role in elections.

## VOTING MACHINES

Trump has spent years raising doubts about electoral outcomes, falsely asserting that his 2020 loss to Democrat Joe Biden was rigged. He has also advanced other false claims, including that mail-in balloting is rife with fraud, voting machines are untrustworthy and non-citizen voting is widespread.

Numerous courts and vote recounts found no evidence of large-scale fraud in the 2020 election.

During his comments Friday, Mullin said that foreign adversaries "have parts that are vital pieces in our voting machines," and that "they can access what they consider the key to the back of these machines."

He added that the adversaries "can change voter registration and your vote. We know it's possible."

Mullin did not provide evidence for his claims. There have been no known attacks by foreign countries to manipulate U.S. elections directly.

Mullin also said the Cybersecurity and Infrastructure Security Agency will release an "updated election infrastructure plan within 30 days."

CISA did not immediately respond to questions about the updated plan.

Reporting by Doina Chiacu, AJ Vicens in Detroit; editing by Michelle Nichols, Deepa Babington and Cynthia Osterman

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Government | Public Policy | Voting Rights & Elections | Immigration | Constitutional Law

Purchase Licensing Rights

**A.J. Vicens**
Thomson Reuters

Cybersecurity correspondent covering cybercrime, nation-state threats, hacks, leaks and intelligence

## Read Next / Editor's Picks

World
**Judge says Trump bid to set aside California ballots would 'wreak havoc' on democracy**
16 hours ago

Government

# Exhibit 11

SHIRLEY N. WEBER, Ph.D. | SECRETARY OF STATE | STATE OF CALIFORNIA
LEGAL AFFAIRS OFFICE
1500 11th Street | Sacramento, CA 95814 | www.sos.ca.gov

July 23, 2026

Via Email and U.S. Mail

Markwayne Mullin
Secretary of Homeland Security
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave. SE
Washington, DC 20528
elections@hq.dhs.gov

Dear Secretary Mullin:

I am in receipt of your letter dated July 16, 2026, claiming that the Department of Homeland Security (DHS) has evaluated a list of registered voters in California and identified allegedly ineligible registrants on our State's voter rolls. California's election officials work every day to maintain accurate voter rolls and ensure that only eligible voters are registered. I have serious doubts about the reliability of your data and accuracy of your claims, since my office has not shared our statewide voter registration list with DHS or any other federal agency or official. Indeed, state law prohibits sharing voters' sensitive information, including social security numbers, with any person, including the federal government. *See* Cal. Elec. Code § 2194(b)(1); Cal. Gov't Code § 7924.000; *United States v. Weber*, 816 F. Supp. 3d 1168, 1183-1184, 1189, 1192 (C.D. Cal. 2026) (holding federal election laws do not require California to share voters' sensitive information with the federal government).

Notably, your letter provides no detail whatsoever that my office can use to evaluate the veracity of your allegations. To effectively evaluate your claims, we require the following information:

1. A detailed description of the methodology utilized by DHS to identify these allegedly ineligible voters, including, but not limited to, all data sources, software, and matching criteria utilized in this analysis, and whether AI was utilized in any part of this analysis; and
2. A detailed description of how DHS came into possession of the list of registered voters in California, including the name and contact information of any individual(s) or entity who transmitted said list to DHS, the date that list was transmitted to DHS, and information regarding the currency of the list such as when the list was last updated.

Please provide all of the above information to legalsupport@sos.ca.gov no later than August 3, 2026.

Please be aware that my office will continue to comply with all federal and state law voter list maintenance obligations as we consider your allegations, including the National Voter Registration Act's (NVRA) prohibition on the systematic cancellation of voter registrations

during the 90 days before each federal election. 52 U.S.C. § 20507(c)(2)(A). The "cancellation of registrations based on the systematic comparison of registered voters to various databases" including DHS's SAVE database, "is precisely the type of systematic cancellation program that the 90-day Provision was meant to preclude." *Mi Familia Vota v. Fontes*, 129 F.4th 691, 717 (9th Cir. 2025), cert. granted sub nom. *Republican Nat. Comm. v. Mi Familia Vota*, No. 25-1017, 2026 WL 1855101 (U.S. June 29, 2026); *accord Virginia Coal. for Immigrant Rts. v. Beals*, 803 F. Supp. 3d 454, 473 (E.D. Va. 2025). For the November 3, 2026, General Election, the 90-day "quiet period" begins on August 5, 2026.

I share your dedication to free, fair, and secure elections. As California's chief elections official, I am committed to making every effort to ensure that no eligible voter is erroneously removed from our State's voter rolls, and that no eligible voter is deterred from casting a ballot due to intimidation or coercion.

Respectfully,

Shirley N. Weber, Ph.D.
California Secretary of State

# Exhibit 12

Advertisement
EXHIBIT A: AI PROMPTS FROM ALTSHULER BERZON
59% say LLM chats the top emerging discovery source.
DISCO
With you in every case.
See the new data ›

Support the Guardian
Fund independent journalism with $15 per month
Make a year-end gift →
Print subscriptions Newsletters Sign in

The Guardian
US

News Opinion Sport Culture Lifestyle

US news US politics Midterms 2026 World Climate crisis Middle East Ukraine US immigration Soccer Business Environment Tech Science Newsletters The Filt

ICE (US Immigration and Customs Enforcement)

This article is more than **3 months old**

# US justice department dismisses charges against California union leader

**David Huerta was arrested while protesting against an ICE operation during crackdown in Los Angeles**

*Sam Levin in Los Angeles*
Mon 27 Jul 2026 15.31 EDT

Share

Prefer the Guardian on Google



David Huerta, the president of the SEIU-USWW California, speaks after he was released on a bond in downtown Los Angeles on 9 June 2025. Photograph: Damian Dovarganes/AP

The Department of Justice has moved to dismiss charges against a prominent California union leader who was arrested while protesting against an immigration raid in Los Angeles last year, in the latest US government case against protesters to fall apart.

David Huerta, the president of Service Employees International Union United Service Workers West, was arrested at a June 2025 demonstration and has been fighting the charges ever since. On Monday, the US attorney's office in LA filed a motion to dismiss the charges against him.

Advertisement
OO sa Prop 3
Protektahan ang Paaralan at Pangangalagang Pangkalusugan
Pinipigilan ang bilyun-bilyong pagbawas sa mga lokal na paaralan at community college
HINDI pagtataas ng buwis ang Prop 3
Bumoto sa o bago ang ika-3 ng Nobyembre
YesProp3CA.com
Binayaran ng Committee ID 1483562.
Pangunahing Nagpopondo:
California Teachers Association

Huerta was initially charged with "conspiracy to impede an officer", a serious felony, though prosecutors earlier this year downgraded those charges to a misdemeanor of "obstruction, resistance, or opposition of a federal officer". The misdemeanor is now on track for dismissal.

Advertisement




The justice department in Los Angeles has aggressively prosecuted immigrants and protesters for "impeding" and "assaulting" immigration officers, but many of those cases have collapsed in court, with prosecutors facing a stunning streak of losses when the charges have gone to trial.

"This means the government is finally admitting what we knew from day one and what was obvious to anyone who saw the videos: the charge against me was baseless, meant to intimidate anyone who dares to speak out, organize, or demand justice," Huerta said in a statement on Monday. "There was never a real case, only an attempt to punish and silence me for exercising my constitutional rights."

The charges against Huerta stemmed from a 6 June 2025 protest against an Immigration and Customs Enforcement (ICE) operation in LA's garment district at the start of the Trump administration's crackdown on immigrant communities in southern California.

Huerta's arrest was partially caught on camera, with footage showing him on the ground and agents on top of him during chaotic confrontations between officers and protesters. He was arrested and charged based on claims he was blocking a gate in front of a business's warehouse where immigration agents were trying to make arrests.



He was shot at by ICE, then wrongfully accused. His nightmare had only just begun

Read more

Huerta was hospitalized after his arrest, and his prosecution became one of the first high-profile criminal cases against a demonstrator objecting to ICE's operations. The charges sparked widespread outrage, with the LA mayor, Karen Bass, criticizing the federal government for targeting "one of the most respected labor leaders in this country" and treating him "like a criminal".

Huerta's union represents thousands of security officers, janitors, airport workers and other laborers across California.

In his statement on Monday, Huerta said he had been "singled out" for "loudly" questioning agents' actions during the raid, and he recalled officers tackling and pepper-spraying him before he was detained: "I consider myself fortunate to have been only detained, considering the murders in Minneapolis, Houston, Miami, and the deplorable conditions at federal detention centers throughout the country."

The justice department's filing on Monday did not specify the reason for the dismissal, saying all parties agreed for the case to be dropped. Prosecutors' motion called for the case to be fully dismissed "with prejudice" by the end of August, meaning charges could not be brought again, a major victory for Huerta and his lawyers.

Ciaran McEvoy, a spokesperson for the US attorney in LA, defended the prosecution in a statement, saying: "The Department of Justice does not arrest people for peacefully protesting." McEvoy said the department had reached an agreement with Huerta stipulating that if he continued to comply with the terms of his pre-trial release, the case would be entirely dropped.

McEvoy also said Huerta had "agreed to accept responsibility for his actions", though no agreement has been filed in the case, and the justice department spokesperson did not respond to requests for a copy of any agreement. Huerta did not accept responsibility for any criminal activity in his statement to reporters, which decried Trump's "weaponization of the

**Most viewed**


Visit Norway makes shithouses 'great again' after Trump insult


Patrick Stewart, Star Trek actor and acclaimed thespian, dies aged 86


The low-budget Brewers won the World Series - and exposed baseball's biggest lie
Howard Bryant


Live
Trump again calls for prosecution of Mary Peltola as turmoil grows over Alaska campaign investigation - live


Patrick Stewart: the legacy of domestic violence

Advertisement



Binayaran ng Committee ID 1483562. Pangunahing Nagpopondo: California Teachers Association

judicial system".

Huerta's lawyers, Abbe David Lowell and Marilyn Bednarski, said in a statement that he had been arrested for "peacefully protesting" and exercising his first amendment rights: "This case, like others, sought to silence criticism of the administration's improper immigration actions. Today's filing is proof that David and other critics will not be silenced.

"This case revealed that the Department of Justice was willing to charge a labor leader with a crime, hold it over him for months, and then walk away from it once the charge couldn't survive scrutiny," the lawyers said. "That is not how a justice system is supposed to work."

**Year-end fundraiser**

**$0** of $2,000,000 goal

**Consider us impressed**

Nice: you just finished reading article 7 in the past year. It seems you really value our work. We really value you too.

We couldn't help but notice though that while you're a loyal Guardian reader, you're not a recent supporter. (As you likely know, we are reader-funded. No billionaires behind the scenes here!) With dedicated people like you who haven't contributed yet or recently, we often find one of two things are going on.

First: perhaps you simply don't have anything to spare right now. If that's the case, we want you to know: we value your readership as much as those who can contribute, and please keep reading, as much as you like, forever. One of the wonderful values shared by Guardian readers around the globe is a desire to ease the burden for others. So ignore these appeals: our community of supporters has your back.

But if you can afford to spare something, here's what we also know: most likely you've thought about giving, but for whatever perfectly human reason, you haven't yet. So perhaps today is the day? We know - you've finished reading what you came to read, and you have other things to get on with. But we promise it's quick, and even more: we promise it matters. We survive entirely because people like you decide to respond to messages like this.

