Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Case No. 3:26-cv-12800

**DECLARATION OF KRISTIN B. CONNELLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

**DECLARATION OF KRISTIN B. CONNELLY**

I, Kristin B. Connelly, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am the Contra Costa Clerk-Recorder and Registrar of Voters. I have held this non-partisan position since January 3, 2023. I was initially elected to this position in November 2022 and was re-elected in June 2026. I will begin a new four-year term in this position in January.
2. Contra Costa is the ninth-largest county in California, with nearly 1.2 million residents. My office has 80 full-time permanent employees and serves over 730,000 registered voters.
3. On October 23, 2026, two employees representing the Department of Homeland Security attempted to serve a letter, with attachments on me personally at my office in Martinez, CA. I was not at the office and had my Deputy Clerk-Recorder facilitate service of the letter at the office of the Contra Costa County Counsel, who represents me in my official capacity as the Registrar of Voters. Attached to the letter was a list of 407 names, with addresses and birthdates that the US Attorney alleged may be noncitizen voters. The letter demanded that, within 48 hours, my office set aside the 407 general election ballots from the people on this list before they could be processed. I have very little confidence in the accuracy of the list provided because its provenance was not described in sufficient detail.
4. I had never had an interaction like this with federal officials before. In the past, my interactions with federal agencies were positive, including helpful support from CISA about improving our security infrastructure that helped guide decisions in my first two years in office. This advice helped me get funding for a security guard for our office year-round and support to hire additional guards for our Election Operations Center for the 29 days before Election Day when we are processing ballots. In my experience, this interaction on October 23rd was unprecedented.
5. In my experience, federal threats have been a substantial distraction for California election officials. The demands placed on me, and my 57 counterparts are an unwelcome distraction at a time when election officials need to be focused on the operational demands of administering an effective, efficient, non-partisan election.
6. I feel deeply frustrated and stressed because of having to spend so much energy on responding to this threat from the federal government and consulting legal defense counsel. The stress of being asked by the federal government, under threat of prosecution, to potentially violate

federal civil rights law by not tallying presumptively lawful votes weighs heavily on me as a Registrar.

7. I try to keep that stress and anxiety to myself rather than sharing it with my staff. I know that my staff want to do their jobs well, take care of their families, and not have to deal with this behavior from the federal government. I feel horrified at the prospect that my staff may leave their positions because of these threats.

8. Being asked to investigate the people named on the list from the U.S. Attorney and create an entirely new system for sequestering their votes, all while under threat of criminal prosecution all within eleven days of the General Election for simply doing my job as Registrar of Voters has created the most stressful time of my professional career.

9. It has been a priority to take measures to build trust in elections throughout my term in office, including a grant funded campaign in 2024 that saw positive results from respondents. However, I am deeply concerned that these gains have been eroded in the last two years because of misinformation about election administration and election security. My greatest fear is that voters will be dissuaded from voting because they are worried about their safety or because they no longer trust the process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of October, 2026.

/s/ Kristin B. Connelly

Kristin B. Connelly