Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Case No. 3:26-cv-12800

**DECLARATION OF CATHY DARLING ALLEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

**DECLARATION OF CATHY DARLING ALLEN**

I, Cathy Darling Allen, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am the Chair of the Board of the California Voter Foundation. I have held this position since 2019, and have been a Board Member of the California Voter Foundation since 2011. I also currently serve as a member of the Board of Advisors to the U.S. Election Assistance Commission, as an appointee of United States Senator Alex Padilla, Ranking Member of the Senate Rules & Administration Committee.
2. From 2004 through 2024, I served as the Clerk and Registrar of Voters for Shasta County, California. I was elected to five consecutive terms in this role in non-partisan elections. I consider myself a patriot and a public servant, and I was honored to serve as an election official in the state of California.
3. I have regular conversations with election officials around California, and continue to closely monitor news and policy changes related to election administration.
4. Election administration is an extremely challenging job under any circumstances, and the additional scrutiny placed on election officials due to actions from the federal government—particularly threats of prosecution for merely doing their job in accordance with state and federal law—is causing election officials frustration, stress, and dismay.
5. I have personally experienced the disruption to normal election administration processes caused by poorly-vetted accusations of wrongdoing, like those currently being made by the federal government. These include increases in time answering inquiries from the public and the media.
6. My own health suffered substantially from the stress associated with poorly-vetted accusations of wrongdoing in my official election administration duties, contributing to my early retirement from the role. The unfair scrutiny and threats currently being directed at election officials by the federal government impacts current election officials similarly, and contributes to increased departures from the field of election administration in California.
7. Fears of personal legal liability and legal exposure might also make it harder for election officials to perform their duties. For example, election officials may be less likely to

communicate with each other regarding routine election administration issues for fear that those communications could later be taken out of context by federal law enforcement.

8. Based on my long experience working with voters, I am also confident that the intimidating and threatening tactics being used by the federal government—accusing individuals of being ineligible to vote based on faulty data, sending federal agents door-to-door, threatening prosecution of both voters and election officials—will reduce participation in the election among lawful voters, particularly voters of color.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of October, 2026.

/s/ Cathy Darling Allen

Cathy Darling Allen