Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Case No. 3:26-cv-12800

**DECLARATION OF DAVID J. BECKER**

## DECLARATION OF DAVID J. BECKER

I, David J. Becker, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am the Executive Director and Founder of the nonpartisan, non-profit Center for Election Innovation & Research. In that capacity, for the last ten years, I have worked with election officials from across the country to ensure elections that the public can trust. I also oversee the Election Official Legal Defense Network, which connects election officials who are threatened with criminal prosecution, harassment, or physical violence with pro bono legal assistance. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to all facts stated herein.

2. I have worked in elections for 28 years, including seven years as a trial attorney in the Voting Section of the Justice Department's Civil Rights Division.

3. I am a barred attorney in good standing in the State of California, currently on inactive status.

4. In our democracy, elections are administered by states and localities. The thousands of election workers and volunteers running our elections across the country are critical to ensuring voters can cast a ballot and have their vote counted.

5. I regularly speak with state and local election officials from across the political spectrum. These public officials are singularly focused on ensuring a safe, secure, accessible election for every eligible voter in their jurisdiction.

6. In every state, as of today, four days before Election Day, the election is underway. Election officials are busy with early in-person voting, processing mail ballots, engaging with voters, and ensuring preparation for Election Day.

7. In the middle of that ongoing work, and despite a federal court's admonition that the federal government's threats against election officials "must stop," election officials have continued to receive threats in the form of letters from the Department of Justice, public statements of high-ranking members of the administration, and criminal subpoenas.

8. These threats are based largely on claims that there are tens of thousands of noncitizens on California's voter rolls, and on voter rolls in other states. These threats are not only reckless and dangerous, they are based on unsubstantiated claims that have been demonstrated over and over not to be sound. The Center for Election Innovation & Research tracks these claims, and has demonstrated that when sweeping claims of noncitizen voting are scrutinized, they fall apart. Investigations find that,

in reality, there are extremely few instances of noncitizens registering to vote, and even fewer cases of noncitizens voting.

9. I have spoken with dozens of election officials just in the last few weeks. These threats are taking a toll. Election officials report being scared and exhausted by the onslaught of threats. They are caught between, on the one hand, following state and federal legal requirements regarding maintaining voter rolls, ensuring every registered eligible voter has their vote counted, and maintaining the chain of custody over election records, and on the other hand, placing themselves in the crosshairs of federal prosecutors, putting themselves in personal jeopardy as they simply seek to do their jobs.

10. To make things worse, these efforts come at a time of heightened tensions and documented threats, abuse, and harassment directed at election officials and workers. When high-ranking government officials issue baseless threats, they are pouring gasoline on the fire.

11. This is not the first time this Department of Justice has used the criminal process to intimidate election officials and election workers. In July, a court considering a “staggering[ly]” broad grand jury subpoena seeking personal identifying information of election workers, concluded that “[t]hose who work to run elections . . . should be valued and are necessary for successful elections in Fulton County going forward,” and that permitting the disclosure would be “unreasonable and place a heavy burden on Fulton County that cannot be ignored.” Fulton County Board of Registration and Elections v. United States of America, Civil Action No. 1:26-cv-02777 (July 7, 2026 Order).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of October, 2026.

David J. Becker