Stacey Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Colin Clemente Jones (SBN 354301)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorneys for Plaintiffs*

Norman L. Eisen*
Tianna Mays*
Pooja Chaudhuri (SBN 314847)
Jacob Kovacs-Goodman*
Elizabeth Westphal*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE #15180
Washington, DC 20003 (202) 601-8678
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
jacob@democracydefenders.org
elizabeth-contract@democracydefenders

*Attorneys for Plaintiffs*

* *Pro Hac Vice application forthcoming*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Case No. 3:26-cv-12800

**DECLARATION OF FRANCISCO DIAZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

**DECLARATION OF FRANCISCO DIAZ**

I, Francisco Diaz, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am the County Clerk-Recorder of San Benito County, California. I was elected to this position in 2022, and I have worked in elections for 13 years. I make this declaration in my official capacity.
2. I am a member of the League of United Latin American Citizens (LULAC).
3. My office has three divisions: clerk, recorder, and elections. Elections take up most of my time. San Benito County has approximately 40,000 registered voters and a population of about 70,000. My office has seven staff members, including me. For elections, we hire about eight temporary staff, and with poll workers, our election workforce can grow to more than 60 people.
4. Before October 2026, I had never had contact with federal officials about the administration of elections.
5. On October 23, 2026, two women came to my office and identified themselves as federal officers. They carried a small badge that said DHS. They asked for me by name and would not speak to anyone else. They told me they were going from county to county providing a list of "suspected noncitizens", and they gave me a copy. They also gave me a copy of the lawsuit the Department of Justice filed against Los Angeles County, which I understood to be a warning that the Department could sue my county.
6. I understood this visit as an effort to intimidate me. The same information could have been sent by email or delivered through a normal process server.
7. I felt fear and anxiety. I did not know whether I might be arrested or what might happen next. After seeing the news, I learned that this was happening to election officials across the state.
8. I had to make an emergency plan for how my office would run if I were not there. That was not a scenario we had planned for. Having to think about it made the anxiety worse, including thinking about notifying my parents and my wife.
9. I am the only elected official in my office. The rest of my staff are county employees, and I understand the county has a responsibility to represent them. I have talked with the

county counsel about that. I also contacted a LULAC representative to ask about legal representation and support for my staff.

10. Everyone in my office has been anxious and on high alert. My staff are small in number, and key staff are feeling it. I am worried about retention and about our ability to bring in more people. There has been a lot of tension over the last few years, and some staff may already have been thinking about leaving. On or about August 2025, a member of my staff told me she did not sign up for this, and I know people are looking for other jobs. Recruiting poll workers has also been affected. We have a large shortage, and I am currently trying to vet and fill 17 positions. Today four of our poll workers did not report to work. I believe that additional stress and anxiety could have contributed to these absences, which materially impacts our ability to serve voters.

11. My office has also started to receive hostile outreach on the phones and on social media. We have received unpleasant calls demanding that we not remove undocumented people from the rolls and asking why we are not participating with the Department of Justice.

12. The threat has also cost time. My office is small, and I am processing ballots myself today. Sitting for an hour here and there to talk through these scenarios means less time processing ballots, and it has also taken time to prepare how to respond and what to say.

13. My office is also hearing concerns from voters. We are receiving many questions about whether ICE agents will be at the polls. I have seen a sense of fear among some residents, especially in the Latino community. It feels different from past elections: some people are rushing to return their ballots, and others are hesitating. We are continuing our outreach, staying positive, and engaging in as little of this as possible, and we are encouraging voters to use the post office, drop boxes, or vote in person.

14. Despite all of this, my office is continuing to run the election. As a small office, everyone is doing every job. We are repeating every process, and we are preparing for in-person voting on November 3, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of October, 2026.

/s/ Francisco Diaz

Francisco Diaz