CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
Fax: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 5:26-cv-12800-TLT<br><br>**NOTICE OF INTENT TO SEEK MODIFICATION OR DISSOLUTION OF THE TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, APPELLATE REVIEW**<br><br>The Honorable Trina L. Thompson<br>United States District Judge |

NOTICE IS HEREBY GIVEN that Defendants United States Department of Justice, et al. intend to seek relief from this Honorable Court's Order Granting Temporary Restraining Order (TRO or Order) (ECF No. 26) by tomorrow, October 31, 2026. Given both the filing of the TRO and the Court's Order thereon earlier today, Defendants are in good faith considering two options:

First, Defendants may move under Fed. R. Civ. P. 65(b)(4) to dissolve or otherwise modify the Order. By filing this Notice electronically, Defendants have provided Plaintiffs this Notice of Intent on October 30, 2026 – the date on which both the Motion for TRO was filed and the Court's TRO was issued. If Defendants move under Rule 65(b)(4), Defendants request that the Court hear and decide the motion "as promptly as justice requires," Fed. R. Civ. P. 65(b)(4), which in these circumstances is immediately.

Second, in the alternative, Defendants may notice an appeal to the United States Court of Appeals for the Ninth Circuit from the Court's TRO enjoining Defendants from the actions set forth in Paragraphs (1) through (6) in the TRO (ECF No. 26 at 6-7).

Dated: October 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*<u>/s/ Kenneth J. Kao</u>*
KENNETH J. KAO
Assistant United States Attorney

Attorneys for Defendants