# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** 26-7303

**Case Name** Service Employees International Union, et al. v. U.S. DOJ

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

1) An immediate administrative stay of the district court's preliminary injunction issued October 30, 2026.
2) On or before November 2, 2026, a stay pending appeal of the same order.

Relief is needed no later than *(date)*: Nov 2, 2026

The following will happen if relief is not granted within the requested time:

The district court's injunction will continue to interfere with ongoing federal law enforcement operations relevant to the security and integrity of the midterm elections to be held on November 3, 2026.

I could not have filed this motion earlier because:

The injunction was issued on October 30, 2026. The government prepared this appeal and stay motion as quickly as possible, within two days of the injunction being issued.

I requested this relief in the district court or other lower court: (●) Yes ( ) No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: (●) Yes ( ) No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: Nov 1, 2026

By *(method)*: Email

Position of other parties: oppose

Name and best contact information for each counsel/party notified:

Barbara J. Chisolm, bchisholm@altshulerberzon.com;
Connie K. Chan, cchan@altshulerberzon.com;
Naomi Gilens, naomi.gilens@protectdemocracy.org;
Pooja Chaudhuri, pooja@statedemocracydefenders.org;
Stacey Leyton, sleyton@altshulerberzon.com;
Stuart Naifeh, snaifeh@naacpldf.org;
Danielle Lenard, dleonard@altshulerberzon.com

I declare under penalty of perjury that the foregoing is true.

**Signature** Sophia Shams **Date** Nov 1, 2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*