UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DOJ - UNITED STATES DEPARTMENT OF JUSTICE; et al.,<br><br>Defendants - Appellants. | No. 26-7303<br><br>D.C. No.<br>3:26-cv-12800-TLT<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants filed an emergency motion under Circuit Rule 27-3 for immediate administrative stay and stay pending appeal and petition for a writ of mandamus (Docket Entry No. 9). Appellees must file a response to the filing by November 1, 2026 at 9:00 p.m. PST.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT