UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DOJ - UNITED STATES DEPARTMENT OF JUSTICE; et al.,<br><br>Defendants - Appellants. | No. 26-7303<br><br>D.C. No.<br>3:26-cv-12800-TLT<br>Northern District of California, San Francisco<br><br>ORDER |

Defendants are directed to file a response to the petition for rehearing en banc before the full court on or before 5:00 p.m. Pacific Time on Tuesday, November 3.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT