CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
Fax: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 3:26-cv-12800-TLT<br><br>**STATEMENT OF DEFENDANTS' INTENT PER COURT'S NOVEMBE 2, 2026 ORDER**<br><br>The Honorable Trina L. Thompson<br>United States District Judge |

Defendants maintain that this Court lacks jurisdiction over those matters addressed by the October 30, 2026 injunctive order, as jurisdiction over those issues has been transferred to the Ninth Circuit by virtue of Defendants' appeal. *See SEIU v. DOJ*, --- F.4th ----, No. 26-7303, 2026 WL 3319132, at *1 n. ‡ (9th Cir. Nov. 3, 2026) (*en banc* court reinstating panel order) (citing *Davis v. United States*, 667 F.2d 822, 824 (9th Cir. 1982) ("The filing of a notice of appeal generally divests the district court of jurisdiction over the matters appealed.")). Without waiving their position regarding the Court's jurisdiction, Defendants intend to offer new evidence and arguments in a supplemental brief to be filed on or before the Court's deadline of 5:00 p.m. on Monday, November 9.

Dated: November 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney

Attorneys for Defendants