FILED

NOV 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,

Plaintiffs - Appellees,

v.

DOJ - UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, Attorney General, in his official capacity as Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,

Defendants - Appellants.

No. 26-7303

D.C. No.
3:26-cv-12800-TLT
Northern District of California,
San Francisco

ORDER

Before: S.R. THOMAS, Senior Circuit Judge and En Banc Coordinator.

The full court was advised of the petition for full court rehearing en banc. A deadline was set by which any judge could request a vote on whether the en banc panel's November 3, 2026, order for publication should be reheard en banc before

the full court. A judge requested a vote on whether to rehear the en banc panel's order en banc before the full court. A majority of the nonrecused active judges did not vote in favor of full court rehearing en banc. Accordingly, the petition for full court rehearing en banc is denied. En banc proceedings with respect to the en banc panel's order are concluded.