**Can you contribute to our most essential fundraiser of the year? While all support is gratefully received, and even $5 helps, please consider a monthly contribution: it takes less than a minute to set up, and it's the best way to make the biggest impact - helping sustain our fearless, independent journalism for the long haul. We're not going anywhere; we hope you'll stick with us, too. Thank you for helping protect the non-billionaire-owned press.**

Support once from just $1

Intro offer

Support $15/month

Unlock **All-access digital** benefits:

- Far fewer asks for support
- Ad-free reading on all your devices
- Unlimited access to the premium Guardian app
- Regular dispatches from the newsroom to see the impact of your support
- Unlimited access to Feast, the Guardian recipe app

Support another way

Continue →

Remind me in December

# Exhibit 13

npr LAist NEWSLETTERS SIGN IN GET NPR+ DONATE

LAist 89.3
On Air Now

NEWS CULTURE MUSIC PODCASTS & SHOWS SEARCH

HOURLY NEWS LISTEN LIVE MY PLAYLIST

Sponsor Message

SVR Sebiaclear Hydra - Face Moisturizer with...
$31.50
prime

SPECIAL SERIES
Only on NPR

DEEP DIVE

# Trump's claims of 250,000 non-U.S. citizens on voter rolls leave some states baffled

JULY 31, 2026 · 5:00 AM ET

HEARD ON ALL THINGS CONSIDERED

By Jude Joffe-Block, Miles Parks

3-Minute Listen + PLAYLIST TRANSCRIPT



Secretary of Homeland Security Markwayne Mullin answers questions from reporters on July 17 after remarks about his agency alleging that more than 250,000 non-U.S. citizens are on the voter rolls in just four states. Those states dispute that tally.
*Anna Moneymaker/Getty Images*

Sponsor Message

SVR Sebiaclear Hydra - Face Moisturizer with...
$31.50
prime

*Stay up to date with our Politics newsletter, sent weekly.*

Two weeks after Trump officials said they had found more than 250,000 non-U.S. citizens on voter rolls in just four states, election officials are still struggling to understand where the numbers came from and what the claims may portend for federal interference in this year's midterms.

Multiple state officials told NPR they fear these unverified numbers, or similar ones unveiled closer to the general election, could be used as a pretext for warrants to allow law enforcement to interfere in vote-counting. Several reviews in recent years have found that actual voting by noncitizens is extremely rare.

Sponsor Message




The Department of Homeland Security, which oversaw the voter roll analysis of four states — California, Nevada, New Jersey and Pennsylvania — asked the states to respond to its allegations by Thursday. But the agency has not explained its methodology or provided the states with clarity on how it came to its conclusions.

"These numbers, until they're backed up by any kind of clear, transparent methodology, should be considered made up," said David Becker, the executive director of the Center for Election Innovation & Research.

At least three of the four states' top election officials wrote back to Homeland Security Secretary Markwayne Mullin, raising questions about the accuracy of the numbers and demanding answers on how DHS did the analysis.

Making matters even more puzzling, the Department of Justice previously sued all four states, along with more than two dozen more, for refusing to turn over versions of their voter rolls that include voters' partial Social Security numbers and driver's license numbers. Those lawsuits have so far been unsuccessful. Yet Mullin's letters to the states indicate his agency somehow obtained some of that sensitive data anyway.


ELECTIONS
**In primetime speech, Trump doesn't provide evidence for illegal voting**

The letters say DHS analyzed publicly available voter rolls in the four states. But public voter rolls don't include Social Security numbers, and the letters say the agency found around 118,000 voters combined in those states whose "name, date of birth, address and Social Security number match a non-citizen in our files" — raising questions about how DHS obtained voters' Social Security numbers.

Sponsor Message

Street View & Satellite Map



Open

"You're suing me because I wouldn't give you that data, that information. So where did you get it? How did you get it? And is it reliable?" asked Nevada Secretary of State Cisco Aguilar, a Democrat, in an interview with NPR.

The DOJ's lawsuit demanding Nevada's voter rolls with voters' personal data is still pending, while federal judges have so far dismissed the suits in California, New Jersey, Pennsylvania and 15 other states.

One possibility raised to NPR by election experts is that DHS relied on commercial data from a data broker to attempt to match Social Security numbers to the voter rolls, but the details are still unknown.

Previous reviews and data-matching efforts on voter rolls that lack a unique identifier like a Social Security number have been notoriously error-prone, Becker noted.

"There's no credible way to do this without creating an ungodly number of false positives," he said.

Furthermore, efforts to identify noncitizens on voter rolls frequently begin with inflated preliminary numbers that shrink down dramatically once investigations determine that many of the suspected noncitizens have become U.S. citizens.

Aguilar noted that DHS has not provided him with the names of the Nevada registered voters the agency claims may be noncitizens.

"Until I actually see the data, I can't do anything about it," Aguilar said.




A voter walks to polling place in Milwaukee on Tuesday.
*Nam Y. Huh/AP*

## "The thing we really fear"

DHS did not respond to NPR's questions about the methodology used to come up with the 250,000 figure.

Yet its allegations cast a shadow on more than just the four impacted states, as Election Day looms in fewer than 100 days.

In a July 17 press conference, Mullin promised more of these sorts of announcements and investigations in the weeks to come.

"We will pursue maximum pressure on this," he said. "We will be proactively looking at early voting and then after, post-election, we will continue to scrub all those that did vote."

Sponsor Message



Mullin also threatened prison time for state election officials who "choose not to participate in securing the elections."

One state election official, who spoke to NPR on the condition of anonymity because they were not permitted to speak publicly, said they worried the administration planned to use similar analyses after the election as a means to interfere with the vote-counting process.

"This is the thing we really fear," the official said. "Let's say they get a friendly judge somewhere to issue subpoenas the day after the election. So like Nov. 4, we have really close races [in our competitive districts] then the DOJ, FBI come knocking on one of our county doors and they say, 'We believe there's hijinks going on, we're going to confiscate all the ballots so we can count them.'"

Depending on the timing of such an order, the official said it's possible voting officials wouldn't be able to confidently know how many ballots were returned in the first place.

"They could do so much damage if they did that," the official said.

Similar fears have been circulating among voting officials since the FBI seized 2020 election ballots in Fulton County, Ga., in January. The search warrant was executed using an affidavit that relied on misinformation.

Justin Levitt, a law professor at Loyola Marymount University and a former Biden administration adviser, said he takes it "as a given that this administration is interested in sowing a little bit of chaos and in holding the door open ... for potential interference."



ONLY ON NPR

**Voting officials fear DHS may actually be a threat to elections this year**

He compared the 250,000 figure to a "prop" the administration could use to justify taking action and attempting to interfere.

"But that doesn't mean action is going to happen," Levitt said, noting that other steps would need to happen before ballots could be seized, such as convincing a federal judge to go along with an unprecedented plan. He said while it makes sense for election officials to plan for such possibilities, he believes they are unlikely.

Sponsor Message



Revitalizing Eye Cream | So...
Cocokind 4.2 ★★★★☆ 818 prime
Subscribe & Save 10%
Shop on Amazon

## DHS seems to acknowledge its numbers could be wrong

While a DHS fact sheet plainly stated that "over 250,000 noncitizens are illegally registered to vote" in the four states, Mullin's letters to the states were much less definitive.

Instead, they characterized the analysis as a "preliminary review" and the tally of noncitizens identified in each state as only a potential number. The letters also said a much smaller figure — 118,003 in the four states combined — had matched the name, date of birth, address and Social Security number of a noncitizen in DHS records.

"The most efficient way to ensure the accuracy of our findings is to work collaboratively on identity verification," the letters continued, seemingly acknowledging that the numbers could be wrong.

The letters concluded by saying DHS would provide resources to help states "positively identify" noncitizens on their voter rolls.

The wording could refer to the use of a controversial DHS data system known as SAVE that the Trump administration overhauled last year and attempted to turn into a citizenship look-up tool.

In his July 17 news conference, Mullin warned states they would be punished for not using SAVE, but a federal judge in Washington, D.C., halted its use in late June, after finding that its creation was unlawful and that its results included inaccuracies that could disenfranchise eligible voters. The Trump administration is appealing that ruling.

NPR has obtained letters that California, Nevada and Pennsylvania secretaries of state sent back to Mullin. New Jersey did not respond to an NPR request to view its response. (Separately, New Jersey recently disclosed it discovered thousands of noncitizens on its voter rolls. State officials blamed a software glitch and said they are investigating.)




ELECTIONS
**A federal judge finds a Trump data system to verify voters is unlawful**

"I have serious doubts about the reliability of your data and accuracy of your claims, since my office has not shared our statewide voter registration list with DHS or any other federal agency or official," California Secretary of State Shirley Weber wrote, citing a state law that prohibits sharing voters' sensitive information.

Sponsor Message

The secretaries demanded detailed descriptions of the methodology DHS used, as well as transparency about which state voter lists DHS analyzed.

California and Nevada asked if artificial intelligence tools were used in the analysis. Those letters also pointed out that the National Voter Registration Act bars election officials from systematically canceling voter registrations during the 90-day period before a federal election. The so-called "quiet period" for the November midterms begins next week, on Aug. 5.

Each of the states' responses expressed concern about improperly removing eligible voters from the rolls.

"Any collaborative effort with DHS must therefore be designed to minimize false positives, incorporate meaningful due process for affected registrants, and comply fully with Nevada law and the NVRA," Aguilar wrote in his response.

CEIR's Becker said the last-minute timing of Mullin's letters right before the quiet period, along with the failure to provide states with the names of the voters in question, are clues that this was not a good faith communication.

"If there was an administration that had legitimate information about individuals on a state's voter lists that were potentially ineligible, they would share the names and likely insist on an immediate response, particularly right before the 90-day quiet period begins next week," Becker said. "And they didn't do that."

Instead, Becker said he believed the point of the letters was political theater.

"There's nothing the states can do with the information in the letter, and [Trump administration officials] just plan to use this to amplify further disinformation about the election process," Becker said.

## Possible clues about DHS' methods

While DHS has not detailed its methodology for coming up with the 250,000 figure, some clues into what may have happened can be found in a letter from the DOJ's top voting attorney earlier this year.

In the March 12 letter, Eric Neff, the acting chief of the DOJ's Voting Section, wrote to the former



ELECTIONS

**A federal law bans late voter roll purges. Republicans are pushing to reinterpret it**

acting director of ICE, Todd Lyons, about a data-sharing agreement between the DOJ and DHS.

Neff explained that under the agreement, DOJ would provide DHS with public voter roll lists and DHS would "enrich" the data with DHS records so the data could be run through the SAVE system. Before a judge halted the use of the expanded version of SAVE, the system could be queried with a person's name, date of birth and either the last four digits of a Social Security number or a DHS immigration identifier number.

Sponsor Message

Neff's letter was made public in federal litigation that the voting rights group Common Cause and individual voters brought against the Department of Justice earlier this year.

One of the lawyers in that case, Nikhel Sus, chief counsel at Citizens for Responsibility and Ethics in Washington, told NPR the March 12 letter suggests that federal officials may have used a similar process with the public voter rolls from the four states. Under such a plan, federal officials could have tried to add Social Security data or other DHS identifiers to the public voter lists and then run the modified lists through SAVE before that system was halted.

Sus said such an approach, if it indeed happened that way, would not have led to accurate results, given the high potential for false matches.

"The 250K number is facially absurd. And it's no surprise the government has refused to disclose its underlying methodology — it would be impossible to reliably verify voters' citizenship status based solely on publicly available voter lists," said Sus, who also represents plaintiffs in the lawsuit challenging the government's overhaul of SAVE.

DOJ did not answer an NPR inquiry about whether the method described in Neff's letter was used to analyze the four states' voter rolls, but sent a statement that reads: "The Department will use every tool at its disposal to secure our elections and ensure noncitizens are not on the voter rolls. We are committed to working with our federal partners to identify and remove ineligible voters wherever they are found, and this work will continue in every state."

Federal procurement records that were published earlier this month and first reported by 404 Media also show that DHS is relying on records from the data broker Thomson Reuters, including in the agency's efforts to identify voter fraud. The company's CLEAR product and other datasets include extensive personal data on Americans.

Sponsor Message

NPR asked Thomson Reuters if the company knew whether its data tools were used in DHS' analysis of the four states' public voter rolls.

"As a matter of policy, we do not comment on specific customer contracts, and questions about an agency's mission and priorities are best directed to that agency," reads a statement from the company. It added that Thomson Reuters works with customers to support national security and public safety investigations.

"We prohibit the use of CLEAR for the purpose of identifying and locating noncriminal immigrants or undocumented individuals with the intention of deportation solely on the basis of the individual's immigration status. We take this restriction seriously, and we enforce it," the statement reads.

In his public comments, Mullin indicated that the data effort involving the four states was being led by Heather Honey, a prominent voice in election denial circles who was brought to DHS last year to oversee the federal government's election security work. Mullin said Honey was working to go through the thousands of voter records individually now, to figure out who among the alleged noncitizens actually voted.

"We will go through those records one by one, and we will pursue everybody," Mullin said.

***NPR does not offer or accept money for coverage or interviews.*** *Anyone who makes such an offer or request is not an NPR employee and does not represent NPR.*

voting stories

# Exhibit 14

X

Post

Log in Sign up

**AAGHarmeetDhillon**
@AAGDhillon

Calling all state officials! If you knowingly allow non-citizens to vote in elections, you are committing a federal crime, & the @CivilRights Division @TheJusticeDept will prosecute. One non-citizen vote is one too many! Voters deserve confidence in our elections.




6:17 PM · Sep 1, 2026 · **154.3K** Views

794 5.6K 18K 259

**lgazsag** @Jan6Patriot · Sep 1
If true, then why hasn't anyone in New Jersey been prosecuted?

> **ThePersistence** @ScottPresler · Jul 21
> BREAKING
>
> WE WERE RIGHT!
>
> Governor Mikie Sherrill (D-NJ) just confirmed that illegal aliens ARE ...



# Exhibit 15

**U.S. Department of Justice**

Civil Rights Division

*Voting Section - 4CON*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

September 4, 2026

Via Electronic Mail

The Honorable Deidre Henderson
Utah Lieutenant Governor
PO Box 142220, Salt Lake City, UT 84114-2220

Re: Maintenance of All Election Records in Your Possession as Chief Election Officer During Pending Litigation

Dear Lieutenant Governor Henderson:

We represent the United States in enforcing your duties as the chief election officer of the State of Utah under the Civil Rights Act of 1960 ("CRA"), codified at 52 U.S.C. § 20701, *et seq*. As you are aware, you are currently under investigation and ongoing litigation as to the extent to which you have failed to comply with your duties under the CRA as well as the National Voter Registration Act ("NVRA"), codified at 52 U.S.C. § 20501 *et seq*., and Help America Vote Act of 2002 ("HAVA"), codified at 52 U.S.C. § 20181, *et seq*. You were initially put on notice of this investigation based on our letters to your office in 2025 and the subsequent litigation that followed. These letters notified you of your duty to preserve election records which have come into possession under the CRA for the prior 22 months, including records from the 2024 federal election.

The purpose of this letter is to notify you of your obligations to take reasonable steps to conduct a litigation hold and preserve and retain all hard copy documents and electronically stored information ("ESI"), as defined by Rule 34 of the Federal Rules of Civil Procedure, which may be relevant, or likely to lead to the discovery of admissible evidence. The duty to preserve records supersedes any statutory limitations, especially where the party "has notice that the evidence is relevant to litigation." *Thompson v. U.S. Dept. of Housing and Urban Development*, 219 F.R.D. 93, 100 (D. Md. 2003). While the CRA requires that election officials preserve election records for 22 months after an election, this Litigation Hold letter would override any argument that you would now be authorized to destroy such records related to the 2024 election. The SVRLs and other election records relevant to the 2024 election, as well as current records, are relevant to the litigation.

To fulfill your preservation obligation, you must take reasonable steps to preserve all hard copy documents and ESI which constitute Relevant Information, including, but not limited to:

(a) Suspending your document and data destruction and backup tape recycling policies;

(b) Retaining software, hardware, or other information required to access or view the ESI, such as:

1. identification codes;
2. passwords;
3. decryption applications;
4. decompression software;
5. reconstruction software;
6. network access codes;
7. manuals; and
8. user instructions;

(c) Taking special measures to ensure the preservation of:

1. archived or deleted ESI;
2. ESI stored in a database;
3. computer logs;
4. metadata, including the date ESI was created, the date ESI was last modified, the name of the individual who created the ESI as well as all other metadata fields; and

(d) Taking any other reasonable steps necessary to prevent the destruction, loss, override, or modification of relevant data, either intentionally or inadvertently, such as through modification of your document retention policy and systems.

To make this clear - All ESI must be preserved intact and without modification. The above list is not exhaustive, and you must preserve all information that is potentially relevant to any lawsuit the United States files against you.

Your failure to preserve relevant data may constitute spoliation of evidence, which may subject you to civil and criminal sanctions. We trust that you will preserve for the duration of our investigation and any subsequent litigation all Relevant Documents. In the event of a dispute arising out of your failure to preserve documents, we will rely on this letter in court as evidence of our request for litigation hold and notice of your preservation obligations.

Please direct any questions to Eric Neff, Acting Chief of the Voting Section, at Eric.Neff@usdoj.gov. Failure to preserve and then timely produce the requested records upon further request may result in the United States seeking a court order for production of such records. 52 U.S.C. § 20705.

Thank you in advance for your cooperation.

Regards,

Eric Neff
Acting Chief, Voting Section
Civil Rights Division

cc: Attorney Mark Gillespie (markgillespie@agutah.gov)

# Exhibit 16

ADVERTISEMENT




McKenna Audi

# D.O.J. Escalates Threats to States in Battle for Election Records

The department sent letters to at least 30 states demanding they retain election records, an outgrowth of President Trump's baseless claims of widespread election fraud.

Listen · 5:01 min Share full article 358



Workers at the Los Angeles County election center in November 2024. The Department of Justice sued about 30 states to force them to send unredacted voter lists in its efforts to find widespread fraud. Mark Abramson for The New York Times



By Nick Corasaniti

Sept. 10, 2026

**See more of our coverage in your search results.**
Add The New York Times as a preferred source on Google ›

The Department of Justice sent threatening letters to at least 30 top election officials across the country, expanding its efforts to gain access to private voter data and election records.

The letters warned states not to destroy any records related to the 2024 election, explaining that their chief election officials "are currently under investigation" and subject to "ongoing litigation." The notices come amid a barrage of efforts by President Trump and his administration, which have been fruitless so far, to find evidence of widespread voter fraud.

It is not clear what the department is investigating, nor whether its probe is criminal or civil in nature. The letters do not cite any criminal statutes. Instead, they point to some of the same claims made previously as part of the administration's ongoing effort to identify fraud in the nation's elections, including machine anomalies and noncitizen voting. In court, the Justice Department has tried to force states to hand over unredacted voter lists, including personal information like driver's license numbers and partial Social Security numbers.

The Justice Department has sued 30 different states for this data. They've lost 23 of those cases and have won none. Decisions are pending in the rest.

ADVERTISEMENT



McKenna Audi

Mr. Trump has falsely claimed for years that millions of noncitizens are illegally registered to vote or have actually cast ballots. Multiple studies have shown the practice is exceedingly rare.

Kiersten Pels, a spokeswoman for the Department of Justice, confirmed that the department sent the letters to "the states we are in active litigation against regarding their failure to provide the full" statewide registered voter list. Ms. Pels did not respond to questions about unspecified criminal investigations.

Editors' Picks



Calli Jones, a spokeswoman for the Arizona secretary of state's office, said the office would comply with what the law requires, regardless of any requests from the Justice Department.

"Our office and our counties follow state document retention laws," Ms. Jones said in an interview, "and to imply otherwise is an insult to the work that election administrators do in Arizona."

While the states the Justice Department has sued are largely controlled by Democrats, a number of Republican states, including Kentucky, Idaho, West Virginia and Georgia, have also been targeted.

ADVERTISEMENT



McKenna Audi

Officials in some of the states being sued, including Maine and Georgia, said they had not yet received a letter from the department.

**Sign up for the On Politics newsletter.** It's a pivotal moment for American politics. Join us for 2026 and beyond. Get it sent to your inbox.

The new letters come as election officials across the country have faced increasingly hostile rhetoric and threats from the upper echelons of the Trump administration.

Harmeet Dhillon, the head of the Justice Department's civil rights division, sent letters in July to the top election official in all 50 states threatening criminal prosecution if noncitizens cast a ballot that was counted in the midterm elections. Later that month, Markwayne Mullin, the homeland security secretary, threatened election officials in a speech, saying they could face prison time if they did not comply with the Trump administration's efforts to change election policies.



Francisco Aguilar, the Nevada secretary of state, said the letters were part of "'flood the zone' of harassment and intimidation and threats of legal action hoping we'd fold at some point." Roger Kisby for The New York Times

The Trump administration is also actively pleading with the Supreme Court to allow its plans to restrict mail-in voting before the midterms. The Department of Homeland Security is in the midst of a weekslong hunt for noncitizens among the nation's registered voters despite an absence of evidence of widespread fraud.

ADVERTISEMENT

Francisco Aguilar, the Democratic secretary of state of Nevada, said that the letters followed a pattern of threats coming from the administration.

"It's the constant 'flood the zone' of harassment and intimidation and threats of legal action hoping we'd fold at some point," Mr. Aguilar said.

Aguilar said.

He added, "We're going to continue to follow the law and do what's in the best interest of our voters."

Officials are allowed to destroy voting records 22 months after each election. That date was Sept. 5; the department sent the letters a day prior.

Election officials are well versed in policies regarding document retention, explained David Becker, a former voting rights lawyer for the Justice Department, and such threatening letters are unnecessary. Mr. Becker said the Justice Department may be seeking to pressure the states for more information than is legally necessary.

Sending what is effectively a sternly worded reminder to states two months before an election "is completely meaningless," Mr. Becker said. "There's only two reasons to send that letter: Either the lawyers who send it don't understand litigation obligations, or they're hoping that states will misinterpret it and retain more than they're legally required."

Kellen Browning and Alan Feuer contributed reporting.

**Nick Corasaniti** is a Times reporter covering national politics, with a focus on voting and elections.

# Exhibit 17

X

Post Log in Sign up

**HSI NorCal**
@HSISanFrancisco

HSI in Northern California will investigate any allegations of noncitizen voting and is committed to ensuring the enforcement of federal election law.







3:23 PM · Sep 11, 2026 · **1,293** Views

# Exhibit 18

# United States Senate

WASHINGTON, DC 20510

September 13, 2026

The Honorable Markwayne Mullin
Secretary
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue, SE
Washington, D.C. 20528

The Honorable Joseph B. Edlow
Director
U.S. Citizenship and Immigration Services
5900 Capital Gateway Drive
Camp Springs, MD 20529

Dear Secretary Mullin and Director Edlow:

On September 8, 2026, Senator Alex Padilla received a protected whistleblower disclosure (the "Disclosure") that reveals serious allegations of illegal and inappropriate activities within the Department of Homeland Security's ("DHS" or "the Department") U.S. Citizenship and Immigration Services ("USCIS") Fraud Detection and National Security Directorate ("FDNS").

According to the attached Disclosure, the Department and USCIS leadership have abruptly diverted FDNS personnel to an "Unlawful Voter Initiative" using highly questionable data and methods to identify purported unlawful voters. DHS materials admit these investigations will include naturalized U.S. citizens, some of whom will have federal law enforcement records created against them. FDNS employees are expressing concern that they are being directed to take actions that are against the law and Department policy, which will harm Americans. The whistleblower's Disclosure includes compelling evidence of wrongdoing and abuse of power by agency leadership including:

(1) USCIS personnel have been directed to access sensitive voter information in violation of state laws prohibiting unauthorized access to individual voter records potentially thousands of times;[1]

(2) USCIS personnel are under significant pressure from headquarters to enter federal TECS[2] records against individuals that are likely to be false in many cases, potentially harming thousands of people in likely violation of federal privacy requirements;[3]

(3) With minimal training, agency leadership is imposing reckless quotas that demand USCIS personnel investigate 40 subjects per day, a rate of roughly 12 minutes per subject, to complete this rushed investigation by September 12;[4] and,

(4) USCIS personnel are being tasked with unreliable DHS voter data of dubious origins, that is compiled with "supplemental magic", which they are required to accept as accurate.[5]

[1] Disclosure Letter to Senator Padilla from Anonymous Whistleblower re: Department of Homeland Security and U.S. Citizenship and Immigration Services Direction to Identify "Unlawful Voters", (Sept. 8, 2026), 1.
[2] "TECS" is a system where "users are able to input, access, or maintain law enforcement, inspection, intelligence-gathering, and operational records." *See* DHS/CBP/PIA-021 TECS System: Platform, available at: https://www.dhs.gov/publication/dhscbppia-021-tecs-system-platform
[3] Disclosure Letter, 1.
[4] *Id.* at 2.
[5] *Id.* at 3.

On Friday, August 21, 2026, USCIS FDNS personnel were instructed to drop everything and watch one training video. By the following Tuesday, August 25, they were directed to begin reviewing data provided by DHS to FDNS to hunt for "unlawful voters." Hundreds of employees have been diverted to chasing the Administration's unfounded claims of significant noncitizen voting. This sudden surge indicates that the Department's top priority is now manufacturing evidence for election conspiracy theories, rather than FDNS's fraud detection and national security mission.

It is notable that these activities come as federal courts have unanimously rejected the Administration's attempts to coerce states to share their citizens' voter data.[6] The Disclosure shows how DHS is deploying federal law enforcement resources to go around those judicial rulings and gather state voter information by any means, regardless of state laws. Further, the Administration's continued claims of election fraud signal its intent to use this unreliable evidence of "unlawful voters" in ways that can disenfranchise eligible voters, disrupt state and local election administration, and subject election officials to additional unwarranted threats of prosecution.[7]

1. **Illegal Access to State Voter Records Using PII**

The whistleblower's Disclosure shows this initiative appears to involve thousands of violations of state laws protecting voter data against unauthorized access. Several states, including Virginia, require a specific attestation that one is authorized to access the voter's information, under penalty of law.[8] However, the Department and USCIS are directing assigned personnel to make false claims, using Personally Identifiable Information (PII) from DHS data, on state government websites by affirming that they are the voter or have been authorized by the voter to obtain the desired state voter data. This appears to be a clear-cut violation of state laws regarding access to individual voter information and raises serious questions about federal privacy laws and data policies as well.

As documented by the Disclosure, federal employees are being directed to misrepresent themselves based on questionable guidance from USCIS's Office of Chief Counsel ("OCC"). This guidance stated that FDNS officers may conduct such searches on these websites as "open-source research for 'adjudicative or investigative' purposes," seemingly disregarding certain states' laws. This guidance also conflicts with 5 U.S.C. §552a(a)(7), which defines "routine use" "with respect to the disclosure of a record" as "the use of such record for a purpose which is compatible with the purpose for which it was collected." Further, statements made by Department leadership that personnel would not be "personally liable" for conducting these searches indicates a known concern about the legality of these actions.

2. **Creation of Erroneous Federal Law Enforcement Records**

The Disclosure also outlines the serious consequences for individuals whose information is being reviewed through this initiative. FDNS officers were instructed to create records known as "TECS records" for individuals who have been determined to be "unlawful voters" despite questions from

---

[6] Avery Lotz, *DOJ's voter roll crusade hits a courthouse wall,* Axios (Aug. 5, 2026), https://www.axios.com/2026/08/05/trump-doj-voter-roll-lawsuits-fail
[7] Assistant Attorney General Dhillon Letter to All States' Chief Election Officials Threatening Prosecution, Example Letter to Michigan Secretary of State Benson (July 7, 2026), available at: https://www.documentcloud.org/documents/28425163-20260707-doj-letter-and-memo-voter-eligibility/
[8] Disclosure Letter, 1.

officers regarding the source and accuracy of voting and immigration history information to make these determinations. TECS records are law enforcement records maintained by U.S. Customs and Border Protection (CBP) that carry significant downstream impacts on individuals, including naturalized U.S. citizens.

Now, tens of thousands of individuals are being investigated by FDNS officers through this initiative without their knowledge or ability to correct erroneous data. The Department's own training information acknowledges there will be serious flaws in the data, even stating "there will be U.S. citizens in this population."[9] At a time when immigration enforcement is significantly increasing at airports, U.S. citizens or other lawfully present noncitizens could be referred to secondary inspections by CBP personnel at ports of entry upon return to the United States from legally authorized travel abroad due to a TECS record based on questionable sources. While USCIS' materials caution about the possibility of unreliable data, personnel are nevertheless directed to generate records regardless of whether they believe that the DHS-provided data is correct, which can trigger referrals to Homeland Security Investigations (HSI).

### 3. Minimal Training and Reckless Quotas Leading to Criminal Investigations

As revealed in the Disclosure, staff were given just one session of training as part of this initiative – consisting only of a video that lasted approximately 1 hour and 45 minutes. Less than 3 business days later, assigned staff were expected to begin reviewing data, with quotas of 5 subjects per hour, or 40 per day over 8 hours. Not only is such a breakneck pace likely to cause fatigue amongst these staff, but it equates to approximately 12 minutes per subject – a completely inadequate timeline for investigating and reconciling multiple Alien Registration Numbers mistakenly or inadvertently issued to an individual, increasing the likelihood of error. Individual cases identified by this initiative can then be taken up by HSI for further action, including criminal investigations.

### 4. Questionable Source Data Compiled With "Supplemental Magic"

The Disclosure establishes a glaring lack of transparency around the source data provided by the Department for these investigations. The official training video states that the data was compiled with "supplemental magic." The video also establishes that both headquarters and USCIS personnel understand the shortcomings of both the state voter data and the federal immigration and citizenship data, including individuals with multiple alien numbers, but personnel are required to accept the data even when they believe it to be inaccurate. This use of "supplemental magic" on this data set to create records to be used against citizens shows a shocking disregard for the federal privacy and data laws enacted to protect the American people.

The Department has already shown repeated disregard for the Privacy Act and other laws and policies limiting federal agencies' collection, use, and sharing of individuals' records.[10] The Disclosure shows that some of the data being used to check against state voter rolls comes from the SAVE program. The

---

[9] *Appendix,* 25.
[10] *League of Women Voters v. Department of Homeland Security,* No. 25-cv-3501, Order Denying Federal Defendants' Motion for Stay Pending Appeal (D.D.C. July 8, 2026), *aff'd*, Order Denying Federal Defendants' Motion for Stay (D.C. Cir., Sept. 4, 2026).

modified use of SAVE is now barred by a federal court injunction, raising questions about whether the Department is following that court order.[11]

**Continuation of Administration's Baseless Claims of Election Fraud**

These activities are especially alarming just weeks before the 2026 midterm elections. They also must be seen in the context of the repeated, unverified claims by President Trump of widespread noncitizen voter fraud, including those made during his July 16, 2026, prime-time address from the White House. Over the past several weeks, *CNN*, *The New York Times*, *The Washington Post*, and *ProPublica* and other outlets have reported on the intense White House pressure on DHS and other agencies to back up the President's baseless claims of widespread election fraud.[12] Now, the Administration appears likely to use the "unlawful voters" supposedly identified with "supplemental magic" in ways that disenfranchise eligible voters and threaten state and local election officials before, during and after Election Day 2026.

In light of this Disclosure, DHS and USCIS must (1) be transparent about what they intend to do with the unreliable records they are generating; (2) immediately stop this initiative and related activities; and (3) remove any TECS or other law enforcement or administrative records generated from it. In addition to taking immediate corrective action, please provide answers to the attached questions no later than September 21, 2026.

Thank you for your prompt attention to this important matter.

Sincerely,

Alex Padilla
United States Senator
Ranking Member, Committee on
Rules and Administration;
Ranking Member, Judiciary
Subcommittee on Border
Security and Immigration

Charles E. Schumer
United States Senator
Senate Democratic Leader

---

[11] Disclosure Letter, 3; *Appendix,* 18.

[12] Peter Elkind, et. al., *Inside Trump's Failed Hunt for Noncitizen Voters,* ProPublica (Aug. 14, 2026), https://www.propublica.org/article/noncitizen-voting-trump-homeland-security-investigations; Alvarez, et. al., *Exclusive: DHS plans to launch voter fraud investigation surge Tuesday*, CNN (Aug. 31, 2026), https://www.cnn.com/2026/08/31/politics/homeland-security-voter-fraud-investigations; Nick Corasaniti & Hamed Aleaziz, *Trump Administration Begins Blitz to Find Elusive Voter Fraud Ahead of Midterms*, New York Times (Sept. 2, 2026), https://www.nytimes.com/2026/09/02/us/politics/trump-election-voter-fraud.html; Ted Hesson, *Immigration Officers Are Being Diverted to Trump's Voter Fraud Effort,* Washington Post (Aug. 25, 2026), https://www.washingtonpost.com/immigration/2026/08/25/immigration-officers-are-being-diverted-trumps-voter-fraud-effort/.

cc: Chairman Mitch McConnell, Senate Committee on Rules and Administration
Chairman Chuck Grassley, Senate Committee on the Judiciary
Ranking Member Dick Durbin, Senate Committee on the Judiciary

## Questions for DHS and USCIS Regarding the Whistleblower Disclosure from Ranking Member Alex Padilla and Leader Chuck Schumer

1) How does DHS or any of its agencies plan to use the information generated by the USCIS "Unlawful Voter Initiative" (USCIS Initiative)? Has DHS or any of its agencies provided any information generated from the USCIS Initiative to HSI, the FBI, or any U.S. Attorneys' Offices? Has DHS or any of its agencies provided such information to any state or local election office for purposes of determining voter eligibility or does it intend to do so before or after November 3, 2026?

2) How many DHS employees, broken down by component agency and title, have been devoted to the USCIS Initiative, HSI "criminal voter fraud surge initiative," or any other initiative concerning alleged noncitizen voter registration or voting since January 20, 2025?

3) What assessment have DHS and USCIS conducted of the operational consequences of these reassignments on other missions, including fraud reviews and national security screenings? What work has DHS and USCIS chosen to pause or forego in order to reassign resources to the "Unlawful Voter Initiative"?

4) Which senior DHS or White House officials ordered, approved and oversee each election-related DHS initiative, including the HSI "criminal voter fraud surge initiative" and USCIS FDNS diversion?

5) What factual or statistical analyses did DHS conduct to determine that the prevalence of suspected voting by noncitizens warranted the personnel and resources assigned to these efforts? Please provide any analyses and explain how DHS determined that a surge immediately before Election Day 2026 was necessary and appropriate.

6) How is DHS obtaining voter data from states which have not voluntarily submitted it to the Department? Which office(s) at DHS headquarters or component agency is responsible for collecting and maintaining these records?

7) Provide all legal analysis for the USCIS Initiative, including any analysis of the Department's legal authority to access information on state voter websites, and specifically the direction for FDNS officers to enter false attestations or access state voter information websites identified for the use of voters or their authorized representatives.

   a) Did DHS or USCIS notify states that they intended to use these websites for this purpose?
   b) Does DHS or USCIS keep records of the numbers of false attestations by officers accessing state voter data by claiming to be a voter or their authorized representative?
   c) Has any officer who has access such websites ever truthfully identified themselves, and if so, under what circumstances?

8) Which federal, state or nongovernmental databases or other information sources are DHS employees using or accessing to identify, verify, or check for noncitizens on state voter rolls?

9) Did DHS or USCIS analyze whether any new or modified SORN, "routine use" justification, Privacy Impact Assessment, computer-matching/information sharing agreement, or other public notice or agreements were required before beginning these operations?

   a. Identify every Privacy Threshold Analysis, SORN, "routine use" justification, Privacy Impact Assessment, memorandum of understanding or agreement, data-use/information sharing agreement, legal opinion, Privacy Office review, state law or any other legal or compliance document applicable to these activities and explain how the Department has ensured compliance. Please provide a copy of each of the above that were completed for the USCIS Initiative, the HSI "criminal voter fraud surge initiative," or any other initiative concerning alleged noncitizen voter registration or voting since January 20, 2025.

   b. If this disclosure of information was determined to be "routine use" as defined at 5 U.S.C. §552a(a)(7), please provide the reasoning that informed this conclusion. If not, please provide the basis under 5 U.S.C. §552a or any other federal privacy law that DHS and USCIS are subject to that justified the disclosure of this information and the reasoning that informed that justification.

10) What does the Department and USCIS mean in its use of the term "supplemental magic" in the training provided to FDNS officers? Please define the term and provide information about where the data FDNS staff were given to further their research originated from.

   a. How did the Department create its list of individuals to be investigated?
   b. What factors were considered when determining whether an individual merited review by USCIS?
   c. How many individuals were referred to USCIS for review under the USCIS Initiative?
   d. How many individuals have been reviewed by FDNS? How many individuals had TECS records created?

11) What training did DHS employees receive before initiating these voter efforts, including training concerning legal guardrails and limitations of DHS databases, state voter registration systems and the applicable restrictions on their use? Please provide a full copy of any training and guidance materials provided to officers and their supervisors on August 21, 2026, and any subsequent materials provided since the start of the USCIS Initiative.

12) What recourse do naturalized citizens and other noncitizens reviewed under this USCIS Initiative have to address an erroneous TECS record?

13) Please preserve and provide all guidance, policies, training materials, training videos, presentations, manuals, and other records regarding the USCIS "Unlawful Voter Initiative," the HSI "criminal voter fraud surge initiative," and related DHS activities to identify noncitizen voters on state voter rolls.

Democracy Defenders Fund

**September 8, 2026**

The Honorable Alex Padilla
Ranking Member, Committee on Rules and Administration
U.S. Senate Committee on Rules and Administration
331 Hart Senate Office Building
Washington, D.C., 20510

**Re: Systemic Pattern of Potential Illegal Conduct and Data Falsification at DHS's "Unlawful Voter Initiative" — Anonymous Whistleblower Disclosure**

Senator Padilla:

Democracy Defenders Fund represents an anonymous federal whistleblower (hereinafter "Whistleblower" or "client") with direct knowledge of potential repeated illegality in connection with the U.S. Citizenship and Immigration Services-Fraud Detection and National Security Directorate Headquarters (USCIS-FDNS HQ) Unlawful Voter Initiative. The Whistleblower has reason to believe that, with the knowledge and at the direction of leadership at headquarters, the Unlawful Voter Initiative has potentially already committed thousands of violations of state law in an effort to improperly access individuals' voter records. The Whistleblower is similarly aware of detailed evidence of pressure to falsify federal records and believes that may have occurred on a large scale, potentially in violation of federal law. The details supporting our client's reports are set forth in the Appendix to this letter.

Our client reports that leadership of the Unlawful Voter Initiative are requiring DHS employees to utilize Personally Identifiable Information (PII), accessed through DHS internal data, to access state voter registration websites. The employees may be required to use the PII to make false attestations that they are the voter or are acting with the voter's express authorization, in order to access these individual voters' records. Such false representations would likely violate relevant state law. *See, e.g.*, Va. Code § 18.2-152.3. DHS has previously tried to obtain the unredacted voter files of nearly every State. *See* Nick Corasaniti & Alan Feuer, *Justice Department Issues Subpoenas for Voter Data in Nevada*, N.Y. Times (Sept. 4, 2026), https://tinyurl.com/yhdsjsn6. Because those demands violate the statutory and constitutional election framework, Democratic and Republican election officials have refused to comply. In response, DOJ has filed at least 31 lawsuits against those states and the District of Columbia to obtain the voter data. Melissa Quinn, *The Trump Administration has filed 31 lawsuits seeking states' voter data. Here's where they stand.*, CBS News (Aug. 17, 2026), https://tinyurl.com/3rvna3ut. DOJ has not been successful in a single case so far. The DHS Initiative appears to be an illegal alternative to DOJ's unlawful efforts.

Democracy Defenders Fund

The Whistleblower reports that given the nature of the Initiative, the pressures put on officers, and the instructions given by headquarters, it is likely the case that no officer who has sought to access information on a state website has been truthful about his or her identity. The Unlawful Voter Initiative includes all 50 states and is targeted at up to hundreds of thousands of individuals. The officers received their first and only training on Friday, August 21, and were considered ready to begin the Initiative on Tuesday, August 25. They are required to review and determine if the PII belongs to an "unlawful voter," and each officer was given a quota of at least five subjects to be reviewed per hour and 40 subjects per day, with USCIS-FDNS-HQ leadership tracking their output—giving officers only twelve minutes to determine if a subject is a U.S. citizen, if they should be considered an "unlawful voter," and enter a record against them (called a "TECS" record).[1] The Whistleblower understands that the goal is to complete this stage of the initiative by September 12.

When the Whistleblower and others expressed concerns about the legality of this conduct to USCIS-FDNS HQ, the response was that individual officers would not be personally liable for conducting the searches when they are done as part of their official duties and properly documented. No explanation was offered as to why officers would not be legally liable. That statement implies awareness that the activity is illegal and nevertheless requires DHS officials to continue improperly accessing state voter records. Only one substantive response was provided to the concerns raised by the Whistleblower and others, namely that these searches are permissible as open-source research for "adjudicative or investigative" purposes. However, that appears inconsistent with the guidance listed in DHS's Rules of Behavior required for accessing other, less sensitive information, such as social media posts; and also the USCIS Rules of Behavior, in which employees agree that they "will not attempt to access systems [they are] not authorized to access" and "will not attempt to bypass access control measures." No attempt was made to explain these discrepancies, leading the Whistleblower and others to believe that DHS leadership may be knowingly requiring them to break the law and DHS policies.

Furthermore, the Whistleblower reports widespread doubts among officers working on the Initiative about the accuracy of the source data DHS is providing to its employees, through USCIS-FDNS HQ, as part of the Unlawful Voter Initiative. The data DHS provides often consists of unverified voter registration and/or voting dates and is known to conflict with data found in other sources. Indeed, the inaccuracies of this DHS data are widely known and acknowledged by DHS itself. The State Citizenship Lists DHS is putting together, pursuant to the President's Executive Order No. 14399, *Ensuring Citizenship Verification and Integrity in*

---

[1] "TECS" is officially an acronym with no definition. It originally stood for Treasury Enforcement Communication System. https://www.aila.org/library/cbp-memo-muster-on-tecs-name-change.

Democracy Defenders Fund

*Federal Elections*, 91 Fed. Reg. 17125 (Mar. 31, 2026), must be compiled from "citizenship and naturalization records, SSA records, SAVE data, and other relevant Federal databases." 2026 Elections EO, § 2(a). Yet both SSA and DHS have both acknowledged systematic data gaps and unreliability in the underlying data set for purposes with respect to determining voter eligibility and citizenship. *See e.g.,* Letter from Nancy Morales Gonzalez, Assoc. Gen. Couns., SSA, to Jon Sherman, Litig. Dir. & Senior Couns., Fair Elections Ctr., Re: Application for Records and Testimony of a Social Security Administration (SSA) Employee in a Federal Civil Case 2 (Jul. 13, 2023), https://perma.cc/KS2N-U2US.[2]

Moreover, the internal data often does not include the sources of the information, and USCIS-FDNS HQ does not and will not elaborate on the specific sources and dates of data it provides to the officers conducting reviews. When officers expressed their misgivings about the unreliability of the data to leadership, they were told they were required to create the TECS law enforcement records of unlawful registration and/or voting irrespective of their concerns. Although the training acknowledges that the voter data set contains inconsistent information, officers were told to assume that the data provided by DHS to USCIS-FDNS HQ was accurate enough to determine whether an individual may have voted or registered to vote by a specific date.

At one point in the training video, there was an express recognition of these flaws. The video tells DHS employees that certain information that is not included in the source data will be "brought in through supplemental magic." Magic is not a recognized form of record keeping under state or federal law.

As a result, our client reports that TECS law enforcement records are regularly created against individuals based solely on DHS data that is unverified, inconsistent with other information, and/or is unexplained to the officers working on the Initiative. Our client also reports that TECS law enforcement records have been created against U.S. citizens. Such records can have ramifications for individuals far beyond the voting context. TECS law enforcement records can be used against them in ***any*** interaction they may have with the federal government, such as crossing the border during travel or seeking a benefit.

---

[2] *See also* DHS, Privacy Threshold Analysis for the SAVE Program 17, 34, 38–39 (approved Jul. 17, 2025), https://perma.cc/9AXY-WCLU (DHS knew that there were "shortfalls in data accuracy" for SAVE, and warned that SAVE "may share inaccurate information with registered agencies"); DHS, DHS Ref. No. DHS/USCIS/PIA-006(d), Privacy Impact Assessment for the Systematic Alien Verification for Entitlements "SAVE" Program 19 (Oct. 31, 2025), https://perma.cc/G92U-LYPM; USCIS, Voter Registration and Voter List Maintenance Fact Sheet (Aug. 27, 2025), https://perma.cc/Q5F7-YBCA ("if an individual with acquired citizenship has not received a Certificate of Citizenship from USCIS (e.g., some foreign-born children of U.S. citizens) or is not designated as a U.S. citizen in SSA records, SAVE may not be able to confirm that individual's U.S. citizenship").

Democracy Defenders Fund

Our client wants it known that they believe the responsibility for this potentially illegal activity lies solely with USCIS-FDNS HQ. The Whistleblower believes that their colleagues below that level, up to and including regional leadership, are likely also victims of an abuse of power. Our client wants it known that they would not have had the courage to come forward if not for them speaking up internally, many before our client did. They are outstanding public servants and do not deserve to be vilified for being placed in an impossible situation by headquarters.

Our client, a lawful anonymous whistleblower, feels it is their duty to come forward and reveal potentially unlawful conduct related to the "Unlawful Voter Initiative." Our client is understandably extremely concerned about retaliation by Administration officials should their identity become known. As such, we ask that reasonable steps be taken to maintain their anonymity throughout the whistleblowing process. The Whistleblower makes this disclosure out of concern that law enforcement records used against individuals, including U.S. citizens, are being created through potentially unlawful means and based upon unreliable information. That is a dangerous abuse of the power of the federal government. We respectfully submit this disclosure for inquiry and investigation. Our client welcomes referral of the matter to any other oversight bodies with relevant authority and jurisdiction.

Sincerely,

/s/ Norman L. Eisen
Norman L. Eisen
Executive Chair
Democracy Defenders Fund
[redacted]

/s/ Stephen A. Jonas
Stephen A. Jonas
Chief Counsel & Director, Rapid Response Legal
Democracy Defenders Fund
[redacted]

## Appendix — Anonymous Whistleblower Disclosure

This document reflects the Whistleblower's personal knowledge and assessment. Given the size of the Initiative and the speed being demanded of officials, USCIS-FDNS HQ has put extraordinary pressure on employees despite the legal risk involved. Our client has an extreme fear of retaliation, but they feel an obligation to speak up about the misconduct and gross mismanagement they have witnessed.

### 1. "UNLAWFUL VOTER INITIATIVE"

On Friday, 08/21/2026, FDNS IOs received instructions to stop everything being worked on and immediately watch a 1 hour 45 minute training video provided by USCIS-FDNS HQ. The video, referenced throughout this statement, is the only formal training provided by USCIS-FDNS HQ for the Unlawful Voter Initiative surge. It was also the first time officers may have heard of the Initiative that they would be mandatorily assigned, to effective immediately. USCIS-FDNS HQ also provided a link to an internal FDNS website listing all 50 states and provided links to each state's official state voter registration website, along with some other guides, links, and a PowerPoint presentation.

Three days later, on 8/24/2026, FDNS completed a reorganization that brought IOs throughout the country under more direct control of headquarters. The Unlawful Voter Initiative appears to be the very first action taken by headquarters using the newly reorganized FDNS.

By Tuesday, 8/25/2026, officers were considered trained and ready to begin reviewing data provided by DHS to the officers through USCIS-FDNS HQ. This data contains the personal information of tens or hundreds of thousands of individuals throughout all 50 states, including US citizens. Officers are supposed to review and determine if the information belongs to an "unlawful voter" and were given a quota of at least five subjects to be reviewed per hour. If the officer determines the subject to be an unlawful voter, they are to create a TECS record against them so that they may be subjected to additional scrutiny. Our client understands that the goal is to complete this stage of the Initiative by 9/12/2026.

**Details:** Evidence supporting this statement is provided below. This is not all of the evidence that exists, but it is what the Whistleblower feels can be provided at this time without revealing their identity. Much of the evidence discussed in this statement is sourced to the mandatory training video, along with a transcript that was provided with the video. The creation of the transcript appears to have been automated and there are minor transcription errors with some words, but the transcript accurately reflects what was said in the training video. We have only redacted information that could potentially be used to identify an individual officer as there is extreme fear within FDNS of retaliation for discussing this activity. We are only including details from the transcript that we believe to be indicative of violations of law, gross

mismanagement, and/or abuse of authority.

## 2. ACCESSING STATE VOTER REGISTRATION WEBSITES USING DECEPTIVE INFORMATION

Image 1 shows the mandatory training video provided by USCIS-FDNS HQ, with the URL in the bottom left of the screenshot being the link to the internal FDNS website for this initiative. The transcript for the training video was provided on the right side of the screen with timestamps for the video—which will be referenced throughout this statement:




Image 1 – FDNS Unlawful Voter Surge Training Video

Training Video Transcript:

14:00
But the part that I really want to emphasize for purposes of this surge, it's a lot, but there's information in a table at the bottom part of this sight and it go, it lists every single state available.
14:14
So we have in the column on the far left is obviously the state.
14:22
The next is that link in the state.
14:26
It's a hyperlink to go to their state voter registration or voter site.

Image 2 (below) shows the main page for the Initiative that was referenced in the video. The first state voter registration website that is linked to (Alabama) is shown at the bottom of the screenshot and is also used as an example in the training video (Image 3 and Image 4).




Image 2 - FDNS Unlawful Voter Initiative Internal Website with Link to Alabama State Voter Registration Website

Democracy Defenders Fund




Image 3 - FDNS Unlawful Voter Initiative Internal Website Visible in Training Video (Alabama)

Training Video Transcript:

14:56
So I have Alabama up on the screen.
14:58
If you are assigned to cases, Alabama cases, and you want to search their state registration site, you would need the first name, the last name, and the date of birth of the person as it was entered at their registration.

Democracy Defenders Fund




Image 4 – Alabama Voter Registration Website Linked from FDNS Unlawful Voter Initiative Internal Website

As can be seen from both the transcript of the training video and the screenshot of the Alabama Voter Registration website, in order to access the voter information and obtain the voter's information as instructed by the training, an officer must input the name and DOB of the voter as if it were that voter ("confirm *your* registration status….").

Images 5 and 6 (below) show the link to Virginia on the FDNS initiative website. The fact that an attestation is required for Virginia and some other states is highlighted on the FDNS initiative website with ("Attestation"). The link to Virginia's Department of Elections website is visible in the bottom left corner from moving the on-screen cursor over the "Virginia" hyperlink.




Image 5 - FDNS Unlawful Voter Initiative Internal Website Showing Virginia with “(Attestation)” Highlighted



| | | | |
|---|---|---|---|
| Virginia (VA) | First Name; Last Name; Date of Birth; Last 4 of SSN; Locality (Attestation) | Data Source(s): IRIS<br>First Name: Yes<br>Middle Name: No<br>Last Name: Yes<br>Date of Birth: Yes<br>Year of Birth: No<br>Country of Birth: Yes<br>A#: Yes<br>SSN: Yes<br>Address: No<br>Phone #: No<br>Registration Date: No<br>Election Date: No<br>Email: No | |

Image 6 - Close-Up of Virginia State Voter Registration Website Link with “(Attestation)” Highlighted

Image 7 (below) shows the Virginia Department of Elections website linked on the FDNS initiative website. Note that in order to conduct a search on this site, the officer is required to make an attestation certifying and affirming that they are the voter or acting with their express authorization. It also makes clear that it is unlawful to access the information of any other voter.



Image 7 – Virginia State Voter Registration Website Linked from FDNS Unlawful Voter Initiative Internal Website.

What follows is the full text of attestation on Virginia website:

> “I certify and affirm that the information provided to access my voter registration is my own or l am expressly authorized by the voter to access this information. I understand that it is unlawful to access the record of any other voter, punishable as computer fraud under Va. Code § 18.2-152.3.”

The two other states in the Initiative internal website with highlighted attestation requirements are Florida and Massachusetts (Image 8, Image 9, Image 10, and Image 11 below).




Image 8 – FDNS Unlawful Voter Initiative Internal Website Showing Florida with "(Attestation)" Highlighted.




Image 9 - Florida State Voter Registration Website Linked from FDNS Unlawful Voter Initiative Internal Website

The website makes clear that "This website is intended for use by a registered voter to determine his or her voter registration and voting status."



Image 10 - FDNS Unlawful Voter Initiative Internal Website Showing Massachusetts with "(Attestation)" Highlighted




Image 11 - Massachusetts Voter Registration Website Linked from FDNS Unlawful Voter Initiative Internal Website

The website states that "This webpage is intended for use by the individual voter to determine their voter registration status."

While other states may not have an explicit attestation requirement, the wording and nature of their websites make it clear that their use is intended for the registered voter only. California is another example.



Image 12 - FDNS Unlawful Voter Initiative Internal Website Showing Link to California State Voter Registration Website

Democracy Defenders Fund




Image 13 - California State Voter Registration Website Linked from FDNS Unlawful Voter Initiative Internal Website

As stated on the website: "To find your record, you will need to enter some personal information. Close your browser when you are done to protect your personal information." It goes on to say: "In order to find an exact match, your voter registration record must have either a California driver license or identification card (DL/ID) number, or the last four digits of your social security number. For best results, please enter both your DL/ID and last four digits of your social security number."

In light of these instructions about access to the state websites, officers expressed concerns that accessing registered voter information on these websites may be illegal as officers are essentially misrepresenting themselves as the potential registered voter (with or without a specific attestation).

There is a statement on the FDNS initiative website that "OCC advises that it is permissible for Immigration Services Officers and Immigration Officers to use these state voter websites for purposes of confirming voter registration status as it pertains to an alien's eligibility for an immigration benefit." A similar statement is also found in the PowerPoint presentation provided for this initiative (Image 14 below).




Image 14 - FDNS Unlawful Voter Initiative PowerPoint Presentation Slide 12

However, this broad statement appears to conflict with the state law cited in the Virginia state voter registration site's attestation and likely other state laws requiring truthful information when accessing the state's websites. Moreover, it does not clarify the legal authority used to access state voter registration websites despite this clear and obvious conflict.

As noted, not all state websites call for attestations or possibly even identification as a voter to access information. But because of the nature and pressures put on officers participating in the Initiative and the instructions given by USCIS-FDNS HQ, it is likely the case that no officer who has sought to access information on a state website has been truthful about his or her identity.

The training video said that OCC "advised that it is perfectly OK for IS OS, for adjudicators and for FDNSIOS to use those websites [the "state websites on the ECN site"] to search records," and provided the links to those sites. (41:53).

Despite this conclusory statement in the training video, requests were made in the last week of August to leadership for details on the legal justification and authority for seemingly violating state law and making false attestations. The response was twofold:

- OCC advised that this type of review is permissible as open-source research when conducted for purposes related to adjudicative or investigative responsibilities.

Democracy Defenders Fund

- IOs and Immigration Services Officers (ISOs) are not personally liable for conducting these searches when done as part of their official duties and properly documented.

Notably, the statement "IOs and ISOs are not personally liable for conducting these searches when done as part of their official duties and properly documented" does not provide adequate legal justification or any authority for conducting these searches. Part of an officer's basic training includes a detailed overview of the legal basis for their authority, so it is not at all improper for an officer to ask for the specific laws that they are relying on to exercise it. However, this statement suggests that there may be legal implications for accessing these websites, but that the officers themselves are simply not personally liable. This leads us to believe that USCIS-FDNS HQ is aware that the activity may be illegal, and yet they are still requiring officers to engage in this illegal activity with promises of personal liability protection.

Stating that these searches are permissible as open-source research for "adjudicative or investigative" purposes relating to voting is a change from the earlier justification that the searches pertain to "an alien's eligibility for an immigration benefit."

This also appears to be inconsistent with USCIS and DHS guidance. The USCIS Rules of Behavior (which uses the same language as found in "Information Technology System Security Program, Sensitive Systems Attachment G Rules of Behavior") states that every USCIS employee must acknowledge and abide by a System Access section that specifically says, "I will not attempt to access systems I am not authorized to access." The next section (Passwords and Other Access Control Measures) specifies "I will not attempt to bypass access control measures." Accessing those state websites is therefore a fundamental violation of the most basic rules of behavior that all employees must acknowledge.

Furthermore, it is also inconsistent with the DHS Rules of Behavior required for accessing other, less sensitive information such as social media posts. For example, page 8 of the publicly available Privacy Policy for Operational Use of Social Media Instruction 110-01-001 states that employees should "Respect individuals' privacy settings and access only information that is publicly available unless the individual whose information the employee seeks to access has given consent to access it." It is inexplicable for private social media information to be afforded more protection than an individual's voter registration information and voting record, especially when sensitive PII is necessary to access the voter information without the individual's knowledge or consent and with the officer falsely attesting to be the registered voter.

## 3. SOURCE, ACCURACY, AND SCOPE OF PII DATA PROVIDED BY DHS TO USCIS-FDNS HQ

There are multiple steps to the Unlawful Voter Initiative: 1) verifying that the data provided by DHS to USCIS-FDNS-HQ matches USCIS holdings; 2) making a determination as to whether or not the identified individual is a U.S. citizen and voted/registered to vote ("lawfully" or "unlawfully" based on when their U.S. citizenship was acquired); and 3) creating a record in TECS to alert any government agency with access to TECS (including HSI) that the subject was identified as a potential unlawful voter.

Training Video Transcript:

0:38
In a nutshell, you're going to review information, specifically voter data and determine if it is a match to USCIS subject data, USCIS holdings, and ultimately if it is, is that person an unlawful voter or not?

—

1:07
And then ultimately for unlawful voters, you will be creating a TECS record.




Image 15 - FDNS Unlawful Voter Initiative PowerPoint Presentation Slide 8

There are, however, widely known problems with the accuracy of the data provided by DHS to USCIS-FDNS HQ, which manifest in the second and third steps described above. As already documented earlier in this statement, officers are being directed to verify voter registration dates

and voting dates provided by DHS using state voter registration websites. Aside from the legal issues already discussed, officers have noted that sometimes the information provided by DHS to USCIS-FDNS HQ contradicts results from the state voter registration websites; a state voter registration website may show that there is no match to an individual, while the data provided to officers by USCIS-FDNS HQ lists specific voter registration dates and a date on which the subject may have first voted. With such a direct contradiction, knowing the specific source and date of the information is necessary to determine reliability before taking any action.

USCIS-FDNS HQ does not and will not elaborate on the specific sources and dates of data it provides to the officers conducting the review. In the training video and when directly questioned, generalized or canned statements are provided. The problem is further compounded by the fact that explicit instructions were given that the data provided by DHS to USCIS-FDNS HQ should be assumed to be accurate enough to determine that an individual may have voted or registered to vote by a specific date. Yet the training repeatedly points to the inconsistencies in the data, noting that sometimes the voter registration date is provided in the initial data set and sometimes it is not.

Training Video Transcript:

> 7:15
> You might also not have a registration date, but you would find that through other other research and we'll go over some of that in in just a minute.

The training leaves it up to the officer to check whether the person may have voted, again acknowledging that the data is inconsistent:

> 7:50
> So based on what you have available and information you find, did they vote yes or no?
> 7:55
> And if they did vote, you want to enter the earliest election date in the next field.
> 8:02
> Again, this might be a data point provided to you from the source data, and in some cases it might not be.
> 8:10
> You might have only a registration date provided in the source data.
> 8:15
> And when you go on to do some additional research, for example, looking up the subject in a state voter website, you might find an election in addition to a registration date provided in the data.
> 8:33
> Or vice versa, we might get an election date.

The training acknowledges that there is a confusing collection of data from many different sources as well as differences across the states. The training video compares Connecticut to Illinois, as an example. While Connecticut's records provide both the voter's registration date and their earliest election date, Illinois provides only the voter registration date and no election date whatsoever. (16:25-17:20).

The training video transcript then states that the information is coming from multiple sources, and acknowledges incongruities between the systems and the states, and between the states themselves:

> 17:43
> So accurate [*sic*: "Accurint" - see below] and clear [see below] both have voter records available.
> 17:47
> Some states are in both systems, some states are in one or the other, some states are in neither.
> 17:53
> So just know that in addition to the data points provided with your assignment, you also will have an opportunity to look up voter records
> in accurate and clear.
> 18:03
> I would say if like here for Arizona, Arizona isn't in accurate or clear.
> 18:10
> So you probably don't have to waste your time even looking because it's just not a record that is there at this time.

(Note that "accurate" refers to the commercial database Accurint, with the pronunciation similar enough to cause an error in the likely-automated transcription. "Clear" refers to the commercial database Thomson Reuters CLEAR.)

In some states, the only source for voter registration dates or voting dates besides the state voter registration website is DHS data. This is plainly visible on the internal Unlawful Voter Initiative website, with the rightmost column indicating where state voter registration data may also be found besides the state voter registration website (e.g., commercial databases like Accurint or Clear). For example, the training video states that the Social Security number included in the aforementioned Connecticut data comes from Accurint. (16:12). In the case of California, however, there is no such other source (Image 16 and Image 17):

Democracy Defenders Fund



Image 16 – FDNS Unlawful Voter Initiative Internal Website Showing Column Headers, Available Data Sources

| | | | |
|---|---|---|---|
| California (CA) | First Name; Last Name; Date of Birth; California Driver's License/Identification Card or Last 4 of SSN | Data Source(s): DHS<br>First Name: Yes<br>Middle Name: Yes<br>Last Name: Yes<br>Date of Birth: Yes<br>Year of Birth: No<br>Country of Birth: Yes<br>A#: No<br>SSN: No from source; Yes from Accurint<br>Address: Yes<br>Phone #: Yes<br>Registration Date: Yes<br>Election Date: Yes (all elections)<br>Email: Yes | |

Image 17 - Close-up of California State Voter Registration Website Link

For California, there is no way to verify the voter registration dates or voting dates in the data provided by DHS without accessing the California state voter registration website, which may not be legal and has been stated by officers to often be inaccessible due to technical errors. Officers are specifically told to rely on the data DHS provided for California and use the voter registration dates and voting dates provided in that data to indicate that the subject may be an unlawful voter and create a TECS record. Throughout the training video, officers are told to do their own research and make their own determinations as to whether an individual may have unlawfully voted or registered to vote. In practice, the officers' determinations must hold the DHS-provided voter registration dates and voting dates to be accurate despite any reasonable concerns or evidence to the contrary.

Training Video Transcript:

18:28

I just want to, I want to really stress how important the source data is.

Democracy Defenders Fund

18:32
So like [REDACTED] mentioning in the third column, the data provided to FDNS.
18:36
So the data sources, it has IRIS.
18:38
If it says IRIS, that means it was received via save.
18:42
If it says DOJDHS or is there an ICE, [REDACTED], that might be an ICE too.
18:47
All of those values, that's just the, that's just the agency that passed us the public voter file.
18:54
So these are all still public voter files.
18:56
The data source.
18:56
It doesn't mean that the initial source was DHS.
18:58
It means that that's how we received the file.
19:00
So, this public voter file for California was passed to us by the department.
19:05
So like that's how we received it.
—
21:56
To illustrate the point, this will be populated with 10s of thousands of actual cases in the very near future.
22:06
And this is what you will access.
22:09
So this is what it will look like.
22:12
And for those of you who just click on the link, there's just going to be 10s of thousands of records here.
—
26:29
All of these things come in the source data if it's available, if it's blank, you know, or if the ECN site says for example the date of birth did was not something provided and you see a date of birth here, then that is possible that was brought in as a supplemental effort through FDNS enhancements.

26:52
So if the ECN site says no date of birth and you see a date of birth that did not come from the source data, that would be applicable to any of these fields that could potentially come in the source data.
27:07
So the reason we have it broken up here, we have a full date of birth and then we have a month and year, and we have a year of birth is because some states provide only a year of birth.
27:18
It'll be a first name, middle name, a last name, and a year of birth only.
27:23
So that's why you'll see so many variations of the date of birth.
27:29
The voter address, some states do provide a voter address that they entered at the time of registration.
—
29:20
We do not get A numbers in source data not so we that is something that's going to be brought in through ***supplemental magic***. (emphasis added).

There may be no better description of the DHS source data, or at least the lack of visibility afforded to us in how it was compiled, than "supplemental magic." In the end, this "supplemental magic" is being relied upon to enter TECS records against people, including U.S. citizens, despite known issues with the source data.

As the Training Video Transcript states:
4:00
Be aware of what is, what information was provided by the source compared to what information you have available, and you're ultimately going to compare those two things and determine is this a subject match?
4:14
Is the voter a match to DHS systems?
—
5:54
We pull in the A number based on USCIS holdings, but in some instances you'll see people have multiple A numbers or for one reason or another, maybe there's an error in the data.
—
8:56
So if the subject, if you determine that the subject is an unlawful voter and you need to

enter a text record, in those instances for all unlawful voters, we're going to be entering text records.

(Note that "text records" in the transcript refer to "TECS records," with the pronunciation similar enough to cause an error in the likely-automated transcription.)

The Whistleblower emphasized that verifying data provided by DHS through USCIS-FDNS HQ is not an objectionable requirement. If the data for an individual is found to be accurate, lawfully using available systems and resources to determine if an alien did in fact vote or register to vote would also not be an objectionable requirement (at least not rising to the level of abuse of authority and/or gross mismanagement). Creating a TECS record on an individual (which is the responsibility of and attributable to an individual officer) would also not be an objectionable requirement, assuming the officer is reasonably certain that the data upon which the record relies is accurate enough that a TECS record is merited. However, it is clear to our client and other DHS employees that the data they are being forced to rely upon is not reliable.

Officers have expressed concerns about the requirement to enter TECS records that would not otherwise be created without the voter registration date and/or voting dates provided in the DHS source data. When explicitly asked if officers could complete the assignment without creating TECS records that rely solely on the DHS source data for voter registration and/or voting dates, officers were told "no" by FDNS leadership. This will have a significant impact on certain states, e.g. California, where voter registration and voting dates were often provided only in the DHS data because of inaccessibility or inconsistency with the California state voter registration website data and the absence of sources such as Accurint or Clear. The result is that a significant number of TECS records, potentially thousands or tens of thousands, will be created against California residents based on data that an officer may have good reason to believe is unreliable or inaccurate without corroboration.

This requires the officer to create a record in TECS under their own name that they may believe to be inaccurate or false due to reasonable reliability concerns with the DHS data. The Whistleblower, given their extensive experience serving in government, believes this rises to the level of gross mismanagement and abuse of authority by USCIS-FDNS HQ, as many of these records are likely being created by officers based on a fear of reprisal and discipline as opposed to confidence in their assessment of the data. From what our client has directly observed in the completed assignments, it appears more California residents than not that were included in the DHS source data have had TECS records created against them. From what our client has directly observed, multiple officers have specifically noted in their comments that the only accessible source for a voter registration date or voting date was the DHS data. Additional accuracy issues with the source data are also described throughout the video, including regarding US citizens which will be expanded on in the next section.

For example, the training video discussed the implications of multiple alien numbers ("A numbers") and Social Security numbers associated with a person:

> 29:32
> And then we have if there's multiple [A] numbers, perhaps consolidated a numbers, multiple related to subjects for whatever reason, you see that in the set column, the [A] number set and it just shows the primary versus what is possibly, you know, multiple [A] numbers for the same person that will help you drive your research.
> 29:55
> This social is the next column.
> 29:57
> If that is available in the data, it will be brought in.
> 30:02
> Generally, you will have this provided it is not provided in the source data generally, but it could be, it perhaps will be in the future, but it is *or* brought in from supplemental, you know, from supplementing the data.
> 30:17
> So you'll likely have a value there when you get these cases.
> 30:22
> And I'll just, sorry, I'll just add that [REDACTED] touched on this, but it's very likely that a lot of these assignments will have multiple and alien numbers and multiple Social Security numbers, right?
> —
> 30:49
> So there's a lot of different criteria here.
> 30:50
> When there are multiple alien number sets in that next column, there could be multiple alien numbers that both relate to the voter or there could be multiple alien numbers that relate to completely different people.
> 31:02
> And what we do is this is a sign because one of those alien numbers might be a non citizen.
> 31:07
> So it's important to check both alien numbers and see whether they relate back to your voter.
> 31:11
> And the same goes for the social.
> 31:13
> When you're reviewing cases, you will see you you will see a lot of cases that have multiple Social Security numbers as well.

31:19
So, you know, they might not both relate to the same person.

And later in the video, the trainer says:

54:45
Social Security numbers, last thing before we move on, they may not be accurate.
54:50
Do not rely solely on the Social Security information.

### 4. U.S. CITIZENS

Officers are required to use the PII of confirmed U.S. citizens in order to access state voter registration websites without their knowledge or consent. This is done to find evidence that a naturalized US citizen may have registered to vote or voted prior to naturalization. If the "supplemental magic" associates someone with an alien number, even if it is outdated because that individual has long since become a citizen, and the reviewing officer confirms there is a match between the subject and the alien number in USCIS databases, they will use the known U.S. citizen's PII in an attempt to find evidence that they registered to vote or voted prior to naturalization. The only way for a U.S. citizen to escape this scrutiny is for the officer to determine that there is not a subject match. It is irrelevant if a subject naturalized decades ago, has no current applications with USCIS, or even if they're deceased. All that matters is that the DHS source data indicates that they are a subject with an alien number that registered to vote or voted.

As the Training Video Transcript states:

10:19
So we have public voter files that people that voted in these states, that raw data includes a lot of U.S.
10:24
citizens.
10:24
So what we did is we took the voters and we tried to match them up against USCIS holdings.
10:30
And then once we match them up against USCIS holdings, we tried to identify whether that CSUSCIS holding is a current citizen.
10:39
But what I'll say is the two biggest determinations that you're going to make is 1, whether the person is a match, right?

Democracy Defenders Fund

10:45
So whether the voter is a match to the USCIS holding and two, whether that USCIS holding is a current alien or whether they're current USCS holding as a citizen.
—
19:16
So the two big elements to our review is 1, reviewing to see whether it's a subject match and two, and we'll stress this throughout the presentation.
19:24
And two, reviewing to see whether the person is [a US] citizen.
19:28
If you're reviewing the voter and you determine that the alien number that's brought in through USCIS holdings is not a subject match to the voter, then you are not, you know, you, you won't be reviewing citizenship, you'll be focusing on just the subject match.
—
19:56
So, you know, review the, the, the, the information you're reviewing is the voter source data and not the USCS holdings that we bring in.
20:03
*So* even if that [A] number is an alien, you wouldn't be marking that it's not a citizen because it doesn't correspond to the voter source data, which is always the most important data.
—
32:14
So starting with subject match, you will fill that in and when you sorry, it's not it's not working at the moment, but you will have a yes or no option
here to select.
32:30
If you select yes, you will continue through the form.
32:33
If you do not have a subject match, you will select no and then you can move.
32:41
You can move to the comments, which is the very last field and just say why it was not a subject match and move on to your next assignment.
32:53
USC.
32:54
This is how the subject match will work as well.
32:57
So it's a yes or no.
32:59

> So if you have a subject match, you now move to the are they [a US] citizen, yes or no?
> 33:06
> If yes, you know you look at when that occurred pre or post restoring election and make that determination.

Again, FDNS requires that the DHS-provided voter registration date and/or voting date in the source data must be considered accurate. An officer would therefore be required to create a TECS record against a known U.S. citizen if the voter registration date and/or voting date provided in the DHS data predates their confirmed naturalization date, even if an officer reasonably believes that the DHS source data is not reliable enough to justify creating a TECS record. In other words, the current process is knowingly sweeping known US citizens in as potentially "unlawful voters."

## 5. ADDITIONAL CONSIDERATIONS




Image 18-FDNS Unlawful Voter Initiative PowerPoint Presentation Slide 15

USCIS-FDNS HQ also acknowledges that there are U.S. citizens included in this data and references using Social Security Administration and Department of State data for assessing possible U.S. citizens. They also specifically state that U.S. citizens with petitioning spouses can have their Social Security Numbers inaccurately linked to their alien spouses. Officers, however, were instructed that the petitioning U.S. citizen spouses were "likely entitled to vote."

Training Video Transcript:

36:30
OK, I'm just going to, I'm going to state a couple of things really quick.
36:34
So first, there will be U.S.
36:37
citizens in this population.
36:39
So we've done the best we can.
36:41
We're going to talk about, you know, how we, the review process at the end, but like, unfortunately, we're relying on the data we have available.
36:48
We have taken it and bet and done batch, batch queries against Social Security Administration and Department of State for US passports.
36:55
But the way that, the way that the systems work, it's not perfect.
37:00
So during your reviews, you will identify U.S.
37:02
citizens.
37:03
So I just want to throw that out there.
37:04
My apologies.
37:05
You know, thank you.
37:06
We're, we're still, we're just doing the best we can.
—
55:41
One thing we've seen is that sometimes USC petitioning spouses, their socials are linked to their alien spouse.
55:53
So one thing to keep in mind is that as you search the social and and for example, PCIS, it might be returned to like an alien that I'm for sure the alien spouse.
56:03
But in reality, the social belongs to the petitioning spouse, who is the US citizen who was likely entitled to vote.

56:10
So that's just something to keep in mind.

As USCIS-FDNS HQ has acknowledged, it can be very difficult to determine if a subject is a U.S. citizen or not. They may be natural-born citizens and have no interactions with the federal government that can be easily queried (passports, cross-border travel, etc.), or they may have derived citizenship automatically even if they are not considered natural born. There is no single, clear data source to confirm that a subject is a U.S. citizen. In many cases, the only proof of U.S. citizenship for a person may be held in local or county birth records.

The last approximately 50 minutes of the hour-and-45-minute training video is specifically about derivative citizenship and complex scenarios, mentioned here to illustrate the potential complexity and difficulty in determining if someone is a U.S. citizen.

Here's one example from the Training Video Transcript:

54:20
And if they obtain their permanent residence as a minor look, you know, consider the derivative elements of that.
54:29
I'm not going to go into that right more because right now because the whole, you know, next section is on the Child Citizenship Act and we're going to go over the derivative part of this a bit.
—
56:35
But one thing we have found that the most complicated part or the most challenging part, these are pretty straightforward reviews.
56:43
And but the challenging, the most challenging ones we have seen are when they relate to people who have potentially derive citizenship.

Below is a case example that was discussed in the video.




Image 19 - FDNS Unlawful Voter Initiative PowerPoint Presentation Slide 34

Training Video Transcript:

1:23:53
And for our last example, this particular one is an instance when we talked about having multiple alien numbers or Social Security numbers associated in the systems.
1:24:08
What we were looking at for the particular this particular provided data was the voter name and the voter data was not a complete or exact
match.
1:24:21
The DOB information provided only included a year.
1:24:26
[REDACTED] talked about in some instances you may have month and year, full date of birth and some of the other provided data it may only be the year.
1:24:35
This particular example, the year was also off by one year in terms of the partial name hit.
1:24:44
So first name was a match, last name was a match.
1:24:47
There was a little bit of a difference in terms of the formatting.
1:24:51

It was as if the surname had been combined together, but there also was a middle initial provided that middle initial could not be associated to the individual in our systems.
1:25:04
And then the other piece that we're looking at within the data is the address provided.
1:25:09
So the voter information, voter roll provided address when you're looking at our systems, is that an address that has been used on another USCIS
filing.
1:25:22
Can we, if not within our systems, can we associate that that that address to the individual using one of our commercial databases?
1:25:32
Clear, accurate, those are all things that as you're reviewing, you'll be sort of looking at in this instance that could not be associated when *you* do a little bit further dive into the two Social Security numbers provided.
1:25:49
One of those Social Security numbers in clear in this particular instance was associated to one individual.
1:25:58
The other Social Security number was actually and clear then associated to the actual voter.
1:26:06
It did require a little bit more of a deep dive in that we, you know, taking a closer look at the other Social Security number provided searches then showed an ACRQ record for [a US] passport issuance.
1:26:22
The other individual had naturalized it was prior to that voting date.
1:26:27
This one just allowed us to then determine, you know, it wasn't a match.
1:26:31
But because of the close similarities, the cross of the two Social Security numbers, the name, it required just a little bit more searching of that other Social Security number to determine if it was a match, if the individual voted and also, you know, were they a citizen prior to voting.
1:26:53
So these examples you'll see sort of common in terms of maybe being associated to more than one alien number, Social Security number.

Officers are expected to complete at *minimum* 40 subject reviews a day, or 5-6 per hour for 8 hours. This means that officers are expected to take no more than 12 minutes to determine if a

subject is a U.S. citizen or not, determine if they are to be considered an "unlawful voter," and enter a TECS record against them before moving on to the next subject. Officers are reminded that FDNS leadership is tracking their output and will question why they are not meeting quotas.

**CLOSING STATEMENT**

Anyone reading this account from our client could find themselves (or elements of their identity) linked in the DHS data through "supplemental magic." If so, will a federal officer use their identity to access their private voter records? Will the officer decide their identity to be that of a U.S. citizen and "lawful voter" within the allotted 12 minutes? Or will they be labeled an "unlawful voter" before the officer proceeds to the next person to meet their quota?

These are critical questions that our client believes must be presented to the American public.

# Exhibit 19

**LIVE** Updates 34m ago Polls The Race for Congress Early Vote Tracker When to Vote in Your State Ask Us Anythir

# *From 16,000 to 185 to Zero: Trump's Claims of Illegal Voting in Nevada Fizzle.*

It was the Trump administration's latest stumble in its effort to find proof of widespread noncitizen voting, despite decades of evidence that it is extremely rare.

Listen · 7:25 min



**By Nick Corasaniti**

Sept. 24, 2026

**See more of our coverage in your search results.**
Add The New York Times as a preferred source on Google ›

When the Department of Homeland Security sent Nevada a list of 185 names last month that it claimed identified noncitizens who had been improperly allowed to register to vote, state election officials got to work.

On Tuesday, the state sent a strongly worded rebuke to the federal government: Every single person on the list was a lawful citizen.

"As for the 185 individuals, our records indicate that they were citizens," Greg D. Ott, a deputy attorney general in Nevada, wrote, according to a copy of a letter sent to Department of Homeland Security officials obtained through open records requests. "You have provided nothing of substance to suggest otherwise."

Mr. Ott also stated that D.H.S. officials had still not provided enough data for election officials to investigate their claims. Nor have they turned over the list of nearly 16,000 individuals they claim may be noncitizens.

"Our records do not support DHS's claims, and DHS has still not provided evidence to change that," Francisco Aguilar, the Democratic secretary of state in Nevada, said in a statement. "Instead, DHS officials continue their attempts to intimidate election officials into compliance and deter voters with huge claims of fraud with no evidence. Repeating unsupported claims does not make them true."

It was the Trump administration's latest stumble in a broad campaign to find proof of widespread noncitizen voting in American elections, despite decades of evidence that it is extremely rare.

The Department of Homeland Security said in a statement that Nevada's characterization was "false" and "the list of 185 were simply a subset of individuals that had gone through a rigorous manual review process" at the time of the last meeting between the two agencies.

The back and forth began in July, when President Trump and Markwayne Mullin, the homeland security secretary, said they had identified more than 270,000 noncitizens on voter rolls in just four states: Nevada, California, New Jersey and Pennsylvania.

Both men stated the claims as fact, yet letters sent to election officials in the four states in the days that followed indicated that the numbers may have been inflated. Each letter qualified Mr. Trump's concrete assertions with the phrase "there may be as many as." None offered actual proof of noncitizens on voter rolls.

In Nevada's case, Mr. Mullin initially claimed that there were as many as 15,903 noncitizens on the voter rolls. But in a meeting between Nevada election officials and the Department of Homeland Security last month, department leaders admitted that their initial claim was unsubstantiated. That prompted some pointed questions from Nevada election officials, according to a video recording of the virtual meeting.

**Sign up for the On Politics newsletter.** It's a pivotal moment for American politics. Join us for 2026 and beyond. Get it sent to your inbox.

"So what you're saying is the 15,000 number has not been vetted?" asked C. Murphy Hebert, the chief deputy in the Nevada secretary of state's office.

"I probably wouldn't use the sentence, 'It hasn't been vetted,'" replied Kimberley Vogt, an official with Homeland Security. "Because definitely we've done something with it to get down to 15,000. So I wouldn't say that. But it hasn't had a full manual review of each one."

Following the meeting, Ms. Vogt sent a clarifying email to Nevada officials. "I also wanted to be sure I clarified that we did not reduce the 15,903 to 185," she wrote. "We've manually reviewed some of the 15,903 and confirmed 185 are not U.S. Citizens."

Now, Nevada officials are saying even that 185 number is wrong. They also took issue with a letter D.H.S. sent them in early September, in which the agency reiterated its initial claims about nearly 16,000 noncitizens on the rolls and pressured state officials to review each case in a letter to Nevada officials in early September.

"Each one of the 15,903 individuals identified should be carefully reviewed by your state to determine eligibility for voting in a federal election," read a letter from the Department of Homeland Security sent on September 9.

But Nevada election officials said in their letter that D.H.S. "has never provided Nevada with a list of 15,903 individuals." Instead, they said, the department sent them a smaller batch of roughly 6,000 individuals, identified only by what Homeland Security called a voter case number.

"D.H.S. still has not provided any additional verifiable information for the individuals it suggests are noncitizens," they wrote.

The Department of Homeland Security said in a statement that the 6,218 individuals had "the highest number of matching attributes" to a potential noncitizen in their records, and that the smaller tranche of voters "was at the request of Nevada. They wanted to start with a subset less than the 15,903 registrants DHS originally identified."

Nevada officials disputed that claim, and records reviewed by the Times did not show Nevada making that request.

Mr. Ott also said the use of so-called voter case numbers, which Nevada officials took to mean voter registration numbers, was imprecise.

Using only "voter case numbers" without any other information such as a name, date of birth, address, or another verifiable data point, could lead to the identification of multiple individuals, Mr. Ott said. This is because Nevada recently transitioned to a statewide voter-registration system that was previously run by counties. So an individual may have been assigned one number by a county in the past and a different number under the new statewide system.

"The number also doesn't tell us whether an individual was born in the United States, naturalized, derived citizenship through a parent, or holds any particular immigration status," Mr. Ott wrote. "A number that matches a voter record thus establishes only that a number exists in, or once existed in, a voter registration system."

Mr. Trump's demand for evidence of fraud has prompted multiple governmental efforts. The New York Times this month reported that hundreds of agents with Homeland Security had been temporarily pulled from their duties investigating international crimes and terrorism for a roughly three-week intensive search noncitizens on voter rolls. The methodology was criticized by Democrats as faulty and potentially illegal, and the Virginia attorney general wrote a letter demanding more information.

**Nick Corasaniti** is a Times reporter covering national politics, with a focus on voting and elections.

# Exhibit 20

**U.S. Department of Justice**

950 Pennsylvania Ave, NW
Washington, DC 20530

(202) 514-2000

October 13, 2026

Dean C. Logan
Los Angeles County Registrar-Recorder / County Clerk
12400 Imperial Highway
Norwalk, CA 90650

Via hand delivery

Re: Noncitizen Voting in the 2026 Federal Election

Dear Mr. Logan:

As you're aware, federal law prohibits noncitizens from voting in federal elections. *See* 18 U.S.C. § 611. The Supreme Court has also recognized that States "may not induce, encourage or promote private persons to accomplish what it is constitutionally forbidden to accomplish." *Norwood v. Harrison*, 413 U.S. 455, 465 (1973) (citation omitted). I write to seek your help to protect the integrity of the ongoing federal election.

On July 16, Secretary Mullin made the California Secretary of State aware that there are likely numerous noncitizens registered to vote in the federal election in California. He then asked for her cooperation to ensure the accuracy of these findings and to prevent noncitizen votes from diluting citizen votes. The Secretary's response the following week did not refute that noncitizens are registered to vote in California. Nor did it contest that noncitizens receive ballots through California's vote-by-mail regime, which automatically sends voting materials to "every registered voter." 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5). Instead, the Secretary of State asked for more information. I am now providing you, along with the Secretary of State, additional details.

Accompanying this letter is a password-protected thumb drive with a list of names of people the Federal Government believes are likely noncitizens who were sent a vote-by-mail ballot from California to participate in the November 2026 federal election.

We request that you review the list within 48 hours to determine whether any citizens are listed. For individuals whom you cannot independently confirm citizenship status, we request that you immediately instruct the appropriate elections official to segregate—not cancel—those individuals' vote-by-mail ballots until their citizenship status can be determined. If individuals on the list have not yet been sent

2026 OCT 13 PM 2:55

a vote-by-mail ballot, take all immediate and reasonable steps to not provide a ballot to those individuals until we confirm their citizenship status. If a ballot for any individual on the list has been returned, instruct the appropriate elections official to not verify the signature and/or tabulate the ballot until citizenship can be determined. This process will protect American citizens' votes while preventing noncitizens from participating in the federal election in violation of federal law.

The United States hopes that you share our commitment to ensure that only American citizens participate in our federal elections. Allowing noncitizens to vote cancels citizen votes. States are responsible for voter registration, and the Federal Government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect against voter dilution and promote election integrity.

Please ensure that the process described above to prevent noncitizens from voting in the federal election is implemented by contacting election@hq.dhs.gov by October 15 at noon EST. If you cannot implement this process by then, given the ongoing federal election, the United States will have no choice but to seek emergency relief.

We look forward to our collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

R. Trent McCotter
Acting Deputy Attorney General
United States Department of Justice

cc:

Bilal A. Essayli
First Assistant U.S. Attorney
Central District of California

PASSWORD:
[redacted